B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Las Vegas Monorail Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**88-0471789** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3960 Howard Hughes Parkway, # 750**<br>**Las Vegas, NV**<br>ZIP Code **89169** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ■ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ |

| B1 (Official Form 1)(1/08) | Page 2 |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Las Vegas Monorail Company** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.
If this is a joint petition:
☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)
☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and
☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.
☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Las Vegas Monorail Company**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _(signed)_____
Signature of Attorney for Debtor(s)

**Gerald M. Gordon, Esq. Nevada Bar No. 229**
Printed Name of Attorney for Debtor(s)

**Gordon Silver**
Firm Name

**3960 Howard Hughes Parkway**
**Ninth Floor**
**Las Vegas, NV 89169**
Address

**(702) 796-5555**
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _(signed)_____
Signature of Authorized Individual

**Curtis L. Myles, III**
Printed Name of Authorized Individual

**President and Chief Executive Officer**
Title of Authorized Individual

1/13/10
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## ACTION BY UNANIMOUS WRITTEN CONSENT
## OF THE BOARD OF DIRECTORS OF
## LAS VEGAS MONORAIL COMPANY,
### a Nevada nonprofit corporation

The undersigned, being all of the members of the Board of Directors (the "*Board*") of Las Vegas Monorail Company, a Nevada nonprofit corporation (the "*Corporation*"), hereby ratify and adopt the following resolutions at a duly noticed and constituted meeting of the Board on December 31, 2009, to be effective as of such date:

WHEREAS: The Corporation is unable to pay its debts as they mature, and the undersigned upon the advice of counsel and after due deliberation deem it is in the best interest of the Corporation to file a voluntary petition in the United States Bankruptcy Court for the District of Nevada (the "*Bankruptcy Court*") to effect a plan of reorganization pursuant to the provisions of Chapter 11 of Title 11 of the United States Code ("Chapter 11");

THEREFORE BE IT RESOLVED: Curtis Myles ("*Myles*"), as the President and Chief Executive Officer of the Corporation, in consultation with Gordon Silver is hereby authorized, empowered and directed, for and on behalf of the Corporation, to execute and file on behalf of the Corporation a petition for relief under Chapter 11 in the Bankruptcy Court.

RESOLVED FURTHER: Myles shall be designated as the natural person responsible for carrying out the duties of debtor and debtor-in-possession, including, but not limited to, executing pleadings and paperwork required to effectuate the reorganization of the Corporation under Chapter 11.

RESOLVED FURTHER: The undersigned authorize, direct and ratify the Corporation's hiring of the law firm of Gordon Silver to represent the Corporation in such bankruptcy case.

RESOLVED FURTHER: The undersigned authorize, direct and ratify the Corporation's hiring of Alvarez & Marsal North America, LLC to be the Corporation's financial advisor in connection with such bankruptcy case.

RESOLVED FURTHER: The undersigned authorize, direct and ratify the Corporation's hiring of Jones Vargas to be the Corporation's special corporate counsel in connection with such bankruptcy case.

RESOLVED FURTHER: The undersigned authorize, direct and ratify the Corporation's hiring of Stradling Yocca Carlson & Rauth to be the Corporation's special bond counsel in connection with such bankruptcy case.

IN WITNESS WHEREOF, the undersigned, being all of the members of the Board, have executed these resolutions and delivered them to the Secretary of the Corporation.

_____
Bob Beers

_____
Tony Santo

_____
Donald L. Shalmy

_____
Mike Sloan

_____
Bruce Woodbury

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    Las Vegas Monorail Company    Case No.
                                      Debtor(s)    Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| BOMBARDIER TRANSIT CORP.<br>Attn: MANAGING MEMBER<br>1501 LEBANON CHURCH RD<br>PITTSBURGH, PA 15236-1491 | BOMBARDIER TRANSIT CORP.<br>Attn: MANAGING MEMBER<br>1501 LEBANON CHURCH RD<br>PITTSBURGH, PA 15236-1491 | Operations and maintenance, management agreements | | 293,449.73 |
| NV ENERGY<br>ATTN: MANAGING MEMBER<br>PO BOX 30086<br>RENO, NV 89520-3086 | NV ENERGY<br>ATTN: MANAGING MEMBER<br>PO BOX 30086<br>RENO, NV 89520-3086 | Electric services | | 56,638.37 |
| ALLEGIANCE DIRECT BANK<br>ATTN: MANAGING MEMBER<br>PO BOX 1750<br>Cedar City, UT 84721 | ALLEGIANCE DIRECT BANK<br>ATTN: MANAGING MEMBER<br>PO BOX 1750<br>Cedar City, UT 84721 | | | 40,353.06 |
| PROMETHEAN PARTNERS, LLC<br>ATTN: MANAGING MEMBER<br>10816 IRIS CANYON LN<br>LAS VEGAS, NV 89135 | PROMETHEAN PARTNERS, LLC<br>ATTN: MANAGING MEMBER<br>10816 IRIS CANYON LN<br>LAS VEGAS, NV 89135 | Advertising brokerage agreement | | 29,842.50 |
| TEAM GRAPX, INC.<br>ATTN: MANAGING MEMBER<br>33562 BLUE LANTERN #1<br>DANA POINT, CA 92629 | TEAM GRAPX, INC.<br>ATTN: MANAGING MEMBER<br>33562 BLUE LANTERN #1<br>DANA POINT, CA 92629 | Vendor Services | | 29,000.00 |
| ANTHEM BLUE CROSS BLUE SHIELD<br>Attn: MANAGING MEMBER<br>PO BOX 541013<br>LOS ANGELES, CA 90054-1013 | ANTHEM BLUE CROSS BLUE SHIELD<br>Attn: MANAGING MEMBER<br>PO BOX 541013<br>LOS ANGELES, CA 90054-1013 | Employee health insurance policies | | 14,309.43 |
| Brink's U.S.<br>ATTN: MANAGING MEMBER<br>3200 E CHARLESTON BLVD.<br>LAS VEGAS, NV 89104 | Brink's U.S.<br>ATTN: MANAGING MEMBER<br>3200 E CHARLESTON BLVD.<br>LAS VEGAS, NV 89104 | Cash collection/processing services | | 6,521.09 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Las Vegas Monorail Company**  
                   Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Nevada Department of Taxation<br>Bankruptcy Section<br>555 E. Washington Ave., #1300<br>Las Vegas, NV 89101 | Nevada Department of Taxation<br>Bankruptcy Section<br>555 E. Washington Ave., #1300<br>Las Vegas, NV 89101 | Taxes | | 5,599.50 |
| JUMBO TRANSPORTATION, INC.<br>ATTN: MANAGING MEMBER<br>1201 CORBIN ST<br>Elizabeth, NJ 07201 | JUMBO TRANSPORTATION, INC.<br>ATTN: MANAGING MEMBER<br>1201 CORBIN ST<br>Elizabeth, NJ 07201 | Services | | 3,741.53 |
| OTO LABS, LLC<br>ATTN: MANAGING MEMBER<br>10315 PROFESSIONAL CIRCLE<br>SUITE 100<br>Reno, NV 89521 | OTO LABS, LLC<br>ATTN: MANAGING MEMBER<br>10315 PROFESSIONAL CIRCLE<br>Reno, NV 89521 | Services | | 3,692.00 |
| WELLS FARGO BUSINESS CARD<br>ATTN: MANAGING MEMBER<br>PO BOX 348750<br>SACRAMENTO, CA 95834 | WELLS FARGO BUSINESS CARD<br>ATTN: MANAGING MEMBER<br>PO BOX 348750<br>SACRAMENTO, CA 95834 | Credit card purchases | | 2,211.39 |
| COLOR REFLECTIONS | COLOR REFLECTIONS | Vendor Services | | 1,010.00 |
| IKON FINANCIAL SERVICES<br>ATTN: MANAGING MEMBER<br>PO BOX 650073<br>DALLAS, TX 75265-0073 | IKON FINANCIAL SERVICES<br>ATTN: MANAGING MEMBER<br>PO BOX 650073<br>DALLAS, TX 75265-0073 | Services | | 793.67 |
| BUSINESS WIRE | BUSINESS WIRE | Vendor Services | | 675.00 |
| CZARNOWSKI DISPLAY SERVICES INC.<br>ATTN: MANAGING MEMBER<br>6067 EAGLE WAY<br>CHICAGO, IL 60678-1060 | CZARNOWSKI DISPLAY SERVICES INC.<br>ATTN: MANAGING MEMBER<br>6067 EAGLE WAY<br>CHICAGO, IL 60678-1060 | Booth storage (lease) | | 510.30 |
| BEARCOM<br>Attn: MANAGING MEMBER<br>PO BOX 200600<br>DALLAS, TX 75320-0600 | BEARCOM<br>Attn: MANAGING MEMBER<br>PO BOX 200600<br>DALLAS, TX 75320-0600 | Services | | 480.00 |
| JOE DORSEY | JOE DORSEY | Vendor services | | 435.55 |
| SCHNEIDER ELECTRIC, INC.<br>ATTN: MANAGING MEMBER | SCHNEIDER ELECTRIC, INC.<br>ATTN: MANAGING MEMBER | Services | | 303.00 |
| QUARTERMASTER, INC.<br>ATTN: MANAGING MEMBER<br>17600 FABRICA WAY<br>CERRITOS, CA 90703 | QUARTERMASTER, INC.<br>ATTN: MANAGING MEMBER<br>17600 FABRICA WAY<br>CERRITOS, CA 90703 | Vendor services | | 296.82 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Las Vegas Monorail Company**                                    Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| INTERCALL<br>ATTN: MANAGING MEMBER<br>PO BOX 403749<br>ATLANTA, GA 30384-3749 | INTERCALL<br>ATTN: MANAGING MEMBER<br>PO BOX 403749<br>ATLANTA, GA 30384-3749 | Vendor services | | 266.58 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President and Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **1/13/10**                              Signature  _/s/ Curtis L. Myles, III_
                                                          **Curtis L. Myles, III**
                                                          **President and Chief Executive Officer**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## List of Creditors

ALPINE WATER SYSTEMS
Attn: MANAGING MEMBER
PO BOX 94436
LAS VEGAS, NV 89193-4436

ALLEGIANCE DIRECT BANK
ATTN: MANAGING MEMBER
PO BOX 1750
CERDAR CITY, UT 84721


ANTHEM BLUE CROSS BLUE SHIELD
Attn: MANAGING MEMBER
PO BOX 541013
LOS ANGELES, CA 90054-1013

AQUA-SERV ENGINEERS, INC
Attn: MANAGING MEMBER
13560 COLOMBARD COURT
FONTANA, CA 92337

ARCO
Attn: MANAGING MEMBER
P O BOX 70887
CHARLOTTE, NC 28272-0887


AT&T
ATTN: BANKRUPTCY DEPT.
5407 ANDREWS HIGHWAY
MIDLAND, TX 79706

BEARCOM
Attn: MANAGING MEMBER
PO BOX 200600
DALLAS, TX 75320-0600

BOMBARDIER TRANSIT CORP.
Attn: MANAGING MEMBER
1501 LEBANON CHURCH RD
PITTSBURGH, PA 15236-1491


Brink's U.S.
ATTN: MANAGING MEMBER
3200 E CHARLESTON BLVD.
LAS VEGAS, NV 89104

BUSINESS WIRE

COLOR REFLECTIONS


CZARNOWSKI DISPLAY SERVICES INC.
ATTN: MANAGING MEMBER
6067 EAGLE WAY
CHICAGO, IL 60678-1060

FEDEX KINKO'S
ATTN: MANAGING MEMBER
PO BOX 672085
DALLAS, TX 75267-2085

GREENBURG TRAURIG
ATTN: MANAGING MEMBER
3773 HOWARD HUGHES PKWY
SUITE 500 NORTH
LAS VEGAS, NV 89169


IKON FINANCIAL SERVICES
ATTN: MANAGING MEMBER
PO BOX 650073
DALLAS, TX 75265-0073

INTERCALL
ATTN: MANAGING MEMBER
PO BOX 403749
ATLANTA, GA 30384-3749

JOE DORSEY


JUMBO TRANSPORTATION, INC.
ATTN: MANAGING MEMBER
1201 CORBIN ST
Elizabeth, NJ 07201

LINDEN DATA dba SHRED-IT
ATTN: MANAGING MEMBER
7180 PLACID ST STE A
LAS VEGAS, NV 89119-4203

NV ENERGY
ATTN: MANAGING MEMBER
PO BOX 30086
RENO, NV 89520-3086


OFFICE DEPOT
ATTN: MANAGING MEMBER
PO BOX 70025
LOS ANGELES, CA 90074-0025

OTO LABS, LLC
ATTN: MANAGING MEMBER
10315 PROFESSIONAL CIRCLE
SUITE 100
Reno, NV 89521

PROMETHEAN PARTNERS, LLC
ATTN: MANAGING MEMBER
10816 IRIS CANYON LN
LAS VEGAS, NV 89135


QUARTERMASTER, INC.
ATTN: MANAGING MEMBER
17600 FABRICA WAY
CERRITOS, CA 90703

SCHNEIDER ELECTRIC, INC.
ATTN: MANAGING MEMBER

SF DEPT OF CHILD SUPPORT SERV.
CA STATE DISBURSEMENT UNIT
P O BOX 989067
WEST SACRAMENTO, CA 95798-9067

SPARKLETTS WATER (DS WATERS)
ATTN: MANAGING MEMBER
PO BOX 660579
DALLAS, TX 75266-0579

STATE COLL & DISB UNIT - SCADU
ATTN: MANAGING MEMBER
PO BOX 98950
LAS VEGAS, NV 89193-8950

TEAM GRAPX, INC.
ATTN: MANAGING MEMBER
33562 BLUE LANTERN #1
DANA POINT, CA 92629

WELLS FARGO BUSINESS CARD
ATTN: MANAGING MEMBER
PO BOX 348750
SACRAMENTO, CA 95834

## United States Bankruptcy Court
### District of Nevada

In re **Las Vegas Monorail Company**     Case No. _____

Debtor(s)     Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President and Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __1/13/10__      _/s/ C.L. Myles_

Curtis L. Myles, III/President and Chief Executive Officer
Signer/Title

Office of the United States Trustee
300 Las Vegas Blvd., Rm. 4300
Las Vegas, NV  89101

Las Vegas Monorail Company
Attn:  Curtis L. Myles, III
3960 Howard Hughes Parkway, Suite 750
Las Vegas, NV  89119

Jones Vargas
Attn:  Kris T. Ballard, Esq.
3773 Howard Hughes Pkwy., 3rd Floor So.
Las Vegas, NV  89169

Stradling Yocca Carlson & Rauth
Attn:  Doug Brown, Esq.
660 Newport Center Dr. Ste. 1600
Newport Beach, CA  92660-6441

R&R Partners
Attn:  Billy Vassiliadis
900 S. Pavilion Center Dr.
Las Vegas, NV  89144

Alvarez & Marsal
Attn: Matthew E. Kvarda, Esq.
633 W. Fifth St., Ste. 2560
Los Angeles, CA  90071

Lewis & Roca, LLP
Attn:  Bryant Barber, Esq./S. Freeman, Esq.
For:  Wells Fargo Bank, Indenture Trustee
40 North Central Ave., Ste. 1900
Phoenix, AZ  85004

Wells Fargo Bank, National Association
Corporate Trust Department
Attn: Gavin Wilkinson, VP
MAC #N9311-115
625 Marquette Avenue, 11th Floor
Minneapolis, MN  55479

Wells Fargo Bank, National Association
Corporate Trust Department
Attn: Sybil Hill, Relationship Specialist
MAC #N9311-115
625 Marquette Avenue, 11th Floor
Minneapolis, MN  55479

Wells Fargo Bank, National Association
Corporate Trust Department
Attn: Theresa Hempeck, VP & Relationship Mgr
MAC #N9311-115
625 Marquette Avenue, 11th Floor
Minneapolis, MN  55479

Wells Fargo Securities, LLC
100 W. Washington
Phoenix, AZ  85003

Santoro, Driggs, Walch, Kearney, Holley & Thompson
Attn:  Richard Holley, Esq.
For:  Bondholders
400 S. Fourth Street, 3rd Floor
Las Vegas, NV 89101

**Bombardier**
**Attn: Eran Gartner, President**
**Schoneberger Ufer 1**
**10785 Berlin, Germany**

Bombardier Total Transit Systems
Attn:  David Allen, VP Contracts
1501 Lebanon Church Road
Pittsburg, PA  15236-1491

**Bombardier Transit Corporation**
**Transportation Systems Division**
**Taylor-Kidd Blvd.**
**Country Road No. 23**
**Mill Haven Ontario  K7M6J1**
**Canada**

Dorsey & Whitney LLP
Attn: Patrick Jim McLaughlin, Esq.
For: U.S. Bank NA
50 South Sixth Street, Ste, 1500
Minneapolis, MN  55402-1498

US Bank, National Association
Attn: Sandra Spivey
Nevada Financial Center
2300 W. Sahara, Ste. 200
Las Vegas, NV  89102

Director of Business and Industry
1665 Hot Springs Rd.
Carson City, NV  89710

McDermott Will & Emery LLP
Attn: Miles W. Hughes, Esq.
For:  AMBAC Assurance Co.
227 W. Monroe St., Ste. 4400
Chicago, IL  60606

McDermott Will & Emery LLP
Attn: Bill Smith, Esq.
For:  AMBAC Assurance Co.
227 W. Monroe St., Ste. 4400
Chicago, IL  60606

Ballard Spahr, LLP
Attn:  Robert E. McPeak, Esq.
For:  Dir.  State of NV Dept. of Bs. & Industry
100 North City Parkway, Ste. 1750
Las Vegas, NV  89106-4617

Ballard Spahr Andrews & Ingersoll
Attn:  Bradley Patterson, Esq.
For: AMBAC Assurance Co.
201 South Main Street, Ste. 800
Salt Lake City, UT  84111-2221

AMBAC Assurance Corp.
Attn: Steven P. Rofsky, Managing Dir.
One State Street Plaza
New York, NY  10004

AMBAC Assurance Corp.
Attn:  Scott Zuchorski
One State Street Plaza
New York, NY  10004

Fennemore Craig, PC
Attn: Laurel E. Davis, Esq.
For:  AMBAC Assurance Corp.
300 S. Fourth Street, Ste. 1400
Las Vegas, NV  89101-6021

Conway Del Genio Gries, & Co. LLC
Attn: Michael P. Monaco, Sr. Mng. Dir.
For: Consultant to AMBAC Assurance
Olympic Tower, 645 Firth Avenue
New York, NY  10022

General Cousnel
Venetian Casino Resort, LLC
3355 Las Vegas Blvd. South
Las Vegas, NV  89109

**Notice Only (Misc):**

Coca-Cola Enterprises, Inc.
Attn: Manging Member
2500 Windy Ridge Parkway
Atlanta, GA 30339

Bank of American, NA
P.O. Box 830175
Dallas, TX 75238-0175

Wells Fargo Bank, NA
Attn: Managing Member
3800 Howard Hughes Parkway, Ste. 400
Las Vegas, NV 89169

Bond Logistrix, LLC
P.O. Box 61000, File 72887
San Francisco, CA 94141-2887

Granite Construction Compnay
Attn: Ken Smith
585 W. Beach Street
Watsonville, CA 95076

Granite Construction Compnay
Attn: David Malutich/Managing Member
525 W. Beach Street
Watsonville, CA 95076

**Notice Only (Easements/Bondholders):**

MGM Grand Hotel, Inc.
c/o MGM Grand, Inc.
Attn: Gary J. Jacobs, Esq.
3799 Las Vegas Blvd. So.
Las Vegas, NV 89109

MGM Grand, Inc.
Legal Department
Attn: Thomas Peterman, Esq.
3799 Las Vegas Blvd. So.
Las Vegas, NV 89109

MGM Grand, Inc.
Legal Department
3600 Las Vegas Blvd. So.
Las Vegas, NV 89109

The Locatelli Family Trust dated
March 16, 1994/Locatelli Family LP
c/o John Moran, Esq.
Moran & Associates
630 S. Fourth Street, Ste. 400
Las Vegas, NV 89101

The Locatelli Family Trust dated
March 16, 1994/Locatelli Family LP
Battista Locatelli
4041 Audrie Street
Las Vegas, NV 89109

Parball Corporation
dba Bally's Las Vegas
Attn: Chief Financial Officer
3645 Las Vegas Blvd. So.
Las Vegas, NV 89109

Park Place Entertainment
Attn: Legal Department (Bally's)
3930 Howard Hughes Pkwy, 4th Floor
Las Vegas, NV 89169

Park Place Entertainment
Attn: Legal Department (Flamingo Hilton)
3930 Howard Hughes Pkwy, 4th Floor
Las Vegas, NV 89169

Parball Corporation
c/o Harrah's Las Vegas, Inc.
Attn: Michael D. Cohen
One Harrah's Court
Las Vegas, NV 89119

Nevada Power Company
Attn: Rob Woodard; Land Development
6226 W. Sahara Ave.
Mailstop 9
Las Vegas, NV 89151-0001

Grand Flamingo Villas Owners Assoc.
c/o Preferred Equities Corp.
Attn: General Counsel
4310 Paradise Rd.
Las Vegas, NV 89119

Bank of America, NA
Attn: Trust Dept.
300 Sotuh 4th Street
Las Vegas, NV 89101

Preferred Equities Corp.
Attn: Jon A. Joseph, Esq.
4310 Paradise Rd.
Las Vegas, NV 89119

Harrah's Imperial Palace, Corp.
Attn: Jonathan S. Halkyard, President
One Caesar's Palace Dr.
Las Vegas, NV 89109

Nitz Walton & Heaton
Attn: W. Owen Nitz, Esq.
For: Imperial Palace, Inc.
301 E. Clark, Ste. 1000
Las Vegas, NV 89101

Harrah's Las Vegas, Inc.
Attn: General Counsel
3475 Las Vegas Blvd. So.
Las Vegas, NV 89109

Harrah's Las Vegas, Inc.
Attn: General Manager
3475 Las Vegas Blvd. So.
Las Vegas, NV 89109

Las Vegas Chamber of Commerce
Attn: President/General Manager
3720 Howard Hughes Pkwy.
Las Vegas, NV 89169

Las Vegas Convention and Visitors Auth.
Attn: President
3150 Paradise Rd.
Las Vegas, NV 89109

Las Vegas Convention and Visitors Auth.
Attn: General Counsel
3150 Paradise Rd.
Las Vegas, NV 89109

LVH Corporation
Attn: Chief Financial Officer
3000 Paradise Rd.
Las Vegas, NV 89109

LVH Corporation
c/o Park Place Entertainment
Attn: Legal Dept.
3930 Howard Hughes Pkwy., 4th Floor
Las Vegas, NV 89169

Colony Resorts LVH Acquisitions, LLC
Attn: Thomas J. Barrack, Manager
1919 Avenue Of The Stars, Ste. 1200
Los Angeles, CA 90067

Silver Star Development, LLC
c/o Cane & Company, LLC
Attn: Michael A. Cane
101 Convention Center Dr., #1200
Las Vegas, NV 89109

Silver Star Development, LLC
Attn: Michael K. M. Au
850 E. Desert Inn Rd., #PH3
Las Vegas, NV 89109

Park Place Entertainment
Attn: Legal Depart. (Las Vegas Hilton)
3930 Howard Hughes Pkwy, 4th Floor
Las Vegas, NV 89169

Gordon Gaming Corporation
dba Sahara Hotel & Casino
Attn: General Counsel
2535 Las Vegas Blvd. South
Las Vegas, NV 89109

Stockbridge SBE Holdings, LLC
Attn: Managing Member
8000 Beverly Blvd.
Los Angles, CA 90048

Paradise Land, LLC
c/o the William G. Bennett Qualified
Interest Trust Co/Family Bus. Div. NT
50 S. LaSalle Street
Chicago, IL 60603

**NV Governmental Agencies:**

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551401
Las Vegas, NV 89155-1401

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Parkway
P.O. Box 551220
Las Vegas, NV 89155-1220

Dept. Of Employment, Training &
Rehabilitation, Employment Security Div.
500 East Third St.
Carson City, NV 89713

State Of Nevada DMV
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

Internal Revenue Service
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

Nevada Department Of Taxation
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Director of the State of Nevada
Dept. of Business and Industry
901 South Stewart Street, Ste. 1003
Carson City, NV 89701-5491

Director of the State of Nevada
Dept. of Business and Industry
555 E. Washington Ave., Ste. 4900
Las Vegas, NV 89101

Director of the State of Nevada
Dept. of Business and Industry
Attn: Chief of Business Finance/Planning
1665 Hot Springs Rd.
Carson City, NV 89710

Clark County
Clark County Manager's Office
500 S. Grand Central Parkway
P.O. Box 551712
Las Vegas, NV 89155-1712

Nevada Secretary of State
202 N. Carson St.
Carson City, NV 89701-4201

State of Nevada OSHA
Attn: Managing Member
1301 N. Green Valley Pkwy, #200
Henderson, NV 89074

Honorable James Gibbons
Office of the Governor
State Capitol
101 N. Carson Street
Carson City, NV 89701

Nevada Attorney General
Catherine Cortez Matso, Attorney General
Office of the Attorney General
100 North Carson Street
Carson City, NV 89701-4717

3

| | | |
|---|---|---|
| | ALLEGIANCE DIRECT BANK<br>ATTN: MANAGING MEMBER<br>PO BOX 1750<br>CERDAR CITY, UT 84721 | ALPINE WATER SYSTEMS<br>Attn: MANAGING MEMBER<br>PO BOX 94436<br>LAS VEGAS, NV 89193-4436 |
| ANTHEM BLUE CROSS BLUE SHIELD<br>Attn: MANAGING MEMBER<br>PO BOX 541013<br>LOS ANGELES, CA 90054-1013 | AQUA-SERV ENGINEERS, INC<br>Attn: MANAGING MEMBER<br>13560 COLOMBARD COURT<br>FONTANA, CA 92337 | ARCO<br>Attn: MANAGING MEMBER<br>P O BOX 70887<br>CHARLOTTE, NC 28272-0887 |
| AT&T<br>ATTN: BANKRUPTCY DEPT.<br>5407 ANDREWS HIGHWAY<br>MIDLAND, TX 79706 | BEARCOM<br>Attn: MANAGING MEMBER<br>PO BOX 200600<br>DALLAS, TX 75320-0600 | BOMBARDIER TRANSIT CORP.<br>Attn: MANAGING MEMBER<br>1501 LEBANON CHURCH RD<br>PITTSBURGH, PA 15236-1491 |
| Brink's U.S.<br>ATTN: MANAGING MEMBER<br>3200 E CHARLESTON BLVD.<br>LAS VEGAS, NV 89104 | BUSINESS WIRE<br>ATTN: MANAGING MEMBER | COLOR REFLECTIONS<br>ATTN: MANAGING MEMBER |
| CZARNOWSKI DISPLAY SERVICES INC.<br>ATTN: MANAGING MEMBER<br>6067 EAGLE WAY<br>CHICAGO, IL 60678-1060 | FEDEX KINKO'S<br>ATTN: MANAGING MEMBER<br>PO BOX 672085<br>DALLAS, TX 75267-2085 | GREENBURG TRAURIG<br>ATTN: MANAGING MEMBER<br>3773 HOWARD HUGHES PKWY<br>SUITE 500 NORTH<br>LAS VEGAS, NV 89169 |
| IKON FINANCIAL SERVICES<br>ATTN: MANAGING MEMBER<br>PO BOX 650073<br>DALLAS, TX 75265-0073 | INTERCALL<br>ATTN: MANAGING MEMBER<br>PO BOX 403749<br>ATLANTA, GA 30384-3749 | JOE DORSEY |
| JUMBO TRANSPORTATION, INC.<br>ATTN: MANAGING MEMBER<br>1201 CORBIN ST<br>Elizabeth, NJ 07201 | LINDEN DATA dba SHRED-IT<br>ATTN: MANAGING MEMBER<br>7180 PLACID ST STE A<br>LAS VEGAS, NV 89119-4203 | NV ENERGY<br>ATTN: MANAGING MEMBER<br>PO BOX 30086<br>RENO, NV 89520-3086 |
| OFFICE DEPOT<br>ATTN: MANAGING MEMBER<br>PO BOX 70025<br>LOS ANGELES, CA 90074-0025 | OTO LABS, LLC<br>ATTN: MANAGING MEMBER<br>10315 PROFESSIONAL CIRCLE<br>SUITE 100<br>Reno, NV 89521 | PROMETHEAN PARTNERS, LLC<br>ATTN: MANAGING MEMBER<br>10816 IRIS CANYON LN<br>LAS VEGAS, NV 89135 |
| QUARTERMASTER, INC.<br>ATTN: MANAGING MEMBER<br>17600 FABRICA WAY<br>CERRITOS, CA 90703 | SCHNEIDER ELECTRIC, INC.<br>ATTN: MANAGING MEMBER | SF DEPT OF CHILD SUPPORT SERV.<br>CA STATE DISBURSEMENT UNIT<br>P O BOX 989067<br>WEST SACRAMENTO, CA 95798-9067 |
| SPARKLETTS WATER (DS WATERS)<br>ATTN: MANAGING MEMBER<br>PO BOX 660579<br>DALLAS, TX 75266-0579 | STATE COLL & DISB UNIT - SCADU<br>ATTN: MANAGING MEMBER<br>PO BOX 98950<br>LAS VEGAS, NV 89193-8950 | TEAM GRAPX, INC.<br>ATTN: MANAGING MEMBER<br>33562 BLUE LANTERN #1<br>DANA POINT, CA 92629 |

WELLS FARGO BUSINESS CARD
ATTN: MANAGING MEMBER
PO BOX 348750
SACRAMENTO, CA 95834