GORDON SILVER
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: ggordon@gordonsilver.com
WILLIAM M. NOALL, ESQ.
Nevada Bar No. 3549
E-mail: wnoall@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Proposed Attorneys for Las Vegas Monorail Company

E-Filed 1-13-10

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 10-10464-LBR |
| LAS VEGAS MONORAIL COMPANY, | Chapter 11 |
| Debtor. | Date: n/a<br>Time: n/a |

### DESIGNATION OF RESPONSIBLE PERSON

Las Vegas Monorail Company, a Nevada non-profit corporation ("Debtor" or "LVMC"), by and through its proposed counsel, the law firm of Gordon Silver, hereby designates Curtis L. Myles, III, as the natural person responsible for the duties and obligations of the Debtor in the above-captioned case. Curtis L. Myles, III can be located at 3960 Howard Hughes Parkway, Suite 750, Las Vegas, Nevada, 89169.

DATED this 13 day of January, 2010.

GORDON SILVER

By: _____
GERALD M. GORDON, ESQ.
WILLIAM M. NOALL, ESQ.
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Proposed Attorneys for Debtor

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102200-001/770660.doc