LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona  85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman (AZ State Bar No. 004199)
Email: sfreeman@lrlaw.com *(pro hac vice application pending)*
Rob Charles (NV State Bar No. 006593)
Email: rcharles@lrlaw.com
Stefan M. Palys (NV State Bar No. 011434)
Email: spalys@lrlaw.com

*Attorneys for Indenture Trustee Wells Fargo Bank, N.A.*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re

LAS VEGAS MONORAIL COMPANY, a
Nevada non-profit corporation,

Debtor.

CASE NO.  10-10464-BAM

CHAPTER 11

**INDENTURE TRUSTEE'S JOINDER IN
MOTION TO DISMISS FILED BY
AMBAC ASSURANCE CORPORATION**

Wells Fargo Bank, N.A. as Trustee under a Senior Indenture dated September 1, 2000 ("Trustee"), joins and supports the motion to dismiss this Chapter 11 case filed by Ambac Assurance Corporation [DE 8].  Las Vegas Monorail Company ("LVMC") is not eligible to be a Chapter 11 debtor.  If LVMC convinces the Nevada legislature to grant it authority to file a Chapter 9 case, it can restructure its debt under the authority of this Court.  Otherwise, LVMC will need to do so consensually.  This matters to the Trustee because Congress intended for holders of government-issued bonds to have special protections and rights in any bankruptcy case filed by an entity like LVMC, including:

- The automatic stay does not apply to application of pledged special revenues. 11 U.S.C. § 922(d).

2140627.1



- Payments to or for the benefit of bondholders may not be avoided.  11 U.S.C. § 926(b).

- Security interests in special revenues acquired by the debtor postpetition remain effective notwithstanding 11 U.S.C. § 552(a), subject to necessary operating expenses.  11 U.S.C. § 928(a).

LVMC should not be allowed to circumvent such rights and protections by filing its case under Chapter 11.

Dated:  January 14, 2010.

LEWIS AND ROCA LLP


By /s/  Stefan Palys (#11343)
Susan M. Freeman
Rob Charles
Stefan Palys
*Attorneys for Indenture Trustee*
*Wells Fargo Bank, N.A.*

PROOF OF SERVICE

COPY of the aforementioned sent via e-mail or U.S. First Class Mail on January 14, 2010 to:


Gerald M. Gordon
Gordon and Silver
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, NV 89109
Attorneys for Debtor
E-mail  bankruptcynotices@gordonsilver.com

Laurel E. Davis
Fennemore Craig, P.C.
300 S. Fourth Street, # 1400
Las Vegas, NV 89101
Attorneys for Ambac Assurance Corporation
E-mail:  ldavis@fclaw.com

2

2140627.1

LEWIS
AND
ROCA
—LLP—
L A W Y E R S

1  U.S. Trustee
   300 S. Las Vegas Boulevard S.
2  Suite 4300
   Las Vegas, V 89101

3
   Richard F. Holley
4  400 S. Fourth Street, 3rd Floor
   Las Vegas, NV 89101
5  E-mail:  tholley@nevadafirm.com
   Attorneys for Bombardier Transportation Holdings USA, Inc.

6
   Bombardier Transit Corp.
7  Attn:  Managing Member
   1501 Lebanon Church Rd.
8  Pittsburgh, PA   15236-1491

9  NV Energy
   Attn:  Managing Member
10 P.O. Box 30086
   Reno, NV   89520-3086

11
   Allegiance Direct Bank
12 Attn:  Managing Member
   P.O. Box 1750
13 Cedar City, UT   84721

14 Promethean Partners, LC
   Attn:  Managing Member
15 10816 Iris Canyon Land
   Las Vegas, NV   89135

16
   Team Grapx, Inc.
17 Attn:  Managing Member
   33562 blue Lantern #1
18 Dana Point, CA   92629

19 Anthem Blue Cross Blue Shield
   Attn:  Managing Member
20 P.O. Box 541013
   Los Angeles, CA   90054-1013

21
   Brink's U.S.
22 Attn:  Managing Member
   3200 E. Charleston Blvd.
23 Las Vegas, NV   89104

24 Nevada Department of Taxation
   Bankruptcy Section
25 555 E. Washington Avenue, Suite 1300
   Las Vegas, NV   89101

26

2140627.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

1
2

Jumbo Transportation, Inc.
Attn:  Managing Member
1201 Corbin St.
Elizabeth, NJ   07201

3
4
5

Oto Labs, LLC
Attn:  Managing Member
10315 Professional Circle
Suite 100
Reno, NV   89521

6
7
8

Wells Fargo Business Card
Attn:  Managing Member
P.O. Box 348750
Sacramento, CA   95834

9
10

Ikon Financial Services
Attn:  Managing Member
P.O. Box 650073
Dallas, TX   75265-0073

11
12
13

Czarnowski Display Services, Inc.
Attn:  Managing Member
6067 Eagle Way
Chicago, IL   60678-1060

14
15

Bearcom
Attn:  Managing Member
P.O. Box 200600
Dallas, TX   75320-0600

16
17
18

Quartermaster, Inc.
Attn:  Managing Member
17600 Fabrica Way
Cerritos, CA   90703

19
20

Intercall
Attn:  Managing Member
P.O. Box 403749
Atlanta, GA   30384-3749

21

22

23

24

 /s/ MARIE H. MANCINO
Marie H. Mancino
Lewis and Roca LLP

25

26

2140627.1