B9F (Official Form 9F) (Chapter 11 Corporation/Partnership Case) (12/08)     Case Number **10−10464−bam**

UNITED STATES BANKRUPTCY COURT District of Nevada

# Notice of
# Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on 1/13/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. Case documents may be viewed at www.nvb.uscourts.gov.

**Important Notice to Individual Debtors:** Debtors who are individuals must provide government−issued photo identification and proof of social security number at the meeting of creditors. Failure to do so may result in dismissal of their case.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
LAS VEGAS MONORAIL COMPANY
3960 HOWARD HUGHES PARKWAY
STE. 750
LAS VEGAS, NV 89169

| Case Number:<br>10−10464−bam<br>Judge: BRUCE A. MARKELL | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>88−0471789 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>GERALD M GORDON<br>3960 HOWARD HUGHES PKY 9TH FLR<br>LAS VEGAS, NV 89109<br>Telephone number: (702) 796−5555 | |

## Meeting of Creditors

Date: **February 18, 2010**      Time: **04:00 PM**
Location: **300 Las Vegas Blvd., South, Room 1500, Las Vegas, NV 89101**

## Deadline to File a Proof of Claim

Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:

For all creditors (except a governmental unit): **90 days after the date first set at the meeting of creditors.**     For a governmental unit: **180 days after order for relief entered.**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>300 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>Telephone number: (702)388−6257 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br><br>*Mary A. Schott*<br><br>Mary A. Schott |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: 1/14/10 |

## EXPLANATIONS

B9F (Official Form 9F) (12/08)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on the plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office or at www.nvb.uscourts.gov. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT District of Nevada | PROOF OF CLAIM |
|---|---|
| Name of Debtor: LAS VEGAS MONORAIL COMPANY | Case Number: 10-10464 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br><br><br><br><br>Telephone number: | **Court Claim Number:**_____<br>(*If known*)<br><br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |
| **1. Amount of Claim as of Date Case Filed:**        $_____<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim.<br><br>☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| **2. Basis for Claim:** _____<br>    (See instruction #2 on reverse side.)<br>**3. Last four digits of any number by which creditor identifies debtor:** _____<br>    **3a. Debtor may have scheduled account as:** _____<br>         (See instruction #3a on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4). |
| **4. Secured Claim** (See instruction #4 on reverse side.)<br>   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>**Nature of property or right of setoff:**   ☐ Real Estate    ☐ Motor Vehicle    ☐ Other<br>**Describe:**<br>**Value of Property: $**_____ **Annual Interest Rate**___%<br><br>**Amount of arrearage and other charges as of time case filed included in secured claim,**<br>   **if any: $**_____ **Basis for perfection:** _____<br><br>**Amount of Secured Claim: $**_____ **Amount Unsecured: $**_____ | ☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).<br><br>☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br><br>**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | **Amount entitled to priority:**<br><br>$_____<br><br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |
| **Date:** | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B10 (Official Form 10) (12/08) - Cont.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

### Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.

# CERTIFICATE OF NOTICE

```
District/off: 0978-2           User: renfrotj                Page 1 of 3                   Date Rcvd: Jan 14, 2010
Case: 10-10464                 Form ID: B9F                  Total Noticed: 112


The following entities were noticed by first class mail on Jan 16, 2010.
db           +LAS VEGAS MONORAIL COMPANY,    3960 HOWARD HUGHES PARKWAY,     STE. 750,    LAS VEGAS, NV 89169-5973
aty          +GERALD M GORDON,    3960 HOWARD HUGHES PKY 9TH FLR,     LAS VEGAS, NV 89169-5978
aty          +JAMES W. KAPP, III,    MCDERMOTT WILL & EMERY, LLP.,     227 WEST MONROE STREET,    SUITE 4400,
               CHICAGO, IL 60606-5058
aty          +LAUREL E. DAVIS,    FENNEMORE CRAIG, P.C.,    300 S. FOURTH STREET, #1400,
               LAS VEGAS, NV 89101-6021
aty          +MILES W. HUGHES,    MCDERMOTT WILL & EMERY, LLP.,     227 WEST MONROE STREET,    SUITE 4400,
               CHICAGO, IL 60606-5058
aty          +RICHARD F. HOLLEY,     400 S. FOURTH ST., 3RD FLOOR,    LAS VEGAS, NV 89101-6201
aty          +ROB CHARLES,    LEWIS AND ROCA LLP,    3993 HOWARD HUGHES PKWY, STE 600,     LAS VEGAS, NV 89169-5996
aty          +WILLIAM P. SMITH,    MCDERMOTT WILL & EMERY, LLP.,     227 WEST MONROE STREET,    SUITE 4700,
               CHICAGO, IL 60606-5096
cr           +BOMBARDIER TRANSPORTATION HOLDINGS USA, INC.,     1501 Lebanon Church Rd,
               Pittsburgh, PA 15236-1491
cr           +Susan M. Freeman Wells Fargo Bank, N.A.,     Lewis and Roca LLP,    40 North Central Avenue,
               Phoenix, AZ 85004-4446
5571895      +ALLEGIANCE DIRECT BANK,    ATTN: MANAGING MEMBER,    PO BOX 1750,    CERDAR CITY, UT 84721-1750
5571896       ALPINE WATER SYSTEMS,    Attn: MANAGING MEMBER,    PO BOX 94436,    LAS VEGAS, NV 89193-4436
5571842      +AMBAC Assurance Corp.,    Attn: Scott Zuchorski,    One State Street Plaza,
               New York, NY 10004-1484
5571841      +AMBAC Assurance Corp.,    Attn: Steven P. Rofsky, Managing Dir.,     One State Street Plaza,
               New York, NY 10004-1484
5571897       ANTHEM BLUE CROSS BLUE SHIELD,    Attn: MANAGING MEMBER,     PO BOX 541013,
               LOS ANGELES, CA 90054-1013
5571898      +AQUA-SERV ENGINEERS, INC,    Attn: MANAGING MEMBER,    13560 COLOMBARD COURT,
               FONTANA, CA 92337-7702
5571899       ARCO,    Attn: MANAGING MEMBER,    P O BOX 70887,    CHARLOTTE, NC 28272-0887
5571824      +Alvarez & Marsal,    Attn: Matthew E. Kvarda, Esq.,    633 W. Fifth St., Ste. 2560,
               Los Angeles, CA 90071-2068
5571901       BEARCOM,    Attn: MANAGING MEMBER,    PO BOX 200600,    DALLAS, TX 75320-0600
5571902       BOMBARDIER TRANSIT CORP.,    Attn: MANAGING MEMBER,     1501 LEBANON CHURCH RD,
               PITTSBURGH, PA 15236-1491
5571840       Ballard Spahr Andrews & Ingersoll,     Attn: Bradley Patterson, Esq.,    For: AMBAC Assurance Co.,
               201 South Main Street, Ste. 800,     Salt Lake City, UT 84111-2221
5571839       Ballard Spahr, LLP,    Attn: Robert E. McPeak, Esq.,     For: Dir. State of NV Dept. of Bs. & I,
               100 North City Parkway, Ste. 1750,     Las Vegas, NV 89106-4617
5571863       Bank of America, NA,    Attn: Trust Dept.,    300 Sotuh 4th Street,     Las Vegas, NV 89101
5571847       Bank of American, NA,    P.O. Box 830175,    Dallas, TX 75238-0175
5571831       Bombardier,    Attn: Eran Gartner, President,    Schoneberger Ufer 1,    10785 Berlin, Germany
5571832       Bombardier Total Transit Systems,     Attn: David Allen, VP Contracts,    1501 Lebanon Church Road,
               Pittsburg, PA 15236-1491
5571833       Bombardier Transit Corporation,     Transportation Systems Division,    Taylor-Kidd Blvd.,
               Country Road No. 23,    Mill Haven Ontario K7M6J1,     Canada
5571849       Bond Logistrix, LLC,    P.O. Box 61000, File 72887,    San Francisco, CA 94141-2887
5571903      +Brink’s U.S.,    ATTN: MANAGING MEMBER,    3200 E CHARLESTON BLVD.,     LAS VEGAS, NV 89104-2392
5571905       COLOR REFLECTIONS,    ATTN: MANAGING MEMBER,    CZARNOWSKI DISPLAY SERVICES INC.,
               ATTN: MANAGING MEMBER,    6067 EAGLE WAY,    CHICAGO, IL 60678-1060
5571890       Clark County,    Clark County Manager’s Office,    500 S. Grand Central Parkway,    P.O. Box 551712,
               Las Vegas, NV 89155-1712
5571881       Clark County Assessor,    c/o Bankruptcy Clerk,    500 S. Grand Central Pkwy,    P.O. Box 551401,
               Las Vegas, NV 89155-1401
5571882       Clark County Treasurer,    c/o Bankruptcy Clerk,    500 S. Grand Central Parkway,    P.O. Box 551220,
               Las Vegas, NV 89155-1220
5571846      +Coca-Cola Enterprises, Inc.,    Attn: Manging Member,     2500 Windy Ridge Parkway,
               Atlanta, GA 30339-5677
5571874       Colony Resorts LVH Acquisitions, LLC,     Attn: Thomas J. Barrack, Manager,
               1919 Avenue Of The Stars, Ste. 1200,     Los Angeles, CA 90067
5571844       Conway Del Genio Gries, & Co. LLC,     Attn: Michael P. Monaco, Sr. Mng. Dir.,
               For: Consultant to AMBAC Assurance,     Olympic Tower, 645 Firth Avenue,    New York, NY 10022
5571883      +Dept. Of Employment, Training &,     Rehabilitation, Employment Security Div.,    500 East Third St.,
               Carson City, NV 89713-0002
5571836       Director of Business and Industry,     1665 Hot Springs Rd.,    Carson City, NV 89710
5571889       Director of the State of Nevada,     Dept. of Business and Industry,
               Attn: Chief of Business Finance/Plannin,     1665 Hot Springs Rd.,    Carson City, NV 89710
5571888      +Director of the State of Nevada,     Dept. of Business and Industry,
               555 E. Washington Ave., Ste. 4900,     Las Vegas, NV 89101-1076
5571887      +Director of the State of Nevada,     Dept. of Business and Industry,
               901 South Stewart Street, Ste. 1003,     Carson City, NV 89701-5252
5571834       Dorsey & Whitney LLP,    Attn: Patrick Jim McLaughlin, Esq.,     For: U.S. Bank NA,
               50 South Sixth Street, Ste. 1500,     Minneapolis, MN 55402-1498
5571906       FEDEX KINKO’S,    ATTN: MANAGING MEMBER,    PO BOX 672085,    DALLAS, TX 75267-2085
5571843       Fennemore Craig, PC,    Attn: Laurel E. Davis, Esq.,     For: AMBAC Assurance Corp.,
               300 S. Fourth Street, Ste. 1400,     Las Vegas, NV 89101-6021
5571907      +GREENBURG TRAURIG,    ATTN: MANAGING MEMBER,    3773 HOWARD HUGHES PKWY,    SUITE 500 NORTH,
               LAS VEGAS, NV 89169-5940
5571845      +General Cousnel,    Venetian Casino Resort, LLC,    3355 Las Vegas Blvd. South,
               Las Vegas, NV 89109-8941
5571878      +Gordon Gaming Corporation,    dba Sahara Hotel & Casino,     Attn: General Counsel,
               2535 Las Vegas Blvd. South,    Las Vegas, NV 89109-1123
5571862       Grand Flamingo Villas Owners Assoc.,     c/o Preferred Equities Corp.,    Attn: General Counsel,
               4310 Paradise Rd.,    Las Vegas, NV 89119
5571851       Granite Construction Compnay,    Attn: David Malutich/Managing Member,     525 W. Beach Street,
               Watsonville, CA 95076
```

```
District/off: 0978-2          User: renfrotj               Page 2 of 3                 Date Rcvd: Jan 14, 2010
Case: 10-10464                Form ID: B9F                 Total Noticed: 112

5571850       +Granite Construction Compnay,    Attn: Ken Smith,    585 W. Beach Street,
                Watsonville, CA 95076-5123
5571865       +Harrah's Imperial Palace, Corp.,    Attn: Jonathan S. Halkyard, President,
                One Caesar's Palace Dr.,    Las Vegas, NV 89109-8969
5571868       +Harrah's Las Vegas, Inc.,    Attn: General Manager,    3475 Las Vegas Blvd. So.,
                Las Vegas, NV 89109-8922
5571867       +Harrah's Las Vegas, Inc.,    Attn: General Counsel,    3475 Las Vegas Blvd. So.,
                Las Vegas, NV 89109-8922
5571893       +Honorable James Gibbons,    Office of the Governor,    State Capitol,   101 N. Carson Street,
                Carson City, NV 89701-3713
5571908        IKON FINANCIAL SERVICES,    ATTN: MANAGING MEMBER,    PO BOX 650073,   DALLAS, TX 75265-0073
5571909        INTERCALL,    ATTN: MANAGING MEMBER,    PO BOX 403749,    ATLANTA, GA 30384-3749
5571911       +JUMBO TRANSPORTATION, INC.,    ATTN: MANAGING MEMBER,    1201 CORBIN ST,    Elizabeth, NJ 07201-2952
5571821       +Jones Vargas,    Attn: Kris T. Ballard, Esq.,    3773 Howard Hughes Pkwy., 3rd Floor So.,
                Las Vegas, NV 89169-0949
5571912        LINDEN DATA dba SHRED-IT,    ATTN: MANAGING MEMBER,    7180 PLACID ST STE A,
                LAS VEGAS, NV 89119-4203
5571872       +LVH Corporation,    Attn: Chief Financial Officer,    3000 Paradise Rd.,
                Las Vegas, NV 89109-1287
5571873       +LVH Corporation,    c/o Park Place Entertainment,    Attn: Legal Dept.,
                3930 Howard Hughes Pkwy., 4th Floor,    Las Vegas, NV 89169-0947
5571869       +Las Vegas Chamber of Commerce,    Attn: President/General Manager,    3720 Howard Hughes Pkwy.,
                Las Vegas, NV 89169-0937
5571871       +Las Vegas Convention and Visitors Auth.,    Attn: General Counsel,    3150 Paradise Rd.,
                Las Vegas, NV 89109-9096
5571870       +Las Vegas Convention and Visitors Auth.,    Attn: President,    3150 Paradise Rd.,
                Las Vegas, NV 89109-9096
5571820       +Las Vegas Monorail Company,    Attn: Curtis L. Myles, III,
                3960 Howard Hughes Parkway, Suite 750,    Las Vegas, NV 89169-5973
5571825       +Lewis & Roca, LLP,    Attn:Bryant Barber, Esq.,    For: Wells Fargo Bank, Indenture Trustee,
                40 North Central Ave., Ste. 1900,    Phoenix, AZ 85004-4429
5571852       +MGM Grand Hotel, Inc.,    c/o MGM Grand, Inc.,    Attn: Gary J. Jacobs, Esq.,
                3799 Las Vegas Blvd. So.,    Las Vegas, NV 89109-4319
5571853       +MGM Grand, Inc.,    Legal Department,    Attn: Thomas Peterman, Esq.,    3799 Las Vegas Blvd. So.,
                Las Vegas, NV 89109-4319
5571854       +MGM Grand, Inc.,    Legal Department,    3600 Las Vegas Blvd. So.,    Las Vegas, NV 89109-4303
5571837       +McDermott Will & Emery LLP,    Attn: Miles W. Hughes, Esq.,    For: AMBAC Assurance Co.,
                227 W. Monroe St., Ste. 4400,    Chicago, IL 60606-5058
5571838       +McDermott Will & Emery LLP,    Attn: Bill Smith, Esq.,    For: AMBAC Assurance Co.,
                227 W. Monroe St., Ste. 4400,    Chicago, IL 60606-5058
5571913        NV ENERGY,   ATTN: MANAGING MEMBER,    PO BOX 30086,    RENO, NV 89520-3086
5571894        Nevada Attorney General,    Catherine Cortez Matso, Attorney General,
                Office of the Attorney General,    100 North Carson Street,    Carson City, NV  89701-4717
5571886       +Nevada Department Of Taxation,    Bankruptcy Section,    555 E. Washington Ave., #1300,
                Las Vegas, NV 89101-1046
5571861        Nevada Power Company,   Attn:  Rob Woodard; Land Development,    6226 W. Sahara Ave.,
                Mailstop 9,   Las Vegas, NV  89151-0001
5571891        Nevada Secretary of State,    202 N. Carson St.,    Carson City, NV  89701-4201
5571866       +Nitz Walton & Heaton,    Attn: W. Owen Nitz, Esq.,    For: Imperial Palace, Inc.,
                301 E. Clark, Ste. 1000,    Las Vegas, NV 89101-6597
5571914        OFFICE DEPOT,   ATTN: MANAGING MEMBER,    PO BOX 70025,   LOS ANGELES, CA 90074-0025
5571915       +OTO LABS, LLC,    ATTN: MANAGING MEMBER,    10315 PROFESSIONAL CIRCLE,    SUITE 100,
                Reno, NV 89521-4803
5571916       +PROMETHEAN PARTNERS, LLC,    ATTN: MANAGING MEMBER,    10816 IRIS CANYON LN,
                LAS VEGAS, NV 89135-1719
5571880       +Paradise Land, LLC,    c/o the William G. Bennett Qualified,
                Interest Trust Co/Family Bus. Div. NT,    50 S. LaSalle Street,    Chicago, IL 60603-1006
5571857       +Parball Corporation,    dba Bally's Las Vegas,    Attn: Chief Financial Officer,
                3645 Las Vegas Blvd. So.,    Las Vegas, NV 89109-4321
5571860       +Parball Corporation,    c/o Harrah's Las Vegas, Inc.,    Attn: Michael D. Cohen,
                One Harrah's Court,    Las Vegas, NV 89119-4377
5571859       +Park Place Entertainment,    Attn: Legal Department (Flamingo Hilton,
                3930 Howard Hughes Pkwy, 4th Floor,    Las Vegas, NV 89169-0947
5571877       +Park Place Entertainment,    Attn: Legal Depart. (Las Vegas Hilton),
                3930 Howard Hughes Pkwy, 4th Floor,    Las Vegas, NV 89169-0947
5571858       +Park Place Entertainment,    Attn: Legal Department (Bally's),
                3930 Howard Hughes Pkwy, 4th Floor,    Las Vegas, NV 89169-0947
5571864        Preferred Equities Corp.,    Attn: Jon A. Joseph, Esq.,    4310 Paradise Rd.,
                Las Vegas, NV  89119
5571917       +QUARTERMASTER, INC.,    ATTN: MANAGING MEMBER,    17600 FABRICA WAY,    CERRITOS, CA 90703-7015
5571823       +R&R Partners,    Attn: Billy Vassiliadis,    900 S. Pavilion Center Dr.,
                Las Vegas, NV 89144-4581
5571919        SF DEPT OF CHILD SUPPORT SERV.,    CA STATE DISBURSEMENT UNIT,    P O BOX 989067,
                WEST SACRAMENTO, CA 95798-9067
5571920        SPARKLETTS WATER (DS WATERS),    ATTN: MANAGING MEMBER,    PO BOX 660579,    DALLAS, TX 75266-0579
5571921        STATE COLL & DISB UNIT - SCADU,    ATTN: MANAGING MEMBER,    PO BOX 98950,
                LAS VEGAS, NV 89193-8950
5571830       +Santoro, Driggs, Walch, Kearney, Holley &,    Thompson,    Attn: Richard Holley, Esq.,
                For: Bondholders,    400 S. Fourth Street, 3rd Floor,    Las Vegas, NV 89101-6201
5571876       +Silver Star Development, LLC,    Attn: Michael K. M. Au,    850 E. Desert Inn Rd., #PH3,
                Las Vegas, NV 89109-9382
5571875       +Silver Star Development, LLC,    c/o Cane & Company, LLC,    Attn: Michael A. Cane,
                101 Convention Center Dr., #1200,    Las Vegas, NV 89109-2037
5571884       +State Of Nevada DMV,    Attn: Legal Division,    555 Wright Way,    Carson City, NV 89711-0001
```

```
District/off: 0978-2           User: renfrotj              Page 3 of 3               Date Rcvd: Jan 14, 2010
Case: 10-10464                 Form ID: B9F                Total Noticed: 112

 5571892      +State of Nevada OSHA,   Attn: Managing Member,    1301 N. Green Valley Pkway, #200,
               Henderson, NV 89074-6197
 5571879      +Stockbridge SBE Holdings, LLC,   Attn: Managing Member,    8000 Beverly Blvd.,
               Los Angles, CA 90048-4504
 5571822      +Stradling Yocca Carlson & Rauth,   Attn: Doug Brown, Esq.,    660 Newport Center Dr. Ste. 1600,
               Newport Beach, CA 92660-6458
 5571922      +TEAM GRAPX, INC.,   ATTN: MANAGING MEMBER,    33562 BLUE LANTERN #1,    DANA POINT, CA 92629-1721
 5571855      +The Locatelli Family Trust dated,   March 16, 1994/Locatelli Family LP,    c/o John Moran, Esq.,
               Moran & Associates,   630 S. Fourth Street, Ste. 400,    Las Vegas, NV 89101-6604
 5571856      +The Locatelli Family Trust dated,   March 16, 1994/Locatelli Family LP,    Battista Locatelli,
               4041 Audrie Street,   Las Vegas, NV 89109-9105
 5571835      +US Bank, National Association,   Attn: Sandra Spivey,    Nevada Financial Center,
               2300 W. Sahara, Ste. 200,   Las Vegas, NV 89102-4391
 5571848      +Wells Fargo Bank, NA,   Attn: Managing Member,    3800 Howard Hughes Parkway, Ste. 400,
               Las Vegas, NV 89169-0919
 5571826      +Wells Fargo Bank, National Association,   Corporate Trust Department,    Attn: Gavin Wilkinson, VP,
               MAC #N9311-115,   625 Marquette Avenue, 11th Floor,    Minneapolis, MN 55479-0001
 5571827      +Wells Fargo Bank, National Association,   Corporate Trust Department,
               Attn: Sybil Hill, Relationship Specialis,    MAC #N9311-115,   625 Marquette Avenue, 11th Floor,
               Minneapolis, MN 55479-0001
 5571828      +Wells Fargo Bank, National Association,   Corporate Trust Department,
               Attn: Theresa Hempeck, VP & Relationship,    MAC #N9311-115,   625 Marquette Avenue, 11th Floor,
               Minneapolis, MN 55479-0001
 5571829      +Wells Fargo Securities, LLC,   100 W. Washington,    Phoenix, AZ 85003-1805
The following entities were noticed by electronic transmission on Jan 15, 2010.
ust           +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov                              U.S. TRUSTEE - LV - 11,
               300 LAS VEGAS BOULEVARD S.,   SUITE 4300,   LAS VEGAS, NV 89101-5803
 5571900      +EDI: CINGMIDLAND.COM Jan 14 2010 21:08:00      AT&T,   ATTN: BANKRUPTCY DEPT.,
               5407 ANDREWS HIGHWAY,   MIDLAND, TX 79706-2851
 5571885       EDI: IRS.COM Jan 14 2010 21:08:00      Internal Revenue Service,   P.O. Box 21126,   DPN 781,
               Philadelphia, PA 19114
 5571835      +EDI: USBANKARS.COM Jan 14 2010 21:08:00      US Bank, National Association,   Attn: Sandra Spivey,
               Nevada Financial Center,   2300 W. Sahara, Ste. 200,   Las Vegas, NV 89102-4391
 5571923      +EDI: WFFC.COM Jan 14 2010 21:08:00      WELLS FARGO BUSINESS CARD,   ATTN: MANAGING MEMBER,
               PO BOX 348750,   SACRAMENTO, CA 95834-8750
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 cr            AMBAC ASSURANCE CORPORATION
 5571925       1
 5571924       6
 5571904       BUSINESS WIRE,   ATTN:  MANAGING MEMBER
 5571910       JOE DORSEY
 5571918       SCHNEIDER ELECTRIC, INC.,   ATTN:  MANAGING MEMBER
                                                                                              TOTALS: 6, * 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 16, 2010**               Signature:    *Joseph Speetjens*