# EXHIBIT 1

GORDON SILVER
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: ggordon@gordonsilver.com
WILLIAM M. NOALL, ESQ.
Nevada Bar No. 3549
E-mail: wnoall@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Proposed Attorneys for Las Vegas Monorail Company

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| In re: | Case No.: 10-10464-BAM |
|---|---|
| LAS VEGAS MONORAIL COMPANY, | Chapter 11 |
| Debtor. | Date:  March 2, 2010<br>Time:  10:00 a.m. |

### ORDER AUTHORIZING EMPLOYMENT OF ALVAREZ & MARSAL AS FINANCIAL AND RESTRUCTURING ADVISOR TO DEBTOR

Las Vegas Monorail Company, a Nevada corporation (the "Debtor"), filed its *Application For Order Authorizing The Employment Of Alvarez & Marsal As Financial And Restructuring Advisor To Debtor* [Docket No.____] (the "Application"),[1] which came on for hearing in the above-referenced court; all appearances having been noted on the record; the Court having reviewed the Application and all documents submitted therewith; notice of the Application having been proper; the Court having stated its findings of fact and conclusions of law on the record at the hearing and having overruled the objection to the application filed by the

---

[1] All capitalized, undefined terms shall have the meaning ascribed to them in the Application.

102200-002/783709_3.doc

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

Committee of Unsecured Creditors, which are incorporated herein by reference in accordance with Fed. R. Civ. P. 52, made applicable pursuant to Fed. R. Bankr. P. 9014; and good cause appearing therefore, **IT IS HEREBY ORDERED** that:

1. The Application is GRANTED.

2. Debtor is hereby authorized to retain Alvarez & Marsal pursuant to 11 U.S.C. § 327, and subject to the terms of the Engagement Agreement, as its financial and restructuring advisors to perform the services set forth in the Application, which is hereby approved *nunc pro tunc* to the Petition Date.

3. Alvarez & Marsal shall continue to review all matters that may arise in Debtor's case for any appearance of impropriety, and shall be required to remove itself from the representation of Debtor on such specific matters in favor of other professionals as may be appropriate. Alvarez & Marsal is further prohibited from receiving any compensation for any work performed on any such specific matters in Debtor's case that may result in an appearance of impropriety.

4. Alvarez & Marsal shall cooperate with Debtor and its general bankruptcy counsel, Gordon Silver, in their efforts to coordinate the services of counsel and the professionals employed on behalf of Debtor so as to avoid the duplication of services.

5. Alvarez & Marsal shall be compensated for the services described in the Application in accordance with the procedures set forth in 11 U.S.C. §§ 330 and 331, applicable provisions of the Bankruptcy Rules, the Local Rules of Bankruptcy Practice for the U.S. District Court for the

…

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102200-002/783709_3.doc

2

District of Nevada, the guidelines established by the Office of the United States Trustee, and such other procedures as may be fixed by order of this Court.

**IT IS SO ORDERED.**

| PREPARED AND SUBMITTED: | APPROVED/DISAPPROVED: |
|---|---|
| GORDON SILVER | OFFICE OF THE U.S. TRUSTEE |
| By: _____<br>GERALD M. GORDON, ESQ.<br>WILLIAM M. NOALL, ESQ.<br>3960 Howard Hughes Pkwy, 9th Floor<br>Las Vegas, Nevada 89169<br>Proposed Attorneys for Debtor | By: _____<br>300 Las Vegas Blvd. So.<br>Las Vegas, NV 89101 |

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102200-002/783709_3.doc

3

**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies as follows:

☐ The Court waived the requirement of approval under LR 9021.

☐ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐ I have certified that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

###

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102200-002/783709_3.doc

4