GORDON SILVER
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: ggordon@gordonsilver.com
WILLIAM M. NOALL, ESQ.
Nevada Bar No. 3549
E-mail: wnoall@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Proposed Attorneys for Debtor

E-Filed On 2-3-10

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA**

In re:

LAS VEGAS MONORAIL COMPANY,

Debtor.

Case No.: 10-10464-BAM
Chapter 11

Date: N/A
Time: N/A

**AMENDMENT COVER SHEET**

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

- ☐ Voluntary Petition (specify reason for amendment)_____
- ☐ Summary of Schedules
- ☐ Schedule A – Real Property
- ☐ Schedule B – Personal Property
- ☐ Schedule C – Property Claimed as Exempt
- ☐ Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders
   - ☐ Add/delete creditor(s), change amount or classification of debt - **$26.00 fee required**.
   - ☐ Add/change address of already listed creditor – **no fee**
- ☐ Schedule G – Schedule of Executory Contracts & Expired Leases
- ☐ Schedule H – Codebtors
- ☐ Schedule I – Current Income of Individual Debtor(s)
- ☐ Schedule J – Current Expenditures of Individual Debtor(s)
- ☐ Declaration Regarding Schedules
- ☐ Statement of Financial Affairs and/or Declaration
- ☐ Disclosure of Compensation of Attorney for Debtor
- ☐ Statement of Current Monthly Income and Means Test Calculation (Form 22A, 22B, or 22C)
- ☒ **Other: Amended List of Creditors Holding 20 Largest Unsecured Claims**

GORDON SILVER

By /s/
GERALD M. GORDON, ESQ.
WILLIAM M. NOALL, ESQ.
3960 Howard Hughes Pkwy, 9th Floor
Las Vegas, Nevada 89169
Proposed Attorneys for Debtor

102200-002/839807.doc

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **Las Vegas Monorail Company**        Case No.    **10-10464-BAM**
                                     Debtor(s)        Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

       Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Franklin Federal Tax Free Income Fund<br>Attn: Dick Kuersteiner, Esq.<br>One Franklin Pkwy.<br>San Mateo, CA 94403-1906 | Franklin Federal Tax Free Income Fund<br>Attn: Dick Kuersteiner, Esq.<br>San Mateo, CA 94403-1906 | 1st Tier Bondholder | | 68,615,000.00<br><br>Value of security unknown. |
| Nuveen Insured Quality Municipal Fund<br>c/o Nuveen Investments, Inc.<br>Attn: John Miller<br>333 West Wacker Drive<br>Chicago, IL 60606 | Nuveen Insured Quality Municipal Fund<br>c/o Nuveen Investments, Inc.<br>Attn: John Miller<br>Chicago, IL 60606 | 1st Tier Bondholder | | 33,700,000.00<br><br>Value of security unknown. |
| Nuveen Insured Mun. Opportunity Fund<br>c/o Nuveen Investments, Inc.<br>Attn: John Miller<br>333 West Wacker Drive<br>Chicago, IL 60606 | Nuveen Insured Mun. Opportunity Fund<br>c/o Nuveen Investments, Inc.<br>Attn: John Miller<br>Chicago, IL 60606 | 1st Tier Bondholder | | 28,000,000.00<br><br>Value of security unknown. |
| Nuveen Mun. Market Opport. Fund<br>c/o Nuveen Investments, Inc.<br>Attn: John Miller<br>333 West Wacker Drive<br>Chicago, IL 60606 | Nuveen Mun. Market Opport. Fund<br>c/o Nuveen Investments, Inc.<br>Attn: John Miller<br>Chicago, IL 60606 | 1st Tier Bondholder | | 27,125,000.00<br><br>Value of security unknown. |
| Nuveen High Yield Mun. Bond Fund<br>c/o Nuveen Investments, Inc.<br>Attn: John Miller<br>333 West Wacker Drive<br>Chicago, IL 60606 | Nuveen High Yield Mun. Bond Fund<br>c/o Nuveen Investments, Inc.<br>Attn: John Miller<br>Chicago, IL 60606 | 1st Tier Bondholder | | 25,275,000.00<br><br>Value of security unknown. |
| Nuveen Municipal Value Fund<br>c/o Nuveen Investments, Inc.<br>Attn: John Miller<br>333 West Wacker Drive<br>Chicago, IL 60606 | Nuveen Municipal Value Fund<br>c/o Nuveen Investments, Inc.<br>Attn: John Miller<br>Chicago, IL 60606 | 1st Tier Bondholder | | 24,010,000.00<br><br>Value of security unknown. |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| General Electric Mortgage Ins. Corp.<br>c/o Genworth Financial, Inc.<br>6620 W. Broad Street<br>Building 1<br>Richmond, VA 27615 | General Electric Mortgage Ins. Corp.<br>c/o Genworth Financial, Inc.<br>6620 W. Broad Street<br>Richmond, VA 27615 | 1st Tier Bondholder | | 22,085,000.00<br><br>Value of security unknown. |
| Eaton Vance Insured Municipal Bond Fund<br>Eaton Vance Investment Mgrs.<br>Two International Place<br>Boston, MA 02110 | Eaton Vance Insured Municipal Bond Fund<br>Eaton Vance Investment Mgrs.<br>Boston, MA 02110 | 1st Tier Bondholder | | 20,000,000.00<br><br>Value of security unknown. |
| Nuveen Prem. Income Mun. Fund<br>c/o Nuveen Investments, Inc.<br>Attn: John Miller<br>333 West Wacker Drive<br>Chicago, IL 60606 | Nuveen Prem. Income Mun. Fund<br>c/o Nuveen Investments, Inc.<br>Attn: John Miller<br>Chicago, IL 60606 | 1st Tier Bondholder | | 18,425,000.00<br><br>Value of security unknown. |
| Nuveen Invest, Quality Mun. Fund<br>c/o Nuveen Investments, Inc.<br>Attn: John Miller<br>333 West Wacker Drive<br>Chicago, IL 60606 | Nuveen Invest, Quality Mun. Fund<br>c/o Nuveen Investments, Inc.<br>Attn: John Miller<br>Chicago, IL 60606 | 1st Tier Bondholder | | 14,530,000.00<br><br>Value of security unknown. |
| Nuveen Select Tax Free Income Port. 2<br>c/o Nuveen Investments, Inc.<br>Attn: John Miller<br>333 West Wacker Drive<br>Chicago, IL 60606 | Nuveen Select Tax Free Income Port. 2<br>c/o Nuveen Investments, Inc.<br>Attn: John Miller<br>Chicago, IL 60606 | | | 13,250,000.00<br><br>Value of security unknown. |
| Nuveen Dividend Advantage Municipal Fund<br>c/o Nuveen Investments, Inc.<br>Attn: John Miller<br>333 West Wacker Drive<br>Chicago, IL 60606 | Nuveen Dividend Advantage Municipal Fund<br>c/o Nuveen Investments, Inc.<br>Attn: John Miller<br>Chicago, IL 60606 | 1st Tier Bondholder | | 12,275,000.00<br><br>Value of security unknown. |
| Nuveen Dividend Advantage Municipal Fund<br>c/o Nuveen Investments, Inc.<br>Attn: John Miller<br>333 West Wacker Drive<br>Chicago, IL 60606 | Nuveen Dividend Advantage Municipal Fund<br>c/o Nuveen Investments, Inc.<br>Attn: John Miller<br>Chicago, IL 60606 | 1st Tier Bondholder | | 11,000,000.00<br><br>Value of security unknown. |
| Riversource High Yield Tax Exempt Fund<br>RiverSource Investments<br>c/o Boston Financial<br>P.O. Box 8041<br>Boston, MA 02266-8041 | Riversource High Yield Tax Exempt Fund<br>RiverSource Investments<br>c/o Boston Financial<br>Boston, MA 02266-8041 | 1st Tier Bondholder | | 10,105,000.00<br><br>Value of security unknown. |
| Van Kampen Insured Tax Free Income Fund<br>c/o Van Kampen Asset Mgt.<br>522 Fifth Ave.<br>New York, NY 10036 | Van Kampen Insured Tax Free Income Fund<br>c/o Van Kampen Asset Mgt.<br>New York, NY 10036 | 1st Tier Bondholder | | 10,000,000.00<br><br>Value of security unknown. |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Nuveen Select Tax Free Income Port. 1<br>c/o Nuveen Investments, Inc.<br>Attn: John Miller<br>333 West Wacker Drive<br>Chicago, IL 60606 | Nuveen Select Tax Free Income Port. 1<br>c/o Nuveen Investments, Inc.<br>Attn: John Miller<br>Chicago, IL 60606 | 1st Tier Bondholder | | 9,525,000.00<br><br>Value of security unknown. |
| FSA Insurance Company<br>c/o Financial Security Assur., Inc.<br>31 West 52nd Street<br>New York, NY 10019 | FSA Insurance Company<br>c/o Financial Security Assur., Inc.<br>31 West 52nd Street<br>New York, NY 10019 | 1st Tier Bondholder | | 8,500,000.00<br><br>Value of security unknown. |
| Nuveen Municipal Advtg. Fund Incorp.<br>c/o Nuveen Investments, Inc.<br>Attn: John Miller<br>333 West Wacker Drive<br>Chicago, IL 60606 | Nuveen Municipal Advtg. Fund Incorp.<br>c/o Nuveen Investments, Inc.<br>Attn: John Miller<br>Chicago, IL 60606 | 1st Tier Bondholder | | 7,910,000.00<br><br>Value of security unknown. |
| Financial Guaranty Insurance Co.<br>Attention: Steven Natko, Esq.<br>125 Park Avenue<br>New York, NY 10017 | Financial Guaranty Insurance Co.<br>Attention: Steven Natko, Esq.<br>125 Park Avenue<br>New York, NY 10017 | 1st Tier Bondholder | | 6,670,000.00<br><br>Value of security unknown. |
| JP Morgan Tax Free Bond Fund<br>c/o JP Morgan Distribution Svcs. Inc.<br>1111 Polaris Pkwy<br>Columbus, OH 43240 | JP Morgan Tax Free Bond Fund<br>c/o JP Morgan Distribution Svcs. Inc.<br>1111 Polaris Pkwy<br>Columbus, OH 43240 | 1st Tier Bondholder | | 6,000,000.00<br><br>Value of security unknown. |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President and Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    2/3/10              Signature   _____
                                        Curtis L. Myles, III
                                        **President and Chief Executive Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.