GORDON SILVER
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: ggordon@gordonsilver.com
WILLIAM M. NOALL, ESQ.
Nevada Bar No. 3549
E-mail: wnoall@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Proposed Attorneys for Debtor

E-Filed On _2-26-10_

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| In re: | Case No.: 10-10464-BAM |
|---|---|
| | Chapter 11 |
| LAS VEGAS MONORAIL COMPANY, | |
| Debtor. | Date:   N/A |
| | Time:  N/A |

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

☐ Voluntary Petition (specify reason for amendment)_____
☒ Summary of Schedules
☒ Schedule A – Real Property
☒ Schedule B – Personal Property
☐ Schedule C – Property Claimed as Exempt
☒ Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders
    ☒ Add/delete creditor(s), change amount or classification of debt - **$26.00 fee required**.
    ☐ Add/change address of already listed creditor – **no fee**
☒ Schedule G – Schedule of Executory Contracts & Expired Leases
☒ Schedule H – Codebtors
☐ Schedule I – Current Income of Individual Debtor(s)
☐ Schedule J – Current Expenditures of Individual Debtor(s)
☒ Declaration Regarding Schedules
☒ Statement of Financial Affairs and/or Declaration
☒ Disclosure of Compensation of Attorney for Debtor
☐ Other:

Dated this 26th Day of February, 2010

GORDON SILVER

By: _____
GERALD M. GORDON, ESQ.
WILLIAM M. NOALL, ESQ.
3960 Howard Hughes Pkwy, 9th Floor
Las Vegas, Nevada 89169
Proposed Attorneys for Debtor

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102200-002/853508.doc

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re  **Las Vegas Monorail Company**

Debtor

Case No.  **10-10464-BAM**

Chapter  **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 8,286,807.00 | | |
| B - Personal Property | Yes | 8 | 387,672,957.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | 450,001,771.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 4 | | 109,306.50 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | 198,545,826.91 | |
| G - Executory Contracts and Unexpired Leases | Yes | 6 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| Total Number of Sheets of ALL Schedules | | 43 | | | |
| Total Assets | | | 395,959,764.00 | | |
| Total Liabilities | | | | 648,656,904.41 | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### District of Nevada

In re    **Las Vegas Monorail Company**

Case No.    **10-10464-BAM**

Debtor

Chapter    **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Las Vegas Monorail Company**                                    Case No.    **10-10464-BAM**
_____
                                Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **MGM Grand Hotel Easement: Permanent Operations Easement (Exclusive and permanent easement in gross); APN's: 162-21-401-008; 162-21-401-009; 162-21-401-011; 162-21-401-013; 162-21-401-016; 162-21-401-022** | **Easement** | - | **Unknown** | **Unknown** |
| **Bally's Easement: Permanent Operations Easement (Exclusive and permanent easement in gross) APN's:  162-21-202-005; 162-21-202-009** | **Easement** | - | **Unknown** | **Unknown** |
| **Battista Property Easement:  Permanent Operations Easement (Exclusive and permanent easement in gross) APN's: 162-21-11-001; 162-16-410-050; 162-16-410-051** | **Easement** | - | **Unknown** | **Unknown** |
| **Famingo Hilton Easement: Permanent Operations Easement (Exclusive and permanent easement in gross) APN's:  162-16-401-033; 162-21-101-051** | **Easement** | - | **Unknown** | **Unknown** |
| **Nevada Power Easement: Permanent easement in gross.  APN 162-21-101-003** | | - | **Unknown** | **Unknown** |
| **Ramada Villas/ Ramada Towers:  Permanent Operations Easement (Exclusive and permanent easement in gross) APN's: 162-16-410-001; 162-16-410-052; 162-16-410-053; 162-16-410-054; 162-16-410-055** | **Easement** | - | **Unknown** | **Unknown** |
| **Imperial Palace/ Harrah's Connection Easement: (Non-exclusive and permanent easements appurtenant to monorail Station): APN's 162-16-401-001 (Imperial Palace); 162-16-01-007 (Imperial Palace); 162-16-301-008 (Harrah's)** | **Easement** | - | **Unknown** | **Unknown** |
| **Harrah's Easement: Permanent Operations Easement (Non-exclusive and permanent easement in gross) APN: 162-301-008** | **Easement** | - | **Unknown** | **Unknown** |

|  |  | Sub-Total > | **0.00** | (Total of this page) |

__1__   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re **Las Vegas Monorail Company**                                        Case No.   **10-10464-BAM**
_____                                        _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | | **Cash at CSA Booths. (Value is an approximation of cash on hand as of the petition date)** | - | 650.00 |
| | | **TVM Cash Account (Value is an approximation of cash on hand as of the petition date)** | - | 103,573.00 |
| | | **Brinks Cash Account.  (Value is an approximation of cash on hand as of the petition date)** | - | 101,156.00 |
| | | **Master Clearing Account (Value is an approximation of cash fare deposits in transit to the company)** | - | 38,203.00 |
| | | **Clearing Acount- Cash (Value is an approximation of cash fare deposits in transit to the company)** | - | 48,811.00 |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo; LVMC Collections:  Account no. xxx-xxx1071** | - | 0.00 |
| | | **Wells Fargo; LVMC Operating Account:  Account no. xxxxxx6121** | - | 104,359.00 |
| | | **Wells Fargo; LVMC Payroll:  Account no. xxxxxx6139** | - | 0.00 |
| | | **Wells Fargo; Capital Replacement Fund:  Account no. xxx-xxx1089** | - | 0.00 |
| | | **Wells Fargo; General Fund Account:  Account no. xxx-xxx1097** | - | 0.00 |
| | | **Wells Fargo; Pledged Account (WF Business Credit Cards):  Account no. xxxx7835** | - | 10,000.00 |
| | | **Wells Fargo; 1st Tier Debt Service Reserve Fund: Account no. xxxx2502** | - | 0.00 |
| | | **Wells Fargo;  2nd Tier Debt Service Reserve Fund: Account no. xxxx2507** | - | 1,764,705.00 |

|  | Sub-Total >  | 2,171,457.00 |
|---|---|---|
|  | (Total of this page) |  |

  **7**    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Las Vegas Monorail Company**                                    Case No.    **10-10464-BAM**
                                                                              ,
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Wells Fargo; Indemnification Account:  Account no.xxxx2514 | - | 497,170.00 |
| | | Wells Fargo; Removal Costs Escrow Fund: Account no. xxxx2520 (This account is dedicated to Clark County in the event of removal of the Monorail infrastructure) | - | 7,900,903.00 |
| | | Wells Fargo; Revenue Fund:  Account no. xxxx2500 | - | 121,987.00 |
| | | Wells Fargo; 1st Tier Debto Service Fund:  Account no. xxxx2501 | - | 0.00 |
| | | Wells Fargo; 1st Tier Redemption Account: Account no. xxxx2503 | - | 0.00 |
| | | Wells Fargo; 2nd Tier Debt Service Fund:  Account no. xxxx2506 | - | 0.00 |
| | | Wells Fargo; 2nd Tier Redemption Account; Account no. xxxx2508 | - | 0.00 |
| | | Wells Fargo; Surplus Fund:  Account no. xxxx2512 | - | 0.00 |
| | | Wells Fargo; 3rd Tier Revenue Fund:  Account no. xxxx2516 | - | 0.00 |
| | | Wells Fargo; 3rd Tier Debt Service Fund:  Account no. xxxx2517 | - | 0.00 |
| | | Wells Fargo; 3rd Tier Redemption Fund:  Account no. xxxx2518 | - | 0.00 |
| | | Wells Fargo; 1st Tier General Fund:  Account no. xxxx2521 | - | 0.00 |
| | | Wells Fargo; 2nd Tier General Fund:  Account no. xxxx2522 | - | 0.00 |
| | | Bank of America; Cash account: Account No. xxxxxxxx9090 | - | 1,147,636.00 |
| | | U.S. Bank; 2nd Tier Debt Service; Account no. xxxxx2000 | - | 0.00 |
| | | U.S. Bank; 2nd Tier Debt Service Reserve; Account no. xxxxx2001 | - | 0.00 |

Sub-Total >    **9,667,696.00**
(Total of this page)

Sheet __1__ of __7__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Las Vegas Monorail Company**                                    Case No.  **10-10464-BAM**
                                                    ,
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | U.S. Bank; 2nd Tier Debt Service Redemption; Account no. xxxxx2002 | - | 0.00 |
| | | U.S. Bank; 2nd Tier Debt Service General; Account no. xxxxx2003 | - | 0.00 |
| | | U.S. Bank; 2nd Tier Debt Service Capitalized Interest; Account no. xxxxx2004 | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security deposit for Office Lease** | - | 229,887.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Travelers Casualty & Surety Co. of America-Property Insurance.  Policy No. KTK-CMB-1726B99-7-09 | - | 0.00 |
| | | First Mercury Insurance Co.-Security Liability. Policy No. FMM1012986-3 | - | 0.00 |
| | | First Mercury Insurance Co.-Excess Security Liability. Policy No. CEM100598 | - | 0.00 |
| | | Nationwide Mutual Insurance Co.-Business Auto. Policy No. ACP BA 7822608874 | - | 0.00 |
| | | American Casualty-Commercial Umbrella.  Policy No. 2091312691 | - | 0.00 |
| | | American Casualty-Business Owners Policy.  Policy No. 20839700292 | - | 0.00 |

Sub-Total >     229,887.00
(Total of this page)

Sheet __2__ of __7__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Las Vegas Monorail Company**                                    Case No.   **10-10464-BAM**
                                                                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | National Union Fire-D&S First Layer.  Policy No. 32716618 | - | 0.00 |
| | | XL Specialty Insurance-D&S 2nd Layer. ELU11249409 | - | 0.00 |
| | | Zurich American Insurance-D&O 3rd Layer.  Policy No. DOC9671811-01 | - | 0.00 |
| | | Lloyd's of London-D&O 4th Layer.  Policy No. WCLSFIN00000809 | - | 0.00 |
| | | Travelers-Worker's Comp.  Policy No. XOUB-2644T22-0-9 | - | 0.00 |
| | | AFLAC-Employee Insurance.  Policy No. KP342 | - | 0.00 |
| | | Anthem Blue Cross Blue Shield-Employee Insurance.  Policy No. 461880 | - | 0.00 |
| | | Guardian-Employee Insurance.  Policy No. 00 686909 | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Shivers Trading-Morris Visitor | - | 3,774.00 |

Sub-Total >     3,774.00
(Total of this page)

Sheet  **3**  of  **7**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re     **Las Vegas Monorail Company**                                        Case No.     **10-10464-BAM**
                                          Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| | | Jan Doets American Tours | - | 65.00 |
| | | Clearing Account- AMEX (Value is an approximation of fare deposits in transit to the company) | - | 7,530.00 |
| | | Clearing Account -Visa (Value is an approximation of cash deposits in transit to the company) | - | 21,332.00 |
| | | Sales Receivable (from Web Ticket Costs) | - | 574.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Confession of Judgment in favor of Las Vegas Monorail Company and against Tix4vegas, LLC, Michael Brenesell. | - | 22,294.00 |
| | | Las Vegas Monorail Company v. Lehman Brothers Special Financing Inc.: Claim by LVMC against Lehman Brothers for failure to fulfill interest rate agreement. The parties have agreed to settlement. A proof of claim has been filed with the Lehman bankruptcy estate. | - | 130,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Claim by Las Vegas Monorail Company against Final Film, Inc. and/or Creative Graphic Solutions for damage to monorail train. | - | 400,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Domain Name: lasvegasmonorail.org | - | Unknown |
| | | Domain Name: lvmonorail.com | - | Unknown |
| | | Domain Name: lvmonorail.net | - | Unknown |

|  | Sub-Total > | 581,795.00 |
|---|---|---|
|  | (Total of this page) |  |

Sheet __4__ of __7__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re      **Las Vegas Monorail Company**                                    Case No.    **10-10464-BAM**
                                                                    ,
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Domain Name: lvmonorail.org** | - | **Unknown** |
| | | **Domain Name: vegasmonorail.org** | - | **Unknown** |
| | | **Domain Name: lasvegas-monorail.com** | - | **Unknown** |
| | | **Domain Name: lasvegasmonorail.us** | - | **Unknown** |
| | | **Domain Name: lasvegasmonorailsucks.net** | - | **Unknown** |
| | | **Domain Name: lasvegasmonorailsucks.org** | - | **Unknown** |
| | | **Domain Name: lasvegasmonorail.com** | - | **Unknown** |
| | | **Domain Name: las-vegas-monorail.com** | - | **Unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Monorail Franchise Agreement with Clark County** | - | **Unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2  2007 Hyundai Tucsons** | - | **24,627.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Misc.: desks, computers, conferences tables and supplies** | - | **Unknown** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Expansion in Progress (Phase II)  (Amount currently shown herein is net book value.  A market valuation of this asset has not yet been determined)** | - | **1,483,496.00** |
| | | **Monorail Guideway (Amount currently shown herein is net book value.  A market valuation of this asset has not yet been determined)** | | **189,375,397.00** |

|  | Sub-Total > | **190,883,520.00** |
|---|---|---|
|  | (Total of this page) | |

Sheet  **5**  of  **7**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Las Vegas Monorail Company**                                    Case No.    **10-10464-BAM**
                                                                    ,
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Utility Relocation (Amount currently shown herein is net book value. A market valuation of this asset has not yet been determined) | - | 11,864,882.00 |
| | | Monorail Trains (Amount currently shown herein is net book value. A market valuation of this asset has not yet been determined) | - | 94,410,563.00 |
| | | Monorail Electronic Systems (Amount currently shown herein is net book value. A market valuation of this asset has not yet been determined) | - | 25,144,743.00 |
| | | Traction Power Systems (Amount currently shown herein is net book value. A market valuation of this asset has not yet been determined) | - | 23,660,789.00 |
| | | Communications Systems (Amount currently shown herein is net book value. A market valuation of this asset has not yet been determined) | - | 8,686,046.00 |
| | | Platform Doors (Amount currently shown herein is net book value. A market valuation of this asset has not yet been determined) | - | 4,421,381.00 |
| | | Guideway Elements (Amount currently shown herein is net book value. A market valuation of this asset has not yet been determined) | - | 4,467,532.00 |
| | | Monorail TVMs/E-Ticket Kiosks (Amount currently shown herein is net book value. A market valuation of this asset has not yet been determined) | - | 330,507.00 |
| | | Monorail Faregate System (Amount currently shown herein is net book value. A market valuation of this asset has not yet been determined) | - | 3,421,641.00 |
| | | Workshop Equipment (Amount currently shown herein is net book value. A market valuation of this asset has not yet been determined) | - | 1,318,940.00 |
| 30. Inventory. | | **TVM Ticket Stock** | - | **Unknown** |
| 31. Animals. | | **2 Bomb detecting dogs** | - | **Unknown** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >    **177,727,024.00**
(Total of this page)

Sheet  **6**  of  **7**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Las Vegas Monorail Company**                          Case No.   **10-10464-BAM**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Prepaid Expenses of Wells Fargo Bank NA, the Indenture Trustee of the 1st Tier Bonds and 2nd Tier Bonds | - | 2,705,042.00 |
| | | Prepaid Expenses- Professional Retainers | - | 344,118.00 |
| | | Prepaid Expense-Insurance | - | 1,729,744.00 |
| | | Prepaid Land Lease - Sahara Maintenance yard lease. | - | 1,628,900.00 |
| | | Service Support Contract/Warranty -Radical Networks, Inc. | - | Unknown |
| | | Service Support Contract/Warranty -Authorize.net | - | Unknown |
| | | Service Support Contract/Warranty -Blackbone Security | - | Unknown |
| | | Service Support Contract/Warranty -Fujistu Computer Products | - | Unknown |
| | | Service Support Contract/Warranty- Go Daddy | - | Unknown |

| | |
|---|---|
| Sub-Total > (Total of this page) | 6,407,804.00 |
| Total > | 387,672,957.00 |

Sheet   **7**   of   **7**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

In re    **Las Vegas Monorail Company**                                    Case No.    __10-10464-BAM__
_____,
                                   Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **NONE.** | | | |

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Las Vegas Monorail Company**                                        Case No.    __10-10464-BAM__
                                      Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 1st Tier Bondholder | | | | | |
| **Eaton Vance Insured Municipal Bond Fund Eaton Vance Investment Mgrs. Two International Place Boston, MA 02110** | | | - | | | | | |
| | | | Value $            **Unknown** | | | | **20,000,000.00** | **Unknown** |
| Account No. | | | 1st Tier Bondholder | | | | | |
| **Financial Guaranty Insurance Co. Attention:  Steven Natko, Esq. 125 Park Avenue New York, NY 10017** | | | - | | | | | |
| | | | Value $            **Unknown** | | | | **6,670,000.00** | **Unknown** |
| Account No. | | | 1st Tier Bondholder | | | | | |
| **Franklin Federal Tax Free Income Fund Attn: Dick Kuersteiner, Esq. One Franklin Pkwy. San Mateo, CA 94403-1906** | | | - | | | | | |
| | | | Value $            **Unknown** | | | | **68,615,000.00** | **Unknown** |
| Account No. | | | 1st Tier Bondholder | | | | | |
| **FSA Insurance Company c/o Financial Security Assur., Inc. 31 West 52nd Street New York, NY 10019** | | | - | | | | | |
| | | | Value $            **Unknown** | | | | **8,500,000.00** | **Unknown** |
| **4**    continuation sheets attached | | | Subtotal (Total of this page) | | | | 103,785,000.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Las Vegas Monorail Company**                          , Case No.   **10-10464-BAM**
_____
                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | 1st Tier Bondholder | | | | | |
| General Electric Mortgage Ins. Corp. c/o Genworth Financial, Inc. 6620 W. Broad Street Building 1 Richmond, VA 27615 | - | | | | | | | | | |
| | | | | | Value $          Unknown | | | | 22,085,000.00 | Unknown |
| Account No. | | | | | 1st Tier Bondholder | | | | | |
| JP Morgan Tax Free Bond Fund c/o JP Morgan Distribution Svcs. Inc. 1111 Polaris Pkwy Columbus, OH 43240 | - | | | | | | | | | |
| | | | | | Value $          Unknown | | | | 6,000,000.00 | Unknown |
| Account No. | | | | | 1st Tier Bondholder | | | | | |
| Nuveen Dividend Advantage Municipal Fund c/o Nuveen Investments, Inc. Attn: John Miller 333 West Wacker Drive Chicago, IL 60606 | - | | | | | | | | | |
| | | | | | Value $          Unknown | | | | 12,275,000.00 | Unknown |
| Account No. | | | | | 1st Tier Bondholder | | | | | |
| Nuveen Dividend Advantage Municipal Fund c/o Nuveen Investments, Inc. Attn: John Miller 333 West Wacker Drive Chicago, IL 60606 | - | | | | | | | | | |
| | | | | | Value $          Unknown | | | | 11,000,000.00 | Unknown |
| Account No. | | | | | 1st Tier Bondholder | | | | | |
| Nuveen High Yield Mun. Bond Fund c/o Nuveen Investments, Inc. Attn: John Miller 333 West Wacker Drive Chicago, IL 60606 | - | | | | | | | | | |
| | | | | | Value $          Unknown | | | | 25,275,000.00 | Unknown |

Sheet **1** of **4** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)       76,635,000.00       0.00

B6D (Official Form 6D) (12/07) - Cont.

In re __Las Vegas Monorail Company_____,    Case No. __10-10464-BAM_____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | 1st Tier Bondholder | | | | | |
| Nuveen Insured Mun. Opportunity Fund c/o Nuveen Investments, Inc. Attn: John Miller 333 West Wacker Drive Chicago, IL 60606 | | | - | | | | | | | |
| | | | | | Value $           Unknown | | | | 28,000,000.00 | Unknown |
| Account No. | | | | | 1st Tier Bondholder | | | | | |
| Nuveen Insured Quality Municipal Fund c/o Nuveen Investments, Inc. Attn: John Miller 333 West Wacker Drive Chicago, IL 60606 | | | | | | | | | | |
| | | | | | Value $           Unknown | | | | 33,700,000.00 | Unknown |
| Account No. | | | | | 1st Tier Bondholder | | | | | |
| Nuveen Invest, Quality Mun. Fund c/o Nuveen Investments, Inc. Attn: John Miller 333 West Wacker Drive Chicago, IL 60606 | | | | | | | | | | |
| | | | | | Value $           Unknown | | | | 14,530,000.00 | Unknown |
| Account No. | | | | | 1st Tier Bondholder | | | | | |
| Nuveen Mun. Market Opport. Fund c/o Nuveen Investments, Inc. Attn: John Miller 333 West Wacker Drive Chicago, IL 60606 | | | - | | | | | | | |
| | | | | | Value $           Unknown | | | | 27,125,000.00 | Unknown |
| Account No. | | | | | 1st Tier Bondholder | | | | | |
| Nuveen Municipal Advtg. Fund Incorp. c/o Nuveen Investments, Inc. Attn: John Miller 333 West Wacker Drive Chicago, IL 60606 | | | - | | | | | | | |
| | | | | | Value $           Unknown | | | | 7,910,000.00 | Unknown |

Sheet __2__ of __4__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)   111,265,000.00 | 0.00

B6D (Official Form 6D) (12/07) - Cont.

In re    **Las Vegas Monorail Company**                                              Case No.    **10-10464-BAM**
                                         Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| **Account No.** | | | | 1st Tier Bondholder | | | | | |
| **Nuveen Municipal Value Fund c/o Nuveen Investments, Inc. Attn: John Miller 333 West Wacker Drive Chicago, IL 60606** | - | | | | | | | | |
| | | | | Value $         Unknown | | | | 24,010,000.00 | Unknown |
| **Account No.** | | | | 1st Tier Bondholder | | | | | |
| **Nuveen Prem. Income Mun. Fund c/o Nuveen Investments, Inc. Attn: John Miller 333 West Wacker Drive Chicago, IL 60606** | - | | | | | | | | |
| | | | | Value $         Unknown | | | | 18,425,000.00 | Unknown |
| **Account No.** | | | | 1st Tier Bondholder | | | | | |
| **Nuveen Select Tax Free Income Port. 1 c/o Nuveen Investments, Inc. Attn: John Miller 333 West Wacker Drive Chicago, IL 60606** | - | | | | | | | | |
| | | | | Value $         Unknown | | | | 9,525,000.00 | Unknown |
| **Account No.** | | | | 1st Tier Bonholder | | | | | |
| **Nuveen Select Tax Free Income Port. 2 c/o Nuveen Investments, Inc. Attn: John Miller 333 West Wacker Drive Chicago, IL 60606** | - | | | | | | | | |
| | | | | Value $         Unknown | | | | 13,250,000.00 | Unknown |
| **Account No.** | | | | 1st Tier Bondholder | | | | | |
| **Riversource High Yield Tax Exempt Fund RiverSource Investments c/o Boston Financial P.O. Box 8041 Boston, MA 02266-8041** | - | | | | | | | | |
| | | | | Value $         Unknown | | | | 10,105,000.00 | Unknown |

Sheet _3_ of _4_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)     75,315,000.00     0.00

B6D (Official Form 6D) (12/07) - Cont.

In re     **Las Vegas Monorail Company**                                    ,     Case No.     **10-10464-BAM**
                                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 1st Tier Bondholder | | | | | |
| **Van Kampen Insured Tax Free Income Fund c/o Van Kampen Asset Mgt. 522 Fifth Ave. New York, NY 10036** | - | | | | | | | |
| | | | Value $         **Unknown** | | | | **10,000,000.00** | **Unknown** |
| Account No. **xxxxxxxxxxxx2160** | | | Secured credit account. | | | | | |
| **Wells Fargo Attn: Managing Member P.O. Box 348750 Sacramento, CA 95834** | - | | | | | | | |
| | | | Value $         **10,000.00** | | | | **1,771.00** | **0.00** |
| Account No. | | | 1st Tier Bondholders. | | | | | |
| **Wells Fargo Bank, National Association Corporate Trust Dept. MAC#N9311-115 625 Marquette Ave., 11th Flr. Minneapolis, MN 55479** | - | | | | | | | |
| | | | Value $         **Unknown** | | | | **73,000,000.00** | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  **4**  of  **4**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | **83,001,771.00** | **0.00** |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **450,001,771.00** | **0.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re    **Las Vegas Monorail Company**                               ,     Case No.   **10-10464-BAM**
                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

■ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

        **3**      continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                             Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Las Vegas Monorail Company**                                    ,        Case No.   **10-10464-BAM**
                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No.<br><br>**Las Vegas Monorail Company Employees**<br>**3960 Howard Hughes Parkway**<br>**Suite 750**<br>**Las Vegas, NV 89169** | - | | | | **Employer 401k Match (paid pursuant to the Wage Order (DE 88))** | | | | 2,670.00 | 0.00<br><br>2,670.00 |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |

Sheet  **1**   of  **3**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 |
|---|---|---|
| | (Total of this page) | 2,670.00    2,670.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re  **Las Vegas Monorail Company**                                    ,          Case No.   **10-10464-BAM**
                                                                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. | | | Ticket Stock | | | | | | |
| **Access Distribution, LLC** **4470 Chamblee Dunwoody Road** **Suite 470** **Atlanta, GA 30338** | - | | | | | | 47,880.00 | 0.00 | 47,880.00 |
| Account No. | | | Customer Refunds (paid or will be paid per the Tickets Order (DE 87)) | | | | | | |
| **Customers** | - | | | | X | | 1,000.00 | 0.00 | 1,000.00 |
| Account No. | | | Prepetition Advanced Ticket Sales (satisfied or will be satisfied pursuant to the Tickets Order (DE 87)) | | | | | | |
| **Estimated Prepetition Fares** | - | | | | X | | 30,000.00 | 0.00 | 30,000.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

| | | |
|---|---|---|
| Sheet  **2**   of  **3**   continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 |
| | | 78,880.00 |  78,880.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Las Vegas Monorail Company**                                                                  Case No.    **10-10464-BAM**
                                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| **Account No.** | | | | | Business License | | | | | |
| Clark County Dept of Business License 500 S. Grand Pkwy- 3rd Floor P.O. Box 551810 Las Vegas, NV 89155 | - | | | | | | | | | 0.00 |
| | | | | | | | | | 12,500.00 | 12,500.00 |
| **Account No.** | | | | | Taxes | | | | | |
| Clark County Treasurer c/o Bankruptcy Clerk 500 S. Grand Central Parkway P.O. Box 551220 Las Vegas, NV 89155-1220 | - | | | | | | | | | 0.00 |
| | | | | | | | | | 14.00 | 14.00 |
| **Account No.** | | | | | 940 and 941 Employer Payroll Taxes (paid pursuant to the Wage Order (DE 88)) | | | | | |
| Internal Revenue Service P.O. Box 21126 DPN 781 Philadelphia, PA 19114 | - | | | | | | | | | 0.00 |
| | | | | | | | | | 9,643.00 | 9,643.00 |
| **Account No.** | | | | | Taxes | | | | | |
| Nevada Department of Taxation Bankruptcy Section 555 E. Washington Ave., #1300 Las Vegas, NV 89101 | - | | | | | | | | | 0.00 |
| | | | | | | | | | 5,599.50 | 5,599.50 |
| **Account No.** | | | | | | | | | | |
| | | | | | | | | | | |

Sheet __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 27,756.50 | 27,756.50 |
| Total | 0.00 | |
| (Report on Summary of Schedules) | 109,306.50 | 109,306.50 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Las Vegas Monorail Company**                                   Case No.    **10-10464-BAM**
_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xP342** <br><br> **AFLAC** <br> **Attn: Managing Member** <br> **1932 Wynntonn Rd** <br> **Columbus, GA 31999-0797** | | - | Vendor - Insurance | | | | 99.40 |
| Account No. <br><br> **Allen Castillo** <br> **not given** | | - | Alleged personal injury claim. | | X | X | Unknown |
| Account No. <br><br> **Alpline Water Systems** <br> **Attn: Managing Member** <br> **Ste A, 6351 Hinson Street** <br> **Las Vegas, NV 89118** | | - | Vendor - Other | | | | 112.36 |
| Account No. <br><br> **American Casualty** <br> **Attn: Managing Member** <br> **P.O. BOX 946350** <br> **MAITLAND, FL 32794-6350** | | - | Notice Only | | | | 0.00 |
| | | | Subtotal (Total of this page) | | | | 211.76 |

__13__  continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   S/N:24633-091117   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Las Vegas Monorail Company__ _____,    Case No. __10-10464-BAM__

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | | | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| **Account No.** | | Alleged personal injury claim. | | | | |
| Barbara Pippitt 503 Henry St. Riverside, NJ 08075 | - | | X | X | **Unknown** |
| **Account No. xx9611** | | Vendor - Utility | | | | |
| BEARCOM Attn: Managing Member PO BOX 200600 Dallas, TX 75320-0600 | - | | | | **480.00** |
| **Account No.** | | Vendor - Train operation & maintenance | | | | |
| Bombardier Transportation, Inc. Attn: Managing Member 1501 Lebanon Chruch Rd. Pittsburg, PA 15236-1491 | - | | | | **671,247.07** |
| **Account No. xxxxx-xxxx/1122** | | Vendor - Professional services | | | | |
| BONDLOGISTIX LLC Attn: Managing Member FILE 72887 PO BOX 61000 San Francisco, CA 94161-2887 | - | | | | **2,250.00** |
| **Account No.** | | Vendor - Fare Collection | | | | |
| Brink's U.S. Attn: Managing Member 3200 E Charleston Blvd. Las Vegas, NV 89104 | - | | | | **11,135.17** |

Sheet no. __1__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **685,112.24**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     **Las Vegas Monorail Company**                                    ,     Case No.     **10-10464-BAM**
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | Alleged personal injury claim. | | | | |
| Bruce Isaacs PO Box 2842 Hailey, ID 83333 | - | | | | | | X | X | Unknown |
| Account No. | | | | | Vendor - Advertising | | | | |
| Business Wire Attn: Managing Member Department 34182 PO Box 39000 San Francisco, CA 94139 | - | | | | | | | | 540.00 |
| Account No. | | | | | Alleged personal injury claim. | | | | |
| Carlota Calzia PO BOX 461017 CA | - | | | | | | X | X | Unknown |
| Account No. | | | | | Alleged personal injury claim. | | | | |
| Cecile R. Hurley 37 Chapel St. Chicopee, MA 01020 | - | | | | | | X | X | Unknown |
| Account No. xxxxxx4817 | | | | | Vendor - Utility | | | | |
| Centurylink Attn: Managing Member 100 Century Tel Dr.. Monroe, LA 71203-2041 | - | | | | | | | | 156.15 |

| | | |
|---|---|---|
| Sheet no. __2__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 696.15 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Las Vegas Monorail Company**                                   Case No. **10-10464-BAM**
_____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx4817 | | | Vendor - Utility | | | | |
| Centurylink Attn: Managing Member 100 Century Tel Dr.. Monroe, LA 71203-2041 | - | | | | | | 1,165.07 |
| Account No. | | | Alleged personal injury claim. | | | | |
| Chandavy Ny 421 Skylark Dr PA 15108 | - | | | | X | X | Unknown |
| Account No. | | | Pending District Court Action; Case No. A-08-556416 | | | | |
| Christina and Bruce Nelson c/o Steven Day, Cohen, Johnson & Day 1060 Wigwam Parkway Henderson, NV 89074 | - | | | | X | X | Unknown |
| Account No. | | | Dues | | | | |
| Council For A Better Nevada Attn: Managing Member 2500 N. Buffalo Road, Suite 150 Las Vegas, NV 89128 | - | | | | | | 5,000.00 |
| Account No. | | | Vendor - Marketing | | | | |
| Czarnowski Display Services Attn: Managing Member 3165 W Sunset Rd Las Vegas, NV 89118 | - | | | | | | 73.71 |

Sheet no. __3__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    6,238.78

B6F (Official Form 6F) (12/07) - Cont.

In re    **Las Vegas Monorail Company**                                              Case No.    **10-10464-BAM**
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Alleged personal injury claim. | | | | |
| Deborah Blackwell c/o Scott Guido, Esq. Glen J. Lerner & Associates 4795 South Durango Dr. Las Vegas, NV 89140 | - | | | | | | X | X | Unknown |
| Account No. | | | | | Vendor - Office supplies | | | | |
| FedEx Attn: Managing Member PO Box 7221 Pasadena, CA 91109 | - | | | | | | | | 804.84 |
| Account No. xx0084 | | | | | Vendor - Office supplies | | | | |
| FedEx Kinkos Attn: Managing Member PO BOX 672085 Dallas, TX 75267-2085 | - | | | | | | | | 36.49 |
| Account No. | | | | | Alleged personal injury claim. | | | | |
| Gene Forster 2897 F 1/4 Rd. Grand Junction, CO 81506 | - | | | | | | X | X | Unknown |
| Account No. | | | | | Vendor - Professional services | | | | |
| Greenberg Traurig Attn: Managing Member 3773 Howard Hughes Parkway Suite 500 Las Vegas, NV 89169 | - | | | | | | | | 30.00 |

Sheet no. __4__ of __13__ sheets attached to Schedule of                                    Subtotal                871.33
Creditors Holding Unsecured Nonpriority Claims                                        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Las Vegas Monorail Company**                                    Case No.    **10-10464-BAM**
                                                    ,
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx4993** | | | Vendor - Insurance | | | | |
| **Hardford Life Attn: Managing Member P O BOX 1583 P O BOX 1583 Hartford, CT 06144-1583** | | - | | | | | 492.50 |
| Account No. | | | Advertising agreement | | | | |
| **HTC 5454 Beethoven Street Los Angeles, CA 90066** | | - | | | X | X | 5,000.00 |
| Account No. **xxxxxxx-xxx8569** | | | Vendor - Office supplies | | | | |
| **Ikon Financial Services Attn: Managing Member PO BOX 650073 Dallas, TX 75265-0073** | | - | | | | | 727.39 |
| Account No. **xx3608** | | | Vendor - Utility | | | | |
| **Intercall Attn: Managing Member PO BOX 403749 Atlanta, GA 30384-3749** | | - | | | | | 284.62 |
| Account No. | | | Alleged personal injury claim. | | | | |
| **Janet Klendworth 701 NE 20St Wilton, FL** | | - | | | X | X | **Unknown** |

Sheet no.  **5**  of  **13**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,504.51

B6F (Official Form 6F) (12/07) - Cont.

In re    **Las Vegas Monorail Company**                                    Case No. ___**10-10464-BAM**___
                                                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Unreimbursed employee expense (Paid pursuant to wage order Dkt 88) | | | | |
| Joe Dorsey c/o Las Vegas Monorail Company 3960 Howard Hughes Pkwy. Ste. 750 Las Vegas, NV 89169 | - | | | | | | 681.38 |
| Account No. | | | Alleged personal injury claim. | | | | |
| Judy Barrett 8115 Hunterview Dr Northwest Calgary, Alberta CANADA | - | | | | X | X | Unknown |
| Account No. | | | Vendor - Fare collection | | | | |
| Jumbo Transport Int., Inc. Attn: Managing Member 1201 CORBIN ST Elizabeth, NJ 07201 | - | | | | | | 3,741.53 |
| Account No. | | | Alleged personal injury claim. | | | | |
| Lee Verlof Box #16 Elco, PA 15434 | - | | | | X | X | Unknown |
| Account No. | | | Alleged personal injury claim. | | | | |
| Lesa Borntraeger 9462 Brownsboro Louisville, KY 40241 | - | | | | X | X | Unknown |

Sheet no. __6__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          4,422.91

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Las Vegas Monorail Company**                Case No.  **10-10464-BAM**

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx-1001** | | | **Vendor - Professional services** | | | | |
| **Littler Mendelson PC** **Attn: Managing Member** **P O BOX 45547** **San Francisco, CA 94145-0547** | | - | | | | | **225.09** |
| Account No. | | | **Alleged personal injury claim.** | | | | |
| **Lori Rees** **2694 N. 1145 E.** **N. Ogden, UT 84414** | | - | | | X | X | **Unknown** |
| Account No. | | | **Alleged personal injury claim.** | | | | |
| **Mary Elissa Collins** **3106 C Road** **Grand Junction, CO 81503** | | - | | | X | X | **Unknown** |
| Account No. | | | **Unreimbursed employee expense** | | | | |
| **Maureen Youngblood** **c/o Las Vegas Monorail Company** **3960 Howard Hughes Pkwy., Ste. 750** **Las Vegas, NV 89169** | | - | | | | | **108.71** |
| Account No. | | | **Pending Eighth Judicial District Court Action;** **Case No. A-09-606157** | | | | |
| **Michael J. Davenport** **161 Farnsted Dr.** **Northwood, OH 43619** | | - | | | X | X | **0.00** |
| | | | | | | Subtotal (Total of this page) | **333.80** |

Sheet no. __7__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re  **Las Vegas Monorail Company**                                    Case No.  **10-10464-BAM**
                                                                         —————————————————
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Michael Sanzaro**<br>**3628 Bella Legato Ave.**<br>**North Las Vegas, NV 89081** | | - | | | **Pending Eighth Judicial District Court Action; Case No. A-09-593765** | | X | X | 0.00 |
| Account No.<br><br>**National Assoc. of Homebuilders**<br>**1201 15th Street, NW**<br>**Washington, D.C.   20005** | | - | | | **Advertising agreement.  Represents prepaid amount for services that were subsequently rendered post-petition.** | | | | 41,500.00 |
| Account No.<br><br>**Ned Sorensens**<br>**341 Kings Ave.**<br>**N. Las Vegas, NV 89030** | | - | | | **Alleged personal injury claim.** | | X | X | Unknown |
| Account No. **xxx7383**<br><br>**NV Energy**<br>**Attn: Managing Member**<br>**PO BOX 30086**<br>**Reno, NV 89520-3086** | | - | | | **Vendor - Utility** | | | | 57,340.95 |
| Account No. **xxxx1930**<br><br>**Office Depot**<br>**Attn: Managing Member**<br>**PO BOX 70025**<br>**Los Angeles, CA 90074-0025** | | - | | | **Vendor - Office supplies** | | | | 599.23 |

Sheet no. **8** of **13** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

99,440.18

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Las Vegas Monorail Company**                                      Case No.    **10-10464-BAM**
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Patricia L. Kern<br>6417 Stratford Dr. S<br>Fishers, IN 46038 | | - | Alleged personal injury claim. | | X | X | Unknown |
| Account No.<br><br>Phil Schomburg<br>7921 Dover Shores Ave<br>Las Vegas, NV 89128 | | - | Alleged personal injury claim. | | X | X | Unknown |
| Account No. **xxx4209**<br><br>Pintney Bowes Global Financial<br>Attn: Managing Member<br>PO BOX 856460<br>Louisville, KY 40285-6460 | | - | Vendor - Office supplies | | | | 25.62 |
| Account No.<br><br>Promethean Partners, LLC<br>Attn: Managing Member<br>10816 IRIS CANYON LN<br>Las Vegas, NV 89135 | | - | Vendor - Marketing | | | | 9,217.79 |
| Account No.<br><br>Quartermaster, Inc.<br>Attn: Managing Member<br>PO BOX 846110<br>Boston, MA 02284-6110 | | - | Vendor - Marketing | | | | 11,274.26 |

Sheet no. __9__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,517.67

B6F (Official Form 6F) (12/07) - Cont.

In re **Las Vegas Monorail Company**                                    Case No.    **10-10464-BAM**
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx9871**<br><br>**Quartermaster, Inc.**<br>**Attn: Managing Member**<br>**17600 FABRICA WAY**<br>**Cerritos, CA 90703** | | - | **Vendor - Uniforms** | | | | 479.74 |
| Account No. **x9657**<br><br>**R&R PARTNERS, INC.**<br>**Attn: Managing Member**<br>**900 S PAVILLION CENTER DR**<br>**SUITE 100**<br>**Las Vegas, NV 89144** | | - | **Vendor - Professional services** | | | | 4,343.23 |
| Account No.<br><br>**Reatrize Knadjian**<br>**123 Longland Dr.**<br>**London**<br>**ENGLAND** | | - | Alleged personal injury claim. | | X | X | Unknown |
| Account No.<br><br>**Schneider Electric, Inc.**<br>**Attn: Managing Member**<br>**PO Box 841868**<br>**Dallas, TX 75284** | | - | **Vendor - Maintenance** | | | | 303.00 |
| Account No.<br><br>**Shari Ann Foster**<br>**2526 E. Grove Dr. SE**<br>**Kentwood, MI 49512** | | - | Alleged personal injury claim. | | X | X | Unknown |

Sheet no. __10__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)        5,125.97

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Las Vegas Monorail Company**                                      Case No. __10-10464-BAM__

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>Shred-It<br>Attn: Managing Member<br>7180 Placid St.<br>Las Vegas, NV 89119 | | - | | | Vendor - Office supplies | | | | 75.00 |
| Account No.<br><br>Southwest Gas Corp<br>Attn: Managing Member<br>P.O. Box 98890<br>Las Vegas, NV 89150 | | - | | | Vendor - Utility | | | | 162.81 |
| Account No.<br><br>Sparkletts<br>Attn: Managing Member<br>PO BOX 660579<br>Dallas, TX 75266-0579 | | - | | | Vendor - Other | | | | 504.76 |
| Account No. xxxxx1015<br><br>Sprint<br>Attn: Managing Member<br>PO BOX 54977<br>Los Angeles, CA 90054-0977 | | - | | | Vendor - Utility | | | | 144.64 |
| Account No. x0175<br><br>The Linc Service Company Inc<br>Attn: Managing Member<br>6280 S VALLEY VIEW # 636<br>Las Vegas, NV 89118 | | - | | | Vendor - Maintenance | | | | 1,587.00 |

Sheet no. __11__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          2,474.21

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Las Vegas Monorail Company**                                Case No.    **10-10464-BAM**
_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.

**Tiffany Smith-Obenous**
**c/o Nettles Law Firm**
**1389 Galleria Dr. Suite 110**
**Henderson, NV 89014** | | - | | Alleged personal injury claim. | | X | X | Unknown |
| Account No. **xxxxx3663**

**Tmobile**
**Attn: Managing Member**
**P O BOX 51843**
**Los Angeles, CA 90051-6143** | | - | | Vendor - Utility | | | | 1,428.40 |
| Account No.

**Tony Montana**
**not given** | | - | | Alleged personal injury claim. | | X | X | Unknown |
| Account No.

**Tracy Ollech**
**4027 Juneberry**
**Naperville, IL 60564** | | - | | Alleged personal injury claim. | | X | X | Unknown |
| Account No.

**U.S. Bank National Association**
**Nevada Financial Center**
**2300 W. Sahara, Ste. 200**
**Las Vegas, NV 89102** | | - | | Co-Trustee for 2nd Tier Bondholders.  NOTICE ONLY. | | | X | 0.00 |
| Sheet no. **12** of **13** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 1,428.40 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Las Vegas Monorail Company**                                    Case No.   **10-10464-BAM**
                                                             Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H / W / J / C | | | | | |
| Account No. | | | Notice only. | | | | |
| VENETIAN CASINO RESORT, LLC ATTN: GENERAL COUNSEL ASSISTANT TO CHAIRMAN OF THE BOARD 3355 LAS VEGAS BLVD. SO. LAS VEGAS, NV 89109 | | - | | | | | 0.00 |
| Account No. | | | Alleged personal injury claim. | | | | |
| Warren Jefferson Callan 4017 Luna Trail Georgetown, TX 78628 | | - | | | X | X | Unknown |
| Account No. | | | Indenture Trustee - Fees | | | | |
| Wells Fargo Bank N.A. Attn: Managing Member 3800 Howard Hughes Pkwy Las Vegas, NV 89169 | | - | | | | | 12,449.00 |
| Account No. | | | 2nd Tier Bondholders | | | | |
| Wells Fargo Bank, National Association Corporate Trust Dept. MAC#N9311-115 625 Marquette Ave., 11th Flr. Minneapolis, MN 55479 | | - | | | | X | 149,200,000.00 |
| Account No. | | | Subordinate Bondholders | | | | |
| Wells Fargo Bank, National Association Corporate Trust Dept. MAC#N9311-115 625 Marquette Ave., 11th Flr. Minneapolis, MN 55479 | | - | | | | | 48,500,000.00 |

| | | |
|---|---|---|
| Sheet no. __13__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 197,712,449.00 |
| | Total (Report on Summary of Schedules) | 198,545,826.91 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6G (Official Form 6G) (12/07)

In re   **Las Vegas Monorail Company**             Case No.   **10-10464-BAM**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| ACUITY SOLUTIONS, LLC<br>ATTN: MANAGING MEMBER<br>7881 W CHARLESTON BLVD<br>SUITE 165<br>LAS VEGAS, NV 89117 | SOFTWARE SUPPORT AGREEMENT, 9/14/02 |
| ADP, INC.<br>ATTN: MANAGING MEMBER<br>504 CLINTON CENTER DR.<br>SUITE 4400<br>CLINTON, MS 30956 | PAYROLL SERVICES, 5/1/04 |
| AEL FINANCIAL, LLC<br>ATTN: MANAGING MEMBER<br>600 N BUFFALO GROVE ROAD<br>BUFFALO GROVE, IL 60089 | NETWORK SERVER LEASE DATED 8/1/08 |
| ALLEGIANCE DIRECT BANK<br>ATTN: MANAGING MEMBER<br>PO BOX 1750<br>CEDAR CITY, UT 84721 | FINANCING OF PROPERTY AND TERRORISM INSURANCE AND D&O INSURANCE, 7/15/09 |
| AMERICAN CASUALTY<br>ATTN: MANAGING MEMBER<br>333 S WABASH<br>CHICAGO, IL 60604 | INSURANCE POLICIES, 7/1/09 |
| AMERICAN EXPRESS ESTABLISHMENT SERVICES<br>ATTN: MANAGING MEMBER<br>P.O. BOX 53773<br>PHOENIX, AZ 85072-3773 | CARD ACCEPTANCE SERVICES FOR TVMS, INTERNET SALES, AND E-TICKET KIOSK SALES, 8/18/03 |
| ANTHEM BLUE CROSS BLUE SHIELD<br>ATTN: MANAGING MEMBER<br>PO BOX 541013<br>LOS ANGELES, CA 90054-1013 | EMPLOYEE HEALTH INSURANCE POLICIES 2/1/09 |
| AT&T<br>ATTN: MANAGING MEMBER<br>7277 164TH AVE. NE<br>REDMOND, WA 98052 | MOBILE PHONES, 10/12/09 |
| AUTHORIZE.NET<br>ATTN: MANAGING MEMBER<br>808 EAST UTAH VALLEY DRIVE<br>AMERICAN FORK, UT 84003 | INTERMEDIARY FOR CREDIT CARD TRANSACTIONS AT E-TICKET KIOSKS, 10/29/09 |

**5**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Las Vegas Monorail Company**                          Case No.    **10-10464-BAM**

_____,
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| BANK OF NEVADA<br>ATTN: MANAGING MEMBER<br>2700 W. SAHARA AVE.<br>LAS VEGAS, NV 89102 | ATM PLACEMENT AND PROFIT-SHARING AGREEMENT; DATED 5/1/09 |
| BEST VEGAS ATTRACTIONS<br>ATTN: MANAGING MEMBER<br>3900 PARADISE RD., STE 185<br>LAS VEGAS, NV 89169 | ADVERTISING AND MARKETING AGREEMENT DATED 8/7/09 |
| BOMBARDIER TRANSPORTATION, INC.<br>ATTN: MANAGING MEMBER<br>1501 LEBANON CHURCH RD<br>PITTSBURGH, PA 15236-1491 | OPERATIONS AND MAINTENANCE, MANAGEMENT AGREEMENTS and SETTLEMENT AGREEMENT BETWEEN BOMBARDIER, GRANITE CONSTRUCTION, AND LVMC |
| BRINK'S U.S.<br>ATTN: MANAGING MEMBER<br>3200 E CHARLESTON BLVD<br>LAS VEGAS, NV 89104 | CASH COLLECTION/PROCESSING SERVICES DATED 2/4/07 |
| CITICORP DINERS CLUB, INC.<br>ATTN: MANAGING MEMBER<br>8430 WEST BRYN MAWR AVENUE<br>CHICAGO, IL 60631 | CARD ACCEPTANCE, 8/5/03 |
| CNA INSURANCE<br>ATTN: MANAGING MEMBER<br>DEPARTMENT LA 21245<br>PASADENA, CA 91185-1245 | BUSINESS OFFICE INSURANCE POLICY, 7/1/09 |
| COCA-COLA BOTTLING COMPANY OF LA<br>DBA COCA-COLA BOTTING COMPANY OF LV<br>ATTN: MANAGING MEMBER<br>230 N MOJAVE ROAD<br>LAS VEGAS, NV 89101 | BEVERAGE VENDING AGREEMENT DATED 11/1/09 |
| CURTIS MYLES<br>3960 HOWARD HUGHES PARKWAY<br>SUITE 750<br>LAS VEGAS, NV 89169 | EMPLOYMENT AGREEMENT DATED 8/20/08 |
| CZARNOWSKI DISPLAY SERVICES INC.<br>ATTN: MANAGING MEMBER<br>6067 EAGLE WAY<br>CHICAGO, IL 60678-1060 | BOOTH STORAGE (LEASE), 3/2/07 |
| DISCOVER FINANCIAL SERVICES, INC.<br>ATTN: MANAGING MEMBER<br>P.O. BOX 3010<br>NEW ALBANY, OH 43054 | CARD ACCEPTANCE SERVICES, 9/4/03 |

Sheet    **1**    of    **5**    continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

In re    **Las Vegas Monorail Company**                                          Case No.    **10-10464-BAM**

Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **EDS EMPLOYEES FEDERAL CREDIT UNION**<br>**ATTN: MANAGING MEMBER**<br>**5240 TENNYSON PARKWAY**<br>**PLANO, TX 75024** | **MERCHANT NETWORK SPONSORSHIP** |
| **ELECTRONIC COMMERCE**<br>**DIV. OF ELECTRONICDATA SYSTEMS CORP**<br>**ATTN: MANAGING MEMBER**<br>**250 JOHNSON RD.**<br>**MORRIS PLAINS, NJ 07950** | **MERCHANT NETWORK SPONSORSHIP** |
| **FIRST MERCURY INSURANCE COMPANY**<br>**ATTN: MANAGING MEMBER**<br>**ONE WACKER DRIVE, STE 2740**<br>**CHICAGO, IL 60606** | **INSURANCE POLICIES, 3/1/10** |
| **FIRST MERCURY INSURANCE COMPANY**<br>**ATTN: MANAGING MEMBER**<br>**ONE WACKER DRIVE, STE 2740**<br>**CHICAGO, IL 60606** | **INSURANCE POLICIES, 3/1/10** |
| **GUARDIAN INSURANCE**<br>**ATTN: MANAGING MEMBER**<br>**P.O. BOX 2454**<br>**SPOKANE, WA 99210-2454** | **EMPLOYEE BENEFITS, 2/01/01** |
| **HARTFORD RETIREMENT PLAN SOLUTIONS**<br>**ATTN: MANAGING MEMBER**<br>**P O BOX 1583**<br>**P O BOX 1583**<br>**HARTFORD, CT 06144-1583** | **401K ADMINSTRATION, 4/1/07** |
| **HEARTLAND**<br>**FKA ADS ALLIANCE DATA SYSTEMS, INC.**<br>**ATTN: MANAGING MEMBER**<br>**17655 WATERVIEW PARKWAY**<br>**DALLAS, TX 75252** | **SATELLITE SERVICES AGREEMENT AND NETWORK SERVICES AGREEMENT DATED 10/23/03** |
| **IKON FINANCIAL SERVICES/RICOH**<br>**ATTN: MANAGING MEMBER**<br>**680 PILOT ROAD, SUITE B**<br>**LAS VEGAS, NV 89119** | **RICOH COPIER LEASE, 6/24/09** |
| **JCB INTERNATIONAL CREDIT CARD CO. LTD.**<br>**ATTN: MANAGING MEMBER**<br>**700 S FLOWER ST**<br>**LOS ANGELES, CA 90017** | **CARD ACCEPTANCE (JAPAN), 8/18/03** |
| **LAS VEGAS CONVENTION AND VISITORS AUTHOR**<br>**ATTN: MANAGING MEMBER**<br>**3150 PARADISE ROAD**<br>**LAS VEGAS, NV 89109** | **TVM (TICKET KIOSK) AND ADV LIGHT BOXES, 1/8/10** |

Sheet __2__ of __5__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Las Vegas Monorail Company**                                          Case No.    **10-10464-BAM**
                                             Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| LLOYDS OF LONDON<br>ATTN: MANAGING MEMBER<br>90 PARK AVENUE<br>NEW YORK, NY 10016 | 4TH LAYER D&O INSURANCE, 7/15/09 |
| MS CRESCENT 3960 HUGHES PV, LLC<br>ATTN: MANAGING MEMBER<br>3800 HOWARD HUGHES PKWY, STE 150<br>LAS VEGAS, NV 89169 | OFFICE LEASE dated 6/29/2007 |
| NATIONAL UNION FIRE<br>ATTN: MANAGING MEMBER<br>175 WATER STREET<br>NEW YORK, NY 10038 | D&O INSURANCE POLICIES, 7/15/09 |
| NATIONWIDE MUTUAL INSURANCE CO.<br>ATTN: MANAGING MEMBER<br>1100 LOCUST ST DEPT 1100<br>DES MOINES, IA 50391-2000 | AUTO INSURANCE POLICIES, 3/14/09 |
| OTO LABS<br>ATTN: MANAGING MEMBER<br>10315 PROFESSIONAL CIRCLE<br>SUITE 100<br>RENO, NV 89521 | WEBSITE HOSTING AGREEMENT (DATED 3/23/2006) |
| OTO LABS<br>ATTN: MANAGING MEMBER<br>10315 PROFESSIONAL CIRCLE<br>SUITE 100<br>RENO, NV 89521 | E-TICKET KIOSK AGREEMENT (DATED 4/24/2009) |
| PARADISE LAND, LLC<br>Brownstein Hyatt Farber,<br>Schreck, LLP, as Resident Agent<br>100 CITY PARKWAY, STE. 1600<br>LAS VEGAS, NV 89106-4614 | SAHARA LAND LEASE (OMSF) |
| PAYPAL<br>ATTN: MANAGING MEMBER<br>2211 NORTH FIRST STREET<br>SAN JOSE, CA 95131 | INTERMEDIARY FOR CREDIT CARD TRANSACTIONS FOR WEB SALES, 4/15/09 |
| PITNEY BOWES GLOBAL FINANCIAL<br>ATTN: MANAGING MEMBER<br>P.O. BOX 85646<br>LOUISVILLE, KY 40285-6460 | POSTAGE METER LEASE, 4/1/06 |
| R&R PARTNERS, INC.<br>ATTN: MANAGING MEMBER<br>900 S PAVILLION CENTER DR<br>SUITE 100<br>LAS VEGAS, NV 89144 | CRISIS MANAGEMENT CONSULTING (DATED 12/4/09) |

Sheet    **3**    of    **5**    continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Las Vegas Monorail Company**                                Case No.    **10-10464-BAM**
_____,
                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| R&R PARTNERS, INC.<br>ATTN: MANAGING MEMBER<br>900 S PAVILLION CENTER DR<br>SUITE 100<br>LAS VEGAS, NV 89144 | MARKET RESEARCH, GOVERNMENT AFFAIRS, AND LEGISLATIVE CONSULTING (DATED 12/4/09) |
| SHRED-IT<br>ATTN: MANAGING MEMBER<br>7180 PLACID ST.<br>LAS VEGAS, NV 89119 | PAPER SHREDDING SERVICES, 12/13/07 |
| STORAGE WEST SELF STORAGE<br>ATTN: MANAGING MEMBER<br>4230 SOUTH PECOS ROAD<br>LAS VEGAS, NV 89121 | FASHION SHOW MALL (FSM) BOOTH, 12/28/07 |
| T-MOBILE<br>ATTN: MANAGING MEMBER<br>P O BOX 51843<br>LOS ANGELES, CA 90051-6143 | CELL PHONES/BLACKBERRY, 5/15/08 |
| TRAVELERS CASUALTY AND SURETY CO.<br>ATTN: MANAGING MEMBER<br>ONE TOWER SQUARE 2GSA<br>HARTFORD, CT 06183 | INSURANCE POLICIES, 2/1/10 |
| TRAVELERS, CHARTER OAK<br>ATTN: MANAGING MEMBER<br>CL REMITTANCE CENTER<br>HARTFORD, CT 06183-1008 | INSURANCE POLICIES, 3/1/09 |
| VENETIAN CASINO RESORT, LLC<br>ATTN: DAVID FRIEDMAN<br>ASSISTANT TO CHAIRMAN OF THE BOARD<br>3355 LAS VEGAS BLVD. SO.<br>LAS VEGAS, NV 89109 | SETTLEMENT AGREEMENT |
| WELLS FARGO BANK N.A.<br>ATTN: MANAGING MEMBER<br>3800 HOWARD HUGHES PKWY<br>SUITE 400<br>LAS VEGAS, NV 89169 | VAULT SERVICES COIN INVENTORY, 10/21/03 |
| WELLS FARGO BANK, N.A.<br>ATTN: MANAGING MEMBER<br>P.O. BOX 6699<br>HAGERSTOWN, MD 21741-6600 | CREDIT CARD SALES AND REFUNDS, 4/18/05 |
| WELLS FARGO MERCHANT SERVICES, LLC<br>ATTN: MANAGING MEMBER<br>P.O. BOX 6699<br>HAGERSTOWN, MD 21741-6600 | CREDIT CARD SALES AND REFUNDS, 4/18/05 |

Sheet    **4**    of    **5**    continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                        Best Case Bankruptcy

In re    **Las Vegas Monorail Company**                                    Case No.    **10-10464-BAM**
                                                                ,
                                    Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **WORLD FINANCIAL NETWORK NATIONAL BANK**<br>**ATTN: MANAGING MEMBER**<br>**800 TECHCENTER DRIVER**<br>**GAHANNA, OH 43230** | **SETTLEMENT SERVICES, 12/4/03** |
| **XL SPECIALTY INSURANCE CO.**<br>**ATTN: MANAGING MEMBER**<br>**70 SEAVIEW AVE**<br>**STAMFORD, CT 06902-6040** | **INSURANCE POLICIES, 7/15/09** |
| **ZURICH AMERICAN INSURANCE CO.**<br>**ATTN: MANAGING MEMBER**<br>**1400 AMERICAN LANE**<br>**SCHAUMBURG, IL 60196-1056** | **INSURANCE POLICIES, 7/15/09** |

Sheet   **5**   of   **5**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Las Vegas Monorail Company**                                          Case No.    **10-10464-BAM**
                                                                         ,
                                      Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re  **Las Vegas Monorail Company**

Debtor(s)

Case No.  **10-10464-BAM**

Chapter  **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President and Chief Executive Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **45** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  2/26/10

Signature

**Curtis L. Myles, III**
**President and Chief Executive Officer**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re   **Las Vegas Monorail Company**                              Case No.   **10-10464-BAM**

                                            Debtor(s)               Chapter   **11**

# STATEMENT OF FINANCIAL AFFAIRS

       This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

       Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

     *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

     *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,133,116.00** | **1/1/10 - 1/13/10 Revenue.** |
| **$31,251,719.00** | **Fiscal Year 2009 Revenue** |
| **$33,381,666.00** | **Fiscal Year 2008 Revenue** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **See Attached Exhibit 1** | . | **$0.00** | **$0.00** |

None
☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **See Attached Exhibit 2** | | **$0.00** | **$0.00** |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **Las Vegas Monorail Company v. Michael Brenesell and Tix4Vegas, LLC; Case No. A574303** | **Breach of Contract** | **Eighth Judicial District Court, Las Vegas, Nevada** | **Confession of Judgment by Defendant in favor of Plaintiff** |

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Christina and Bruce Nelson v. Las Vegas Monorail Company and Bombardier Transportaion; Case No. A-08-556416** | **Personal Injury** | **Eighth Judicial District Court, Las Vegas, Nevada** | **Trial date scheduled for March 22, 2010** |
| **Michael Sanzaro v. Las Vegas Monorail Company; Case No. A-09-593765** | **Employment Discrimination** | **Eighth Judicial District Court, Las Vegas, Nevada** | **District Court granted summary judgment in favor of Plaintiff and against Debtor. Matter is currently on appeal.** |
| **Michael J. Davenport v. Las Vegas Monorail Company; Case No. A-09-606157** | **Personal Injury** | **Eighth Judicial District Court, Las Vegas, Nevada** | **Voluntarily dismissed on 1/13/10** |
| **Demetria Phipps v. Las Vegas Monorail Company** | **Personal Injury** | **Eighth Judicial District Court, Las Vegas, Nevada** | **Filed postpetition and voluntarily dismissed by Plaintiff.** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

4

### 7. Gifts

None  ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None  ☐   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **In excess of $400,000.00 in damages in connection with damage to Train 9** | | |

### 9. Payments related to debt counseling or bankruptcy

None  ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Gordon Silver**<br>**3960 Howard Hughes Parkway, 9th Floor**<br>**Las Vegas, NV 89169** | **8/4/09** | **$50,000.00** |
| **Gordon Silver**<br>**3960 Howard Hughes Parkway, 9th Floor**<br>**Las Vegas, NV 89169** | **9/21/09** | **$56,508.00** |
| **Gordon Silver**<br>**3960 Howard Hughes Parkway, 9th Floor**<br>**Las Vegas, NV 89169** | **10/19/09** | **$42,936.00** |
| **Gordon Silver**<br>**3960 Howard Hughes Parkway, 9th Floor**<br>**Las Vegas, NV 89169** | **11/20/09** | **$49,387.00** |
| **Gordon Silver**<br>**3960 Howard Hughes Parkway, 9th Floor**<br>**Las Vegas, NV 89169** | **12/8/09** | **$100,000.00** |
| **Gordon Silver**<br>**3960 Howard Hughes Parkway, 9th Floor**<br>**Las Vegas, NV 89169** | **12/16/09** | **$42,007.00** |
| **Gordon Silver**<br>**3960 Howard Hughes Parkway, 9th Floor**<br>**Las Vegas, NV 89169** | **12/31/09** | **$98,081.00** |
| **Gordon Silver**<br>**3960 Howard Hughes Parkway, 9th Floor**<br>**Las Vegas, NV 89169** | **1/13/10** | **$50,000.00** |
| **Alvarez & Marsal**<br>**633 West Fifth Street, Ste. 850**<br>**Los Angeles, CA 90071** | **10/12/09** | **$100,000.00** |

5

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Alvarez & Marsal 633 West Fifth Street, Ste. 850 Los Angeles, CA 90071** | **10/29/09** | **$70,352.00** |
| **Alvarez & Marsal 633 West Fifth Street, Ste. 850 Los Angeles, CA 90071** | **11/19/09** | **$44,435.00** |
| **Alvarez & Marsal 633 West Fifth Street, Ste. 850 Los Angeles, CA 90071** | **12/10/09** | **$82,222.00** |
| **Alvarez & Marsal 633 West Fifth Street, Ste. 850 Los Angeles, CA 90071** | **12/21/09** | **$70,233.00** |
| **Alvarez & Marsal 633 West Fifth Street, Ste. 850 Los Angeles, CA 90071** | **12/31/09** | **$179,931.00** |
| **Alvarez & Marsal 633 West Fifth Street, Ste. 850 Los Angeles, CA 90071** | **1/13/10** | **$69,205.00** |

**10. Other transfers**

None ■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Wells Fargo c/o G. Wilkinson MAC #N9311-115 625 Marquette Ave., 11th Floor Minneapolis, MN 55479** | **Checking account xxxxxxx2515** | **July 2009. $0** |

6

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **Wells Fargo Bank National Association Corporate Trust Dept. MAC#N9311-115 625 Marquette Ave., 11th Flr. Minneapolis, MN 55479** | **11/19/2009; Sweep of Revenue Account** | **$110,000.00** |
| **Wells Fargo Bank, National Association Corporate Trust Dept. MAC#N9311-115 625 Marquette Ave., 11th Flr. Minneapolis, MN 55479** | **11/19/2009; Sweep of 1st Tier Debt Service Fund** | **$1,898,328.00** |
| **Wells Fargo Bank National Association Corporate Trust Dept. MAC#N9311-115 625 Marquette Ave., 11th Flr. Minneapolis, MN 55479** | **11/19/2009; Sweep of Indemnification Account** | **$601,672.00** |

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Las Vegas Monorail Employees** | **$41,083.00  Tax Withholdings and 401K contributions (Transferred postpetition pursuant to Wage Order (Dkt. 88))** | **Company bank account** |
| **SF Dept. of Child Support Services CA State Disbursement Unit P.O. Box 989067 West Sacramento, CA 95798** | **$69.00 Garnishment  (Transferred postpetition pursuant to Wage Order (Dkt. 88))** | **Company bank account** |
| **State Coll & Disb Unit-SCADU P.O. Box 98950 Las Vegas, NV 89193** | **$121.00  Garnishment (Transferred postpetition pursuant to Wage Order (Dkt. 88))** | **Company bank account** |

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **3720 Howard Hudges Parkway, Ste. 200** | **Same** | **2003-2007** |

7

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

8

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Curtis Myles, President & CEO**<br>**c/o Las Vegas Monorail Company**<br>**3960 Howard Hughes Parkway, Ste. 750**<br>**Las Vegas, NV 89169** | **7/18/05- Present** |
| **Mary Peterson, Treasurer**<br>**c/o Las Vegas Monorail Company**<br>**3960 Howard Hughes Parkway, Ste. 750**<br>**Las Vegas, NV 89169** | **4/21/08-Present** |
| **Ross Johnson, CFO**<br>**unknown** | **Prior to 4/21/2008** |

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Kafoury Armstrong & Co.** | **8329 West Sunset Road, Ste. 210**<br>**Las Vegas, NV 89113-2202** | **1/1/2007 through 12/31/2009** |

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Mary Petersen**<br>**4/21/08-Present** | **c/o Las Vegas Monorail Company**<br>**3960 Howard Hughes Parkway, Ste. 750**<br>**Las Vegas, NV 89169** |

None
☐

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

9

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Wells Fargo Bank**<br>**MAC 6101-114**<br>**1300 SW 5th Avenue**<br>**Portland, OR 97201** | **Approx. 4/15/2009** |
| **Ambac Assurance Corporation**<br>**Attn: Surveillance Dept.**<br>**One State Street Plaza**<br>**New York, NY 10004** | **Various** |
| **Conway Del Genio Gries & Co., LLC**<br>**Olympic Tower**<br>**645 Fifth Avenue**<br>**New York, NY 10022** | **Various** |
| **Clark County Department of Business**<br>**Clark County Manager's Office**<br>**500 S. Grand Central Parkway**<br>**P.O. Box 551810**<br>**Las Vegas, NV 89155-1810** | **Various** |
| **Nevada Dept. of Business & Industry**<br>**555 E. Washington Ave., Ste., 4900**<br>**Las Vegas, NV  89101**<br>**Las Vegas, NV 89101** | **Various** |

**20. Inventories**

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **Curtis L. Myles, III**<br>**c/o Las Vegas Monorail Company**<br>**3960 Howard Hughes Pkwy., Ste. 750**<br>**Las Vegas, NV 89169** | **President** | **n/a** |
| **Kris T. Ballard**<br>**c/o Jones Vargas**<br>**3773 Howard Hughes Pkwy., 3rd Floor**<br>**Las Vegas, NV 89169** | **Secretary** | **n/a** |

10

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Bob Beers**<br>c/o Las Vegas Monorail Company<br>3960 Howard Hughes Pkwy. Ste. 750<br>Las Vegas, NV 89169 | **Director** | n/a |
| **Mary Petersen**<br>c/o Las Vegas Monorail Company<br>3960 Howard Hughes Pkwy., Ste. 750<br>Las Vegas, NV 89169 | **Treasurer** | n/a |
| **Tony Santo**<br>c/o Las Vegas Monorail Company<br>3960 Howard Hughes Pkwy., Ste. 750<br>Las Vegas, NV 89169 | **Director** | n/a |
| **Donald L. Shalmy**<br>c/o Las Vegas Monorail Company<br>3960 Howard Hughes Pkwy., Ste. 750<br>Las Vegas, NV 89169 | **Director** | n/a |
| **Mike Sloan**<br>c/o Las Vegas Monorail Company<br>3960 Howard Hughes Pkwy., Ste. 750<br>Las Vegas, NV 89169 | **Director** | n/a |
| **Bruce Woodbury**<br>c/o Las Vegas Monorail Company<br>3960 Howard Hughes Pkwy., Ste. 750<br>Las Vegas, NV 89169 | **Director** | n/a |

### 22 . Former partners, officers, directors and shareholders

None ■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                    ADDRESS                    DATE OF WITHDRAWAL

None ☐
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Alex Hossack**<br>5250 S. Rainbow Ave., Unit 1311<br>Las Vegas, NV 89118 | **Director** | 2/2/2009 |
| **Teresa Murphy**<br>7936 W. Sahara Ave., Ste. 100-B<br>Las Vegas, NV 89117 | **Director/Secretary** | 5/22/2009 |

### 23 . Withdrawals from a partnership or distributions by a corporation

None ☐
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR<br>**See Attached Exhibit 3**         DATE AND PURPOSE<br>OF WITHDRAWAL         AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY

11

**24. Tax Consolidation Group.**

None
■        If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
         group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
         of the case.

NAME OF PARENT CORPORATION                                              TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■        If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an
         employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                    TAXPAYER IDENTIFICATION NUMBER (EIN)


## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP


I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.

Date    _2/21/10_____            Signature    _____

                                                      **Curtis L. Myles, III**
                                                      **President and Chief Executive Officer**


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Nevada

In re    **Las Vegas Monorail Company**                                          Case No.    **10-10464-BAM**

_____ ,
                                Debtor

                                                                               Chapter                                **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**None**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President and Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date_____**2/26/10**_____                    Signature_____

                                                       **Curtis L. Myles III**
                                                       **President and Chief Executive Officer**

_Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                18 U.S.C §§ 152 and 3571.

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

# United States Bankruptcy Court
## District of Nevada

In re   **Las Vegas Monorail Company**

Debtor(s)

Case No.
Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept........................... **Balance in Retainer:**  $ _____ 158,826.00[1]_____

   Prior to the filing of this statement I have receive.................. **Balance in Retainer:**  $ _____ 158,826.00[1]_____

   Balance Due................................................................................ $ _____ 0.00[1]_____

2. $ **1089.00**  of the filing fee has been paid.

3. The source of the compensation paid to me was:
   ☒ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:
   ☒ Debtor    ☐ Other (specify):

5. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  ___2\26\2010___

**William M. Noall, Esq. Nevada Bar No. 3549**
**Gordon Silver**
**3960 Howard Hughes Parkway**
**Ninth Floor**
**Las Vegas, NV 89169**
**(702) 796-5555**

---

[1] Gordon Silver has received a total of $488,919.10 from Debtor. $330,093.10 was received and applied by Gordon Silver for attorney fees and costs prepetition and $158,826.00 remains in retainer. Gordon Silver's Legal Representation Agreement contains the firm's billing agreement and terms with Debtor, and is on file with the Court.

# United States Bankruptcy Court
## District of Nevada

In re   **Las Vegas Monorail Company**

Debtor(s)

Case No.   **10-10464-BAM**

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Las Vegas Monorail Company**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

2\26\2010

Date

**William M. Noall, Esq. Nevada Bar No. 3549**
Signature of Attorney or Litigant
Counsel for   **Las Vegas Monorail Company**
**Gordon Silver**
**3960 Howard Hughes Parkway**
**Ninth Floor**
**Las Vegas, NV 89169**
**(702) 796-5555**

# EXHIBIT 1

Statement of Financial Affairs
Rider 3b - Payments to creditors
Las Vegas Monorail Co. Case No. 10-10464

| Name | Account Type | Dates of Payments | Amount |
|---|---|---|---|
| Allegiance Direct Bank<br>Po Box 1750<br>Cedar City, UT 84721 | Vendor | 01/07/10<br>11/03/09<br>11/05/09<br>11/23/09 | 173,754 |
| Alvarez & Marsal<br>633 West Fifth Street, Suite 850<br>Los Angeles, CA 90071 | Financial Advisor | 10/23/09<br>01/07/10<br>01/13/10<br>11/03/09 | 616,368 |
| Anthem Blue Cross Blue Shield<br>Po Box 541013<br>Los Angeles, CA 90054-1013 | Employee Health Insurance | 10/20/09<br>11/23/09<br>12/21/09 | 30,550 |
| Bombardier Transportation, Inc<br>1501 Lebanon Church Rd.<br>Pittsburgh, PA 15236-1491 | Operations and Maintenance<br>Contract | 10/29/09<br>12/02/09<br>12/29/09<br>12/30/09 | 3,757,001 |
| Brinks Incorporated<br>3200 E. Charleston Blvd.<br>Las Vegas, NV 89104 | Armored transport service | 11/10/09<br>12/09/09 | 19,205 |
| Crush Creative Inc, a Merisel Inc.<br>1919 Empire Avenue<br>Burbank, CA 91504 | Vendor | 12/28/09 | 11,765 |
| Gordon Silver<br>3960 Howard Hughes Parkway, Ninth Floor<br>Las Vegas, NV 89169 | Restructuring Counsel | 01/07/10<br>01/13/10<br>10/20/09<br>11/23/09 | 382,411 |
| Guardian Insurance Co.<br>P.O. Box 2454<br>Spokane, WA 99210 | Employee Insurance | 01/04/10<br>11/10/09<br>11/23/09 | 17,593 |
| Jones Vargas<br>3773 Howard Hughes Parkway, Third Floor<br>Las Vegas, NV 89169 | Legal Counsel | 11/03/09<br>01/07/10<br>01/13/10<br>10/20/09 | 214,624 |
| Littler Mendelson PC<br>PO Box 45547<br>San Francisco, CA 94145-0547 | Legal Counsel | 01/13/10<br>10/27/09<br>11/17/09<br>12/28/09 | 12,101 |
| MS Crescent 3960 Hughes PV LLC<br>3800 Howard Hughes Pkwy, Ste 150<br>Las Vegas, NV 89169 | Office lease | 10/27/09<br>11/23/09<br>12/28/09 | 103,598 |
| Nevada Department of Taxation, Bankruptcy Section<br>555 E. Washington Ave., #1300<br>Las Vegas, NV 89101 | Taxes | 10/27/09 | 5,716 |
| NV Energy<br>PO Box 30086<br>Reno, NV 89520-3086 | Utilities | 10/20/09<br>11/10/09<br>11/17/09<br>12/09/09 | 222,669 |
| Promethean Partners, LLC<br>10816 Iris Canyon Ln<br>Las Vegas, NV 89135 | Advertising brokerage services | 01/13/10<br>11/03/09<br>11/10/09<br>12/01/09 | 41,197 |
| R&R Partners, Inc.<br>900 S Pavillion Center Dr<br>Las Vegas, NV 89144 | Media relations and crisis<br>communications, market research,<br>and government affairs | 01/13/10<br>10/20/09<br>11/17/09<br>11/23/09 | 99,204 |
| Stradling Yocca Carlson<br>660 Newport Center Dr., Ste 1600<br>Newport Beach, CA 92660-6441 | Legal Counsel | 01/07/10<br>01/13/10 | 17,861 |
| Wells Fargo Bank N.A.<br>3800 Howard Hughes Pkwy<br>Las Vegas, NV 89169 | | 10/20/09<br>11/17/09 | 10,949 |

**Statement of Financial Affairs**
**Rider 3b - Payments to creditors**
**Las Vegas Monorail Co. Case No. 10-10464**

| Name | Account Type | Dates of Payments | Amount |
|---|---|---|---|
| Wells Fargo Bank N.A., as Indenture Trustee<br>c/o G. Wilkinson MAC #N9311-115<br>625 Marquette Ave, 11th Floor<br>Minneapolis, MN 55479 | Sweep of Revenue Fund | 11/19/2009 | 110,000 |
| Wells Fargo Bank N.A., as Indenture Trustee<br>c/o G. Wilkinson MAC #N9311-115<br>625 Marquette Ave, 11th Floor<br>Minneapolis, MN 55479 | Sweep of 1st Tier Debt Service Fund | 11/19/2009 | 1,898,328 |
| Wells Fargo Bank N.A., as Indenture Trustee<br>c/o G. Wilkinson MAC #N9311-115<br>625 Marquette Ave, 11th Floor<br>Minneapolis, MN 55479 | Sweep of Indemnification Account | 11/19/2009 | 601,672 |
| | | | 8,346,566 |

# EXHIBIT 2

**Statement of Financial Affairs**
**Rider 3c - Payments to insiders**
**Las Vegas Monorail Co. Case No. 10-10464**

| Name | Account Type | Dates of Payments | Amount |
|------|--------------|-------------------|--------|
| Anthony Santo<br>3960 Howard Hughes Parkway, Suite 750<br>Las Vegas, NV 89169 | Director of Company | 10/23/09<br>10/23/09<br>11/03/09<br>11/23/09<br>11/23/09<br>12/28/09<br>12/28/09<br>01/06/10 | 20,000 |
| Bob Beers<br>3960 Howard Hughes Pkwy, Suite 750<br>Las Vegas, NV 89169 | Director of Company | 10/23/09<br>10/23/09<br>11/03/09<br>10/27/09<br>11/23/09<br>11/23/09<br>12/28/09<br>12/28/09 | 20,000 |
| Mike Sloan<br>3960 Howard Hughes Pkwy, Suite 750<br>Las Vegas, NV 89169 | Director of Company | 10/23/09<br>10/23/09<br>11/03/09<br>10/27/09<br>11/23/09<br>11/23/09<br>12/28/09<br>12/28/09 | 20,000 |
| Bruce Woodbury<br>3960 Howard Hughes Pkwy, Suite 750<br>Las Vegas, NV 89169 | Director of Company | 10/23/09<br>10/23/09<br>11/03/09<br>10/27/09<br>11/23/09<br>11/23/09<br>12/28/09<br>12/28/09 | 20,000 |
| Donald Shalmy<br>3960 Howard Hughes Pkwy, Suite 750<br>Las Vegas, NV 89169 | Director of Company | 10/23/09<br>10/23/09<br>11/03/09<br>10/27/09<br>11/23/09<br>11/23/09<br>12/28/09<br>12/28/09 | 20,000 |
| Total: | | | $100,000.00 |

# EXHIBIT 3

**Statement of Financial Affairs**
**Rider 23 - Withdrawals from a partnership or distributions by a corporation**
**Las Vegas Monorail Co. Case No. 10-10464**

| Name & Address | Title | Relationship To Debtor | Date Of Withdrawal | Purpose Of Withdrawal | Amount | Description |
|---|---|---|---|---|---|---|
| Curtis Myles | President/CEO | Officer | 1/13/2009 | Ongoing Payroll | $12,738 | Salary |
| Las Vegas Monorail Co. | | | 1/27/2009 | Ongoing Payroll | 12,738 | Salary |
| 3960 Howard Hughes Parkway, Suite 750 | | | 2/10/2009 | Ongoing Payroll | 12,738 | Salary |
| Las Vegas, NV 89169 | | | 2/24/2009 | Ongoing Payroll | 12,738 | Salary |
| | | | 3/10/2009 | Ongoing Payroll | 12,738 | Salary |
| | | | 3/24/2009 | Ongoing Payroll | 12,738 | Salary |
| | | | 4/7/2009 | Ongoing Payroll | 12,738 | Salary |
| | | | 4/21/2009 | Ongoing Payroll | 12,738 | Salary |
| | | | 5/5/2009 | Ongoing Payroll | 12,738 | Salary |
| | | | 5/19/2009 | Ongoing Payroll | 12,738 | Salary |
| | | | 6/2/2009 | Ongoing Payroll | 12,738 | Salary |
| | | | 6/16/2009 | Ongoing Payroll | 12,738 | Salary |
| | | | 6/30/2009 | Ongoing Payroll | 12,738 | Salary |
| | | | 7/14/2009 | Ongoing Payroll | 12,738 | Salary |
| | | | 7/28/2009 | Ongoing Payroll | 12,738 | Salary |
| | | | 8/11/2009 | Ongoing Payroll | 12,738 | Salary |
| | | | 8/25/2009 | Ongoing Payroll | 12,738 | Salary |
| | | | 9/8/2009 | Ongoing Payroll | 12,738 | Salary |
| | | | 9/22/2009 | Ongoing Payroll | 12,738 | Salary |
| | | | 10/6/2009 | Ongoing Payroll | 12,738 | Salary |
| | | | 10/20/2009 | Ongoing Payroll | 12,738 | Salary |
| | | | 11/3/2009 | Ongoing Payroll | 12,738 | Salary |
| | | | 11/17/2009 | Ongoing Payroll | 12,738 | Salary |
| | | | 12/1/2009 | Ongoing Payroll | 12,738 | Salary |
| | | | 12/15/2009 | Ongoing Payroll | 12,738 | Salary |
| | | | 12/29/2009 | Ongoing Payroll | 12,738 | Salary |
| | | | 1/13/2010 | Ongoing Payroll | 12,738 | Salary |
| | | | | | 343,938 | |

**Statement of Financial Affairs**
**Rider 23 - Withdrawals from a partnership or distributions by a corporation**
**Las Vegas Monorail Co. Case No. 10-10464**

| Name & Address | Title | Relationship To Debtor | Date Of Withdrawal | Purpose Of Withdrawal | Amount | Description |
|---|---|---|---|---|---|---|
| Mary Petersen | Controller/Treasurer | Officer | 1/13/2009 | Ongoing Payroll | 3,462 | Salary |
| Las Vegas Monorail Co. | | | 1/27/2009 | Ongoing Payroll | 3,462 | Salary |
| 3960 Howard Hughes Parkway, Suite 750 | | | 2/10/2009 | Ongoing Payroll | 3,462 | Salary |
| Las Vegas, NV 89169 | | | 2/24/2009 | Ongoing Payroll | 3,462 | Salary |
| | | | 3/10/2009 | Ongoing Payroll | 3,462 | Salary |
| | | | 3/24/2009 | Ongoing Payroll | 3,462 | Salary |
| | | | 4/7/2009 | Ongoing Payroll | 3,462 | Salary |
| | | | 4/21/2009 | Ongoing Payroll | 3,462 | Salary |
| | | | 5/5/2009 | Ongoing Payroll | 3,462 | Salary |
| | | | 5/19/2009 | Ongoing Payroll | 3,462 | Salary |
| | | | 6/2/2009 | Ongoing Payroll | 3,462 | Salary |
| | | | 6/16/2009 | Ongoing Payroll | 3,462 | Salary |
| | | | 6/30/2009 | Ongoing Payroll | 3,462 | Salary |
| | | | 7/14/2009 | Ongoing Payroll | 3,462 | Salary |
| | | | 7/28/2009 | Ongoing Payroll | 3,462 | Salary |
| | | | 8/11/2009 | Ongoing Payroll | 3,462 | Salary |
| | | | 8/25/2009 | Ongoing Payroll | 3,462 | Salary |
| | | | 9/8/2009 | Ongoing Payroll | 3,462 | Salary |
| | | | 9/22/2009 | Ongoing Payroll | 3,462 | Salary |
| | | | 10/6/2009 | Ongoing Payroll | 3,462 | Salary |
| | | | 10/20/2009 | Ongoing Payroll | 3,462 | Salary |
| | | | 11/3/2009 | Ongoing Payroll | 3,462 | Salary |
| | | | 11/17/2009 | Ongoing Payroll | 3,462 | Salary |
| | | | 12/1/2009 | Ongoing Payroll | 3,462 | Salary |
| | | | 12/15/2009 | Ongoing Payroll | 3,462 | Salary |
| | | | 12/29/2009 | Ongoing Payroll | 3,462 | Salary |
| | | | 1/13/2010 | Ongoing Payroll | 3,462 | Salary |
| | | | | | 93,462 | |

**Statement of Financial Affairs**
**Rider 23 - Withdrawals from a partnership or distributions by a corporation**
**Las Vegas Monorail Co. Case No. 10-10464**

| Name & Address | Title | Relationship To Debtor | Date Of Withdrawal | Purpose Of Withdrawal | Amount | Description |
|---|---|---|---|---|---|---|
| Anthony Santo | Director | Board | 5/26/2009 | Ongoing | 2,500 | Director's Fee |
| Las Vegas Monorail Co. | | | 6/23/2009 | Ongoing | 2,500 | Director's Fee |
| 3960 Howard Hughes Parkway, Suite 750 | | | 7/28/2009 | Ongoing | 2,500 | Director's Fee |
| Las Vegas, NV 89169 | | | 8/25/2009 | Ongoing | 2,500 | Director's Fee |
| | | | 9/22/2009 | Ongoing | 2,500 | Director's Fee |
| | | | 10/23/2009 | Ongoing | 5,000 | Director's Fee |
| | | | 11/3/2009 | Ongoing | 2,500 | Director's Fee |
| | | | 11/23/2009 | Ongoing | 5,000 | Director's Fee |
| | | | 12/28/2009 | Ongoing | 5,000 | Director's Fee |
| | | | 1/6/2010 | Ongoing | 2,500 | Director's Fee |
| | | | | | 32,500 | |
| | | | | | | |
| Bob Beers | Director | Board | 3/24/2009 | Ongoing | 2,500 | Director's Fee |
| 3960 Howard Hughes Pkwy, Suite 750 | | | 4/28/2009 | Ongoing | 2,500 | Director's Fee |
| Las Vegas, NV 89169 | | | 5/26/2009 | Ongoing | 2,500 | Director's Fee |
| | | | 6/23/2009 | Ongoing | 2,500 | Director's Fee |
| | | | 7/28/2009 | Ongoing | 2,500 | Director's Fee |
| | | | 8/25/2009 | Ongoing | 2,500 | Director's Fee |
| | | | 9/29/2009 | Ongoing | 2,500 | Director's Fee |
| | | | 10/23/2009 | Ongoing | 5,000 | Director's Fee |
| | | | 10/27/2009 | Ongoing | 2,500 | Director's Fee |
| | | | 11/3/2009 | Ongoing | 2,500 | Director's Fee |
| | | | 11/23/2009 | Ongoing | 5,000 | Director's Fee |
| | | | 12/28/2009 | Ongoing | 5,000 | Director's Fee |
| | | | | | 37,500 | |
| | | | | | | |
| Bruce Woodbury | Director | Board | 2/3/2009 | Ongoing | 2,500 | Director's Fee |
| 3960 Howard Hughes Pkwy, Suite 750 | | | 2/24/2009 | Ongoing | 2,500 | Director's Fee |
| Las Vegas, NV 89169 | | | 3/24/2009 | Ongoing | 2,500 | Director's Fee |
| | | | 4/28/2009 | Ongoing | 2,500 | Director's Fee |
| | | | 5/26/2009 | Ongoing | 2,500 | Director's Fee |

**Statement of Financial Affairs**
**Rider 23 - Withdrawals from a partnership or distributions by a corporation**
**Las Vegas Monorail Co. Case No. 10-10464**

| Name & Address | Title | Relationship To Debtor | Date Of Withdrawal | Purpose Of Withdrawal | Amount | Description |
|---|---|---|---|---|---|---|
| | | | 6/23/2009 | Ongoing | 2,500 | Director's Fee |
| | | | 7/28/2009 | Ongoing | 2,500 | Director's Fee |
| | | | 8/25/2009 | Ongoing | 2,500 | Director's Fee |
| | | | 9/29/2009 | Ongoing | 2,500 | Director's Fee |
| | | | 10/23/2009 | Ongoing | 5,000 | Director's Fee |
| | | | 10/27/2009 | Ongoing | 2,500 | Director's Fee |
| | | | 11/3/2009 | Ongoing | 2,500 | Director's Fee |
| | | | 11/23/2009 | Ongoing | 5,000 | Director's Fee |
| | | | 12/28/2009 | Ongoing | 5,000 | Director's Fee |
| | | | | | 42,500 | |
| Mike Sloan | Director | Board | 3/24/2009 | Ongoing | 2,500 | Director's Fee |
| 3960 Howard Hughes Pkwy, Suite 750 | | | 4/28/2009 | Ongoing | 2,500 | Director's Fee |
| Las Vegas, NV 89169 | | | 5/26/2009 | Ongoing | 2,500 | Director's Fee |
| | | | 6/23/2009 | Ongoing | 2,500 | Director's Fee |
| | | | 7/28/2009 | Ongoing | 2,500 | Director's Fee |
| | | | 8/25/2009 | Ongoing | 2,500 | Director's Fee |
| | | | 9/29/2009 | Ongoing | 2,500 | Director's Fee |
| | | | 10/23/2009 | Ongoing | 5,000 | Director's Fee |
| | | | 10/27/2009 | Ongoing | 2,500 | Director's Fee |
| | | | 11/3/2009 | Ongoing | 2,500 | Director's Fee |
| | | | 11/23/2009 | Ongoing | 5,000 | Director's Fee |
| | | | 12/28/2009 | Ongoing | 5,000 | Director's Fee |
| | | | | | 37,500 | |
| Donald Shalmy | Chairman | Board | 1/27/2009 | Ongoing | 2,500 | Director's Fee |
| 3960 Howard Hughes Pkwy, Suite 750 | | | 2/24/2009 | Ongoing | 2,500 | Director's Fee |
| Las Vegas, NV 89169 | | | 3/24/2009 | Ongoing | 2,500 | Director's Fee |
| | | | 4/28/2009 | Ongoing | 2,500 | Director's Fee |
| | | | 5/26/2009 | Ongoing | 2,500 | Director's Fee |
| | | | 6/23/2009 | Ongoing | 2,500 | Director's Fee |

**Statement of Financial Affairs**
**Rider 23 - Withdrawals from a partnership or distributions by a corporation**
**Las Vegas Monorail Co. Case No. 10-10464**

| Name & Address | Title | Relationship To Debtor | Date Of Withdrawal | Purpose Of Withdrawal | Amount | Description |
|---|---|---|---|---|---|---|
| | | | 7/28/2009 | Ongoing | 2,500 | Director's Fee |
| | | | 8/25/2009 | Ongoing | 2,500 | Director's Fee |
| | | | 9/29/2009 | Ongoing | 2,500 | Director's Fee |
| | | | 10/23/2009 | Ongoing | 5,000 | Director's Fee |
| | | | 10/27/2009 | Ongoing | 2,500 | Director's Fee |
| | | | 11/3/2009 | Ongoing | 2,500 | Director's Fee |
| | | | 11/23/2009 | Ongoing | 5,000 | Director's Fee |
| | | | 12/28/2009 | Ongoing | 5,000 | Director's Fee |
| | | | | | 117,500 | |
| Teresa Murphy | Director | Board | 1/27/2009 | Ongoing | 2,500 | Director's Fee |
| 7936 W. Sahara Ave., Suite 100-B | | | 2/24/2009 | Ongoing | 2,500 | Director's Fee |
| Las Vegas, NV 89117 | | | 3/24/2009 | Ongoing | 2,500 | Director's Fee |
| | | | 4/28/2009 | Ongoing | 2,500 | Director's Fee |
| | | | | | 10,000 | |
| Alex Hossack | Director | Board | 1/27/2009 | Ongoing | 2,500 | Director's Fee |
| 5250 S. Rainbow Ave., Unit 1131 | | | | | 2,500 | |
| Las Vegas, NV 89118 | | | | | | |
| | | | | | 717,400 | |