Laurel E. Davis (NV Bar. No. 3005)
Craig S. Dunlap (NV Bar. No. 4974)
FENNEMORE CRAIG, P.C.
Bank of America Plaza, Suite 1400
300 South Fourth Street
Las Vegas, Nevada  89101
Telephone:  (702) 692-8000
Facsimile:  (702) 692-8064
*ldavis@fclaw.com*
*cdunlap@fclaw.com*

William P. Smith (IL Bar No. 6187205)*
James W. Kapp III (IL Bar No. 6239269)*
Miles W. Hughes (IL Bar No. 6279176)*
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street, Suite 4400
Chicago, Illinois  60606-5096
Telephone:  (312) 372-2000
Facsimile:  (312) 984-7700
*wsmith@mwe.com*
*jkapp@mwe.com*
*mhughes@mwe.com*

*\* Admitted Pro Hac Vice*

*Attorneys for Ambac Assurance Corporation, and The Segregated Account of Ambac Assurance Corporation*

E-filed May 10, 2010

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>LAS VEGAS MONORAIL COMPANY,<br>a Nevada non-profit corporation,<br><br>Debtor. | Chapter 11<br><br>Case No. BK-S-10-10464-BAM<br><br>**NOTICE OF APPEAL**<br><br>Date: N/A<br>Time: N/A |

Ambac Assurance Corporation, on its own behalf and for The Segregated Account of Ambac Assurance Corporation, and the Segregated Account of Ambac Assurance Corporation by its court appointed Rehabilitator, the Office of the Commissioner of Insurance for the State of Wisconsin, (collectively "**Ambac**"), creditors, appeals under 28 U.S.C.§ 158(a)(3) from the

*Order Regarding Ambac's Motion to Dismiss* [Docket 341] (the "**Order**") entered in the above-captioned chapter 11 case on the 26th day of April, 2010. A copy of the Order is attached hereto as **Exhibit A**.

The names of all parties to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

**APPELLANT:**

| | | |
|---|---|---|
| **WILLIAM P. SMITH**<br>MCDERMOTT WILL & EMERY LLP<br>227 WEST MONROE STREET, STE 4700<br>CHICAGO, IL 60606<br>312-984-7588<br>wsmith@mwe.com | representing | **AMBAC ASSURANCE CORPORATION**<br><br>**(Creditor)** |
| **LAUREL E. DAVIS**<br>FENNEMORE CRAIG, P.C.<br>300 S. FOURTH STREET, #1400<br>LAS VEGAS, NV 89101<br>(702) 692-8000<br>ldavis@fclaw.com | representing | **AMBAC ASSURANCE CORPORATION**<br><br>**(Creditor)** |
| **AMY G. DOEHRING**<br>MCDERMOTT WILL & EMERY LLP<br>227 WEST MONROE<br>CHICAGO, IL 60606<br>312-372-2000<br>adoehring@mwe.com | representing | **AMBAC ASSURANCE CORPORATION**<br><br>**(Creditor)** |
| **CRAIG S. DUNLAP**<br>FENNEMORE CRAIG, P.C.<br>300 S. FOURTH STREET #1400<br>LAS VEGAS, NV 89101<br>(702) 692-8000<br>cdunlap@fclaw.com | representing | **AMBAC ASSURANCE CORPORATION**<br><br>**(Creditor)** |
| **MILES W. HUGHES**<br>MCDERMOTT WILL & EMERY LLP<br>227 WEST MONROE STREET, STE 4400<br>CHICAGO, IL 60606<br>312-984-6914<br>mhughes@mwe.com | representing | **AMBAC ASSURANCE CORPORATION**<br><br>**(Creditor)** |

| # | | | |
|---|---|---|---|
| 1 | **JAMES W. KAPP, III**<br>MCDERMOTT WILL & EMERY LLP<br>227 WEST MONROE STREET, STE 4400<br>CHICAGO, IL 60606<br>312-984-6885<br>jkapp@mwe.com | representing | **AMBAC ASSURANCE CORPORATION**<br><br>**(Creditor)** |
| 2 | **STEVEN S. SCHOLES**<br>MCDERMOTT WILL & EMERY LLP<br>227 WEST MONROE STREET<br>CHICAGO, IL 60606<br>312-372-2000<br>sscholes@mwe.com | representing | **AMBAC ASSURANCE CORPORATION**<br><br>**(Creditor)** |
| 3 | **JEFFREY J. STEFFEN**<br>FENNEMORE CRAIG, P.C.<br>300 S. FOURTH STREET, STE 1400<br>LAS VEGAS, NV 89144<br>702-692-8010<br>jsteffen@fclaw.com | representing | **AMBAC ASSURANCE CORPORATION**<br><br>**(Creditor)** |

**APPELLEE:**

| | | | |
|---|---|---|---|
| | **GERALD M GORDON**<br>GORDON & SILVER, LTD.<br>3960 HOWARD HUGHES PKY 9TH FLR<br>LAS VEGAS, NV 89169<br>(702) 796-5555<br>bankruptcynotices@gordonsilver.com | representing | **LAS VEGAS MONORAIL COMPANY**<br><br>**(Debtor)** |
| | **WILLIAM M. NOALL**<br>GORDON & SILVER, LTD.<br>3960 HOWARD HUGHES PKY 9TH FLR<br>LAS VEGAS, NV 89169<br>(702) 796-5555<br>bankruptcynotices@gordonsilver.com | representing | **LAS VEGAS MONORAIL COMPANY**<br><br>**(Debtor)** |
| | **GABRIELLE A. HAMM**<br>GORDON & SILVER, LTD.<br>3960 HOWARD HUGHES PARKWAY, 9TH FLR<br>LAS VEGAS, NV 89169-5978<br>702-796-5555<br>ghamm@gordonsilver.com | representing | **LAS VEGAS MONORAIL COMPANY**<br><br>**(Debtor)** |

FENNEMORE CRAIG, P.C.

LAS VEGAS

90948.1

| | | |
|---|---|---|
| **ERIKA PIKE TURNER**<br>GORDON & SILVER, LTD.<br>3960 HOWARD HUGHES PKWY.<br>NINTH FLOOR<br>LAS VEGAS, NV 89109<br>(702) 796-5555<br>bankruptcynotices@gordonsilver.com | representing | **LAS VEGAS MONORAIL COMPANY**<br><br>**(Debtor)** |
| **MATTHEW C. ZIRZOW**<br>GORDON & SILVER, LTD.<br>3960 HOWARD HUGHES PARKWAY, 9TH FLR<br>LAS VEGAS, NV 89169<br>(702) 796-5555<br>bankruptcynotices@gordonsilver.com | representing | **LAS VEGAS MONORAIL COMPANY**<br><br>**(Debtor)** |

**INTERESTED PARTY:**

| | | |
|---|---|---|
| **ATHANASIOS E. AGELAKOPOULOS**<br>300 LAS VEGAS BLVD., SO., #4300<br>LAS VEGAS, NV 89101<br>(702) 388-6600<br>athanasios.agelakopoulos@usdoj.gov | representing | **U.S. TRUSTEE - LV - 11**<br>300 Las Vegas Boulevard S.<br>Suite 4300<br>Las Vegas, NV 89101<br>USTPRegion17.lv.ecf@usdoj.gov<br>**(U.S. Trustee)** |
| **ROB CHARLES**<br>LEWIS AND ROCA, LLP<br>3993 HOWARD HUGHES PARKWAY<br>SUITE 600<br>LAS VEGAS, NV 89169<br>702-949-8320<br>rcharles@lrlaw.com | representing | **Wells Fargo Bank, N.A.**<br><br>**(Indenture Trustee)** |
| **SUSAN M. FREEMAN**<br>LEWIS AND ROCA, LLP<br>40 NORTH CENTRAL AVENUE<br>SUITE 1900<br>PHOENIX, AZ 85004<br>602-262-5756<br>sfreeman@lrlaw.com | representing | **Wells Fargo Bank, N.A.**<br><br>**(Indenture Trustee)** |

| | | | |
|---|---|---|---|
| 1 | | | |
| 2 | **ROBERT E. MCPEAK**<br>BALLARD SPAHR LLP<br>100 NORTH CITY PKWY, STE 1750<br>LAS VEGAS, NV 89106<br>702-471-7000<br>mcpeakr@ballardspahr.com | representing | **Director of the State of Nevada Department of Business and Industry**<br>c/o Rebecca J. Winthrop<br>Ballard Spahr LLP<br>2029 Century Park East<br>Suite 800<br>Los Angeles, CA 90067<br>424-204-4330<br>winthropr@ballardspahr.com<br>**(Creditor)** |
| 7 | **STEFAN PALYS**<br>LEWIS AND ROCA, LLP<br>3993 HOWARD HUGHES PARKWAY<br>SUITE 600<br>LAS VEGAS, NV 89169<br>702-949-8320<br>spalys@lrlaw.com | representing | **Wells Fargo Bank, N.A.**<br>**(Indenture Trustee)** |
| 12 | **REBECCA J. WINTHROP**<br>BALLARD SPAHR ANDREWS & INGERSOLL, LLP<br>2029 CENTURY PARK EAST #800<br>LOS ANGELES, CA 90067<br>(424) 204-4330<br>winthropr@ballardspahr.com | representing | **Director of the State of Nevada Department of Business and Industry**<br>c/o Rebecca J. Winthrop<br>Ballard Spahr LLP<br>2029 Century Park East<br>Suite 800<br>Los Angeles, CA 90067<br>424-204-4330<br>winthropr@ballardspahr.com<br>**(Creditor)** |

| | | |
|---|---|---|
| 1 | Dated: May 10, 2010 | Respectfully submitted, |
| 2 | | MCDERMOTT WILL & EMERY LLP |
| 3 | | William P. Smith (IL Bar No. 6187205)<br>James W. Kapp III (IL Bar No. 6239269)<br>Miles W. Hughes (IL Bar No. 6279176) |
| 4 | | |
| 5 | | FENNEMORE CRAIG, P.C. |
| 6 | | By: /s/ Laurel E. Davis |
| 7 | | Laurel E. Davis<br>Craig S. Dunlap |
| 8 | | *Attorneys for Ambac Assurance Corporation, and The Segregated Account of Ambac* |
| 9 | | *Assurance Corporation*Respectfully submitted, |

FENNEMORE CRAIG, P.C.
LAS VEGAS

90948.1

6