FENNEMORE CRAIG, P.C.
Laurel E. Davis (NV Bar. No. 3005)
Craig S. Dunlap (NV Bar. No. 4974)
Bank of America Plaza, Suite 1400
300 South Fourth Street
Las Vegas, Nevada  89101
Telephone:  (702) 692-8000
Facsimile:  (702) 692-8064
*ldavis@fclaw.com*
*cdunlap@fclaw.com*

MCDERMOTT WILL & EMERY LLP
William P. Smith (IL Bar No. 6187205)*
James W. Kapp III (IL Bar No. 6239269)*
Miles W. Hughes (IL Bar No. 6279176)*
227 West Monroe Street, Suite 4400
Chicago, Illinois  60606-5096
Telephone:  (312) 372-2000
Facsimile:  (312) 984-7700
*wsmith@mwe.com*
*jkapp@mwe.com*
*mhughes@mwe.com*

*\* Admitted Pro Hac Vice*

*Attorneys for Ambac Assurance Corporation, and The Segregated Account of Ambac Assurance Corporation*

E-filed May 10, 2010

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>LAS VEGAS MONORAIL COMPANY,<br>a Nevada non-profit corporation,<br><br>Debtor. | Chapter 11<br><br>Case No. BK-S-10-10464-BAM<br><br>**STATEMENT OF ELECTION**<br><br>Date:  N/A<br>Time:  N/A |

Ambac Assurance Corporation, on its own behalf and for The Segregated Account of Ambac Assurance Corporation, and the Segregated Account of Ambac Assurance Corporation by its court appointed Rehabilitator, the Office of the Commissioner of Insurance for the State of Wisconsin, (collectively "**Ambac**"), creditors, having filed herewith its appeal under 28 U.S.C. §

158(a) from the Order Denying Ambac Assurance Corporation's Motion to Dismiss, entered herein on the 26th day of April, 2010, elects to have this appeal heard by the district court. 28 U.S.C. § 158(c).

Dated: May 10, 2010                    Respectfully submitted,

                                  MCDERMOTT WILL & EMERY LLP
                                      William P. Smith (IL Bar No. 6187205)
                                      James W. Kapp III (IL Bar No. 6239269)
                                      Miles W. Hughes (IL Bar No. 6279176)

FENNEMORE CRAIG, P.C.

By:   /s/ Laurel E. Davis
       Laurel E. Davis
       Craig S. Dunlap

*Attorneys for Ambac Assurance Corporation, and The Segregated Account of Ambac Assurance Corporation*

FENNEMORE CRAIG, P.C.
LAS VEGAS

90950.1                    2