Laurel E. Davis (NV Bar. No. 3005)
Craig S. Dunlap (NV Bar. No. 4974)
Jeffrey J, Steffen (NV Bar No. 9912)
FENNEMORE CRAIG, P.C.
Bank of America Plaza, Suite 1400
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8064
ldavis@fclaw.com

William P. Smith (IL Bar No. 6187205) *
James W. Kapp III (IL Bar No. 6239269) *
Miles W. Hughes (IL Bar No. 6279176) *
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street, Suite 4400
Chicago, Illinois 60606-5096
Telephone: (312) 372-2000
Facsimile: (312) 984-7700

\* *Admitted Pro Hac Vice*

*Attorneys for (i) the Segregated Account of Ambac Assurance Corporation, by its Court Appointed Rehabilitator, the Office of the Commissioner of Insurance for the State of Wisconsin and (ii) Ambac Assurance Corporation*

E-filed May 10, 2010

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re | Chapter 11 |
| LAS VEGAS MONORAIL COMPANY, a Nevada non-profit corporation, | No. BK-S-10-10464-BAM |
| Debtor. | |

### CERTIFICATE OF SERVICE

1.    On May 10, 2010, I served the following document(s):

**(1)    *NOTICE OF APPEAL;***

**(2)    *STATEMENT OF ELECTION; and***

**(3)    *MOTION FOR LEAVE TO APPEAL***

2.    I served the above-named document(s) by the following means to the

90968.1/27952.001

FENNEMORE CRAIG, P.C.
LAS VEGAS

persons as listed below:

[x]  a.  **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

GERALD M GORDON:  bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

WILLIAM M. NOALL:  bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

GABRIELLE A. HAMM:  ghamm@gordonsilver.com

ERIKA PIKE TURNER:  bankruptcynotices@gordonsilver.com

MATTHEW C. ZIRZOW:  bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

ATHANASIOS E. AGELAKOPOULOS:  athanasios.agelakopoulos@usdoj.gov

ROB CHARLES:  rcharles@lrlaw.com, cjordan@lrlaw.com

SUSAN M FREEMAN:  SFreeman@LRLaw.com

ROBERT E. MCPEAK:  mcpeakr@ballardspahr.com, koronac@ballardspahr.com; nashk@ballardspahr.com

STEFAN PALYS:  spalys@lrlaw.com

REBECCA J. WINTHROP:  winthropr@ballardspahr.com

[ ]  b.  **United States mail, postage fully prepaid** (list persons and addresses):

[ ]  c.  **Personal Service** (List persons and addresses):

   [ ]  For a party represented by an attorney, delivery was made by handling the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

   [ ]  For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

[ ]  d.  **By direct email (as opposed to through the ECF system)** (list persons and email addresses):

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]    e.    **By fax transmission** (list persons and fax numbers):

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

[ ]    f.    **By messenger**:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 10th day of May, 2010.

                 /s/    Mia Hurtado
An Employee of Fennemore Craig, P.C.