# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number**
**Chapter 11**
**Appeal Reference Number 10–11**

In re:
  LAS VEGAS MONORAIL COMPANY
                    Debtor(s)

---

  AMBAC ASURANCE CORPORATION
                    Appellant(s)

  vs

  LAS VEGAS MONORAIL COMPANY
                    Appellee(s)

---

## NOTICE OF REFERRAL OF APPEAL
## TO UNITED STATES DISTRICT COURT

TO:  ALL PARTIES IN APPEAL
     U.S. TRUSTEE

,

YOU ARE HEREBY NOTIFIED that a Notice of Appeal has been filed by AMBAC ASSURANCE CORPORATION with the Clerk of the Bankruptcy Court on 5/10/2010. By virtue of orders of the Judicial Council of the Ninth Circuit and the District Court for this district, the above appeal has been referred to the U.S. District Court as the Appellant has filed an Objection/Election for hearing before U.S. District Court with Notice of Appeal.

Dated: 5/11/10                              BY THE COURT

                                            *Mary A. Schott*

                                            Mary A. Schott
                                            Clerk of the Bankruptcy Court