Laurel E. Davis (NV Bar. No. 3005)
Craig S. Dunlap (NV Bar. No. 4974)
Jeffrey J. Steffen (NV Bar No. 9912)
FENNEMORE CRAIG, P.C.
Bank of America Plaza, Suite 1400
300 South Fourth Street
Las Vegas, Nevada  89101
Telephone:  (702) 692-8000
Facsimile:  (702) 692-8064
ldavis@fclaw.com

William P. Smith (IL Bar No. 6187205) *
James W. Kapp III (IL Bar No. 6239269) *
Miles W. Hughes (IL Bar No. 6279176) *
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street, Suite 4400
Chicago, Illinois  60606-5096
Telephone:  (312) 372-2000
Facsimile:  (312) 984-7700

* *Admitted Pro Hac Vice*

*Attorneys for (i) the Segregated Account of Ambac Assurance Corporation, by its Court Appointed Rehabilitator, the Office of the Commissioner of Insurance for the State of Wisconsin and (ii) Ambac Assurance Corporation*

E-filed May 19, 2010

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>LAS VEGAS MONORAIL COMPANY,<br>a Nevada non-profit corporation,<br><br>Debtor. | Chapter 11<br><br>No. BK-S-10-10464-BAM |

**CERTIFICATE OF SERVICE**

1. On May 18, 2010, I served the following document(s):

    *(1)    **PROOF OF CLAIM (Claim 111);***

    *(2)    **PROOF OF CLAIM (Claim 112); and***

    *(3)    **PROOF OF CLAIM (Claim 113)***

2. I served the above-named document(s) by the following means to the

FENNEMORE CRAIG, P.C.
LAS VEGAS

91725.1/27952.001

1       persons as listed below:

2   [x]  a.  **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

ATHANASIOS E. AGELAKOPOULOS:  athanasios.agelakopoulos@usdoj.gov

BRETT A. AXELROD:  lvecffilings@gtlaw.com, axelrodb@gtlaw.com; koisp@gtlaw.com; dittrichr@gtlaw.com; wilsonm@gtlaw.com; lvlitdock@gtlaw.com

ROB CHARLES:  rcharles@lrlaw.com, cjordan@lrlaw.com

SUSAN M FREEMAN:  SFreeman@LRLaw.com

PHILIP S. GERSON:  banknv@rocgd.com, mburgener@rocgd.com

GERALD M GORDON:  bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

JAMES D. GREENE:  jgreene@greeneinfusolaw.com; cjorvig@greeneinfusolaw.com; fritchie@greeneinfusolaw.com

RICHARD F. HOLLEY:  rholley@nevadafirm.com, vnelson@nevadafirm.com; sliberio@nevadafirm.com; bkecf@nevadafirm.com; wwolfe@nevadafirm.com; oswibies@nevadafirm.com

MILES W. HUGHES:  mhughes@mwe.com

ANNE M. LORADITCH:  lvecffilings@gtlaw.com, loraditcha@gtlaw.com; koisp@gtlaw.com; wilsonm@gtlaw.com; lvlitdock@gtlaw.com

ROBERT E. MCPEAK:  mcpeakr@ballardspahr.com, koronac@ballardspahr.com; nashk@ballardspahr.com

VICTORIA L NELSON:  vnelson@nevadafirm.com,

|   |   |
|---|---|
|   | bkecf@nevadafirm.com;<br>wwolfe@nevadafirm.com;<br>sliberio@nevadafirm.com |
| WILLIAM M. NOALL: | bankruptcynotices@gordonsilver.com,<br>bknotices@gordonsilver.com |
| ERIKA PIKE TURNER: | bankruptcynotices@gordonsilver.com |
| U.S. TRUSTEE - LV – 11: | USTPRegion17.lv.ecf@usdoj.gov |
| REBECCA J. WINTHROP: | winthropr@ballardspahr.com |
| MATTHEW C. ZIRZOW: | bankruptcynotices@gordonsilver.com,<br>bknotices@gordonsilver.com |

[X]   b.   **United States mail, postage fully prepaid** (list persons and addresses):

LAS VEGAS MONORAIL COMPANY
3960 HOWARD HUGHES PARKWAY STE. 750
LAS VEGAS, NV 89169-5973

[ ]   c.   **Personal Service** (List persons and addresses):

  [ ]   For a party represented by an attorney, delivery was made by handling the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

  [ ]   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

[ ]   d.   **By direct email (as opposed to through the ECF system)** (list persons and email addresses):

  Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]   e.   **By fax transmission** (list persons and fax numbers):

  Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the

document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

[ ]  f.  **By messenger**:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).

**I declare under penalty of perjury that the foregoing is true and correct**.

DATED this 19th day of May, 2010.

　　　　　/s/　　Mia Hurtado
An Employee of Fennemore Craig, P.C.

FENNEMORE CRAIG, P.C.
LAS VEGAS

91725.1/27952.001

4