# EXHIBIT A

Entered on Docket
June 22, 2010

Hon. Bruce A. Markell
United States Bankruptcy Judge

| | |
|---|---|
| NILE LEATHAM, ESQ.<br>Nevada Bar No. 002838<br>NATALIE M. COX, ESQ.<br>Nevada Bar No. 007662<br>**KOLESAR & LEATHAM, CHTD.**<br>3320 West Sahara Avenue, Suite 380<br>Las Vegas, Nevada 89102-3202<br>Telephone No. (702) 362-7800<br>Facsimile No. (702) 362-9472<br>E-Mail:   nleatham@klnevada.com<br>            ncox@klnevada.com<br><br>Attorneys for Creditors<br>NEXBANK, SSB: FIVE MILE CAPITAL<br>POOLING INTERNATIONAL LLC; FMC<br>REAL ESTATE CDO 2005-1 MASTER<br>TRUST, SERIES C; SPECTRUM<br>INVESTMENT PARTNERS, L.P.; &<br>TRANSAMERICA LIFE INSURANCE<br>COMPANY | LENARD M. PARKINS, ESQ.<br>HENRY FLORES, ESQ.<br>TREVOR HOFFMANN, ESQ.<br>JONATHAN HOOK, ESQ.<br>**HAYNES AND BOONE, LLP**<br>1221 Avenue of the Americas, 26th Floor<br>New York, NY 10020<br>Telephone No: (212) 659-7300<br>Facsimile No. (212) 884-8226<br>E-Mail:   Lenard.Parkins@haynesboone.com<br>            henry.flores@haynesboone.com<br>            trevor.hoffmann@haynesboone.com<br>            jonathan.hook@haynesboone.com<br><br>Attorneys for Creditors<br>NEXBANK, SSB: FIVE MILE CAPITAL<br>POOLING INTERNATIONAL LLC; FMC<br>REAL ESTATE CDO 2005-1 MASTER<br>TRUST, SERIES C; SPECTRUM<br>INVESTMENT PARTNERS, L.P.; &<br>TRANSAMERICA LIFE INSURANCE<br>COMPANY |

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>FX LUXURY LAS VEGAS I, LLC,<br><br>Debtor. | CASE NO. BK-S-10-17015-bam<br><br>Chapter 11<br><br>Hearing Date: June 11, 2010<br>Hearing Time: 9:30 a.m. |

**ORDER GRANTING NEXBANK, SSB'S AND CERTAIN SECOND LIEN LENDERS' MOTION FOR ORDER TERMINATING EXCLUSIVITY**

753255.DOC (7474-2)

- 1 -

## ORDER GRANTING NEXBANK, SSB'S AND CERTAIN SECOND LIEN LENDERS' MOTION FOR ORDER TERMINATING EXCLUSIVITY

The Motion of NexBank, SSB, as successor administrative and collateral agent for the Second Lien Lenders (the "Second Lien Lenders"), and certain of the Second Lien Lenders (Five Mile Capital Pooling International LLC; FMC Real Estate CDO 2005-1 Master Trust, Series C; Spectrum Investment Partners, L.P.; and Transamerica Life Insurance Company) for Order Terminating Exclusivity (the "Motion") (Docket No. 118) having come on for hearing at the above date and time, the Honorable Bruce A. Markell presiding, all appearances noted on the record, the Court having reviewed the Motion, all other pleadings, oppositions, replies, declarations, evidence submitted in connection with the Motion and the oral arguments of counsel, based on the findings of fact and conclusions of law stated in the record at the hearing and incorporated herein, and good and sufficient cause appearing, the Court finds that:

A.  The Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2);

B.  Notice of the Motion and the hearing was adequate and appropriate under the particular circumstances and complies with the applicable provisions of Title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure, and the Local Rules of Bankruptcy Practice of the United States District Court for the District of Nevada, and this Court has determined that no other or further notice need to be given; and

C.  The legal and factual bases set forth in the Motion and presented during the hearing establish good and sufficient "cause" for the Court to enter an order, pursuant to section 1121(d) of the Bankruptcy Code, terminating the periods (1) under section 1121(c)(2) in which the Debtor has the exclusive right to file a plan and (2) under section 1121(c)(3) in which the Debtor has the exclusive right to solicit and obtain acceptances of a plan (collectively, the "Exclusivity Periods").

IT IS HEREBY ORDERED that

1.  All objections to the Motion are overruled in their entirety.

2. The Motion is **GRANTED**, and the Exclusivity Periods shall be, and hereby are, terminated as to all parties in interest effective as of June 21, 2010.

**IT IS SO ORDERED.**

Respectfully prepared and submitted by:

By: /s/ Natalie M. Cox, Esq.
  NILE LEATHAM, ESQ.
  Nevada Bar No. 002838
  NATALIE M. COX, ESQ.
  Nevada Bar No. 007662
  **KOLESAR & LEATHAM, CHTD.**
  3320 West Sahara Avenue, Suite 380
  Las Vegas, Nevada 89102-3202
  Telephone No. (702) 362-7800
  Facsimile No. (702) 362-9472
    and
  LENARD M. PARKINS, ESQ.
  HENRY FLORES, ESQ.
  TREVOR HOFFMANN, ESQ.
  JONATHAN HOOK, ESQ.
  **HAYNES AND BOONE, LLP**
  1221 Avenue of the Americas, 26th Floor
  New York, NY 10020
  Telephone No: (212) 659-7300
  Facsimile No. (212) 884-8226

Attorneys for Creditors NEXBANK, SSB: FIVE MILE CAPITAL POOLING INTERNATIONAL LLC; FMC REAL ESTATE CDO 2005-1 MASTER TRUST, SERIES C; SPECTRUM INVESTMENT PARTNERS, L.P.; & TRANSAMERICA LIFE INSURANCE COMPANY

APPROVED/~~DISAPPROVED~~:
**OFFICE OF THE U.S. TRUSTEE**

By: /s/ Athanasios E. Agelakopoulos
  ATHANASIOS E. AGELAKOPOULOS
  300 Las Vegas Blvd. South, #4300
  Las Vegas, Nevada  89101

APPROVED/DISAPPROVED:
**FOX ROTHSCHILD LLP**

By:_____
  BRETT A. AXELROD, ESQ.
  ANNE M. LORADITCH, ESQ.
  3800 Howard Hughes Pkwy., Ste. 500
  Las Vegas, Nevada  89169

753255.DOC (7474-2)                              - 3 -

2.    The Motion is **GRANTED**, and the Exclusivity Periods shall be, and hereby are, terminated as to all parties in interest effective as of June ___, 2010.

    **IT IS SO ORDERED.**

Respectfully prepared and submitted by:

By: _____
   NILE LEATHAM, ESQ.
   Nevada Bar No. 002838
   NATALIE M. COX, ESQ.
   Nevada Bar No. 007662
   **KOLESAR & LEATHAM, CHTD.**
   3320 West Sahara Avenue, Suite 380
   Las Vegas, Nevada 89102-3202
   Telephone No. (702) 362-7800
   Facsimile No. (702) 362-9472
   and
   LENARD M. PARKINS, ESQ.
   HENRY FLORES, ESQ.
   TREVOR HOFFMANN, ESQ.
   JONATHAN HOOK, ESQ.
   **HAYNES AND BOONE, LLP**
   1221 Avenue of the Americas, 26th Floor
   New York, NY 10020
   Telephone No: (212) 659-7300
   Facsimile No. (212) 884-8226

Attorneys for Creditors NEXBANK, SSB: FIVE MILE CAPITAL POOLING INTERNATIONAL LLC; FMC REAL ESTATE CDO 2005-1 MASTER TRUST, SERIES C; SPECTRUM INVESTMENT PARTNERS, L.P.; & TRANSAMERICA LIFE INSURANCE COMPANY

APPROVED/DISAPPROVED:
**OFFICE OF THE U.S. TRUSTEE**

By: _____
   ATHANASIOS E. AGELAKOPOULOS
   300 Las Vegas Blvd. South, #4300
   Las Vegas, Nevada 89101

APPROVED/DISAPPROVED:
**FOX ROTHSCHILD LLP**

By: _/s/_____
   BRETT A. AXELROD, ESQ.
   ANNE M. LORADITCH, ESQ.
   3800 Howard Hughes Pkwy., Ste. 500
   Las Vegas, Nevada 89169

APPROVED/~~DISAPPROVED~~:
SHEARMAN & STERLING, LLP

By: /s/ Rodney M. Jean
    ANDREW TENZER, ESQ.
    RANDALL MARTIN, ESQ.
    1221 Avenue of the Americas
    New York, NY 10020
    and
**LIONEL, SAWYER & COLLINS**
    RODNEY M. JEAN, ESQ.
    300 South 4th Street, Suite 1700
    Las Vegas, NV 89101

APPROVED/~~DISAPPROVED~~:
THE LAW OFFICES OF PARAS B. BARNETT, P.L.L.C.

By: /s/ Frederick E. Schmidt, Jr.
    LEE I. IGLODY, ESQ.
    9555 South Eastern Avenue, Suite 280
    Las Vegas, NV 89123
    and
**HERRICK, FEINSTEIN LLP**
    FREDERICK E. SCHMIDT, JR.
    2 Park Avenue
    New York, NY 10016

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, the undersigned certifies:

( ) The Court waived the requirement of approval under LR 9021.

( ) This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

(☒) This is a chapter 9, 11 or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

( ) I certified that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

| Party | Approved | Disapproved | Failed to Respond |
|---|---|---|---|
| Athanasios E. Agelakopoulos | XXX | | |
| Brett A. Axelrod, Esq. | XXX | | |
| Rodney M. Jean, Esq. | XXX | | |
| Frederick E. Schmidt, Esq. | XXX | | |

### #

753255.DOC (7474-2)

- 4 -