**Entered on Docket
September 21, 2010**

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

GORDON SILVER
Gerald M. Gordon, ESQ., NV Bar No. 229
E-mail: ggordon@gordonsilver.com
WILLIAM M. NOALL, ESQ., NV Bar No. 3549
E-mail: wnoall@gordonsilver.com
GABRIELLE A. HAMM, ESQ., NV Bar No. 11588
E-mail: ghamm@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>LAS VEGAS MONORAIL COMPANY,<br><br>Debtor. | Case No.: BK-S-10-10464-BAM<br>Chapter 11<br><br>Prior Hearing Date:<br>Date: September 22, 2010<br>Time: 9:30 a.m.<br><br>New Hearing Date:<br>Date: November 9, 2010<br>Time: 3:00 p.m.<br><br>Prior Hearing Date:<br>Date: October 5, 2010<br>Time: 3:00 p.m.<br><br>New Hearing Date:<br>Date: November 17, 2010<br>Time: 9:30 a.m. |

**ORDER GRANTING STIPULATION CONTINUING HEARINGS REGARDING MOTION TO TERMINATE EXCLUSIVITY AND MOTIONS TO APPROVE PLAN CLASSIFICATION, DISCLOSURE STATEMENT, AND SOLICITATION PROCEDURES**

Upon the *Stipulation Continuing Hearings Regarding Motion to Terminate Exclusivity and Motions to Approve Plan Classification, Disclosure Statement, and Solicitation Procedures*

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102200-002/1029570_4.doc

[ECF No. 569] (the "Stipulation") entered into by and between Las Vegas Monorail Company ("Debtor"), Wells Fargo Bank, N.A., in its capacity as indenture trustee for the 1st Tier Bondholders (the "Trustee"), the Majority 1st Tier Bondholders (the "1st Tier Majority"), U.S. Bank National Association as co-trustee and successor trustee for the 2nd Tier Bondholders (the "2nd Tier Trustee"), the Director of the State of Nevada Department of Business and Industry (the "Director"), Ambac Assurance Corp. and The Segregated Account of Ambac Assurance Corporation (together, "Ambac"), and Bombardier Transportation Holdings USA, Inc. ("Bombardier") (collectively the "Parties")[1]:

IT IS ORDERED,

1. The Stipulation is approved;

2. The hearing on the Disclosure Statement Motion is continued from October 5, 2010, at 3:00 p.m., to November 17, 2010, at 9:30 a.m. Oppositions to the Disclosure Statement Motion must be filed on or before November 5, 2010, and any replies thereto must be filed on or before November 12, 2010.

3. The hearing on the Solicitation Procedures Motion is continued from October 5, 2010, at 3:00 p.m., to November 17, 2010, at 9:30 a.m. Oppositions to the Solicitations Procedures Motion must be filed on or before November 5, 2010, and any replies thereto must be filed on or before November 12, 2010.

4. The hearing on the Classification Motion is continued from October 5, 2010, at 3:00 p.m., to November 17, 2010, at 9:30 a.m. Oppositions to the Classification Motion must be filed on or before November 5, 2010, and any replies thereto must be filed on or before November 12, 2010.

5. The hearing on the Motion to Terminate Exclusivity is continued from September 22, 2010, at 9:30 a.m., to November 9, 2010, at 3:00 p.m. Oppositions to the Motion to Terminate

---

[1] Nothing in this Order constitutes an agreement by the Director as to the status of U.S. Bank National Association as co-trustee and successor trustee for the 2nd Tier Bondholders.

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102200-002/1029570_4.doc

2

1  Exclusivity must be filed on or before October 26, 2010, and any replies thereto must be filed on
2  or before November 2, 2010.

3

4  PREPARED AND SUBMITTED                          APPROVED/~~DISAPPROVED~~:
   GORDON SILVER
5  By: /s/                                         MC DERMOTT WILL & EMERY LLP.
   WILLIAM M. NOALL, ESQ.
6  GABRIELLE A. HAMM, ESQ.                         By:_____
   3960 Howard Hughes Pkwy., 9th Floor             WILLIAM SMITH, ESQ.
7  Las Vegas, Nevada 89169                         227 West Monroe Street, Suite 4400
   Attorneys for Debtor                            Chicago, Illinois 60606
8                                                  Attorneys for Ambac Assurance Corp. and The
                                                   Segregated Account of Ambac Assurance
9                                                  Corporation

10 APPROVED/~~DISAPPROVED~~:                       APPROVED/~~DISAPPROVED~~:

11 DORSEY & WHITNEY LLP                            LEWIS & ROCA LLP

12
   By:_____               By: /s/ Susan Freeman
13 KATHERINE A. CONSTANTINE, ESQ.                  SUSAN FREEMAN, ESQ.
   50 South Sixth Street, Ste. 1500                40 North Central Avenue
14 Minneapolis, MN 55402-1498                      Phoenix, AZ 85004
   Attorneys for U.S. Bank National Association    Attorneys for Wells Fargo Bank
15 as 2nd Tier Trustee

16 APPROVED/~~DISAPPROVED~~:                       APPROVED/~~DISAPPROVED~~:

17 SANTORO, DRIGGS, WALCH, KEARNEY,                BALLARD SPAHR LLP
   HOLLEY & THOMPSON
18
   By:_____               By:_____
19 RICHARD HOLLEY, ESQ.                            REBECCA J. WINTHROP, ESQ.
   400 S. Fourth Street, 3rd Floor                 2029 Century Park East, Ste. 800
20 Las Vegas, NV 89101                             Los Angeles, CA 90067-2909
   Attorneys for Bombardier Transportation         Attorneys for Director of the State of Nevada
21 Holdings USA, Inc.                              Department of Business and Industry

22 APPROVED/~~DISAPPROVED~~:                       APPROVED/~~DISAPPROVED~~:

23 KRAMER LEVIN NAFTALIS & FRANKEL                 OFFICE OF THE U.S. TRUSTEE

24
   By:_____               By: _____
25 AMY CATON, ESQ.                                     ATHANASIOS AGELAKOPOULOS
   1177 Avenue of the Americas                        300 Las Vegas Blvd., South Rm. 1500
26 New York, New York 10036                           Las Vegas, NV 89101
   Attorneys for Majority 1st Tier Bondholders
27

28

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102200-002/1029570_3.doc                    3

1  Exclusivity must be filed on or before October 26, 2010, and any replies thereto must be filed on
2  or before November 2, 2010.

PREPARED AND SUBMITTED
GORDON SILVER

By:_____
WILLIAM M. NOALL, ESQ.
GABRIELLE A. HAMM, ESQ.
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Attorneys for Debtor

APPROVED/~~DISAPPROVED~~:

MC DERMOTT WILL & EMERY LLP.

By:  /s/ Miles W. Hughes
MILES W. HUGHES, ESQ.
227 West Monroe Street, Suite 4400
Chicago, Illinois 60606
Attorneys for Ambac Assurance Corp. and The Segregated Account of Ambac Assurance Corporation

APPROVED/~~DISAPPROVED~~:

DORSEY & WHITNEY LLP

By:  /s/ Katherine A. Constantine
KATHERINE A. CONSTANTINE, ESQ.
50 South Sixth Street, Ste. 1500
Minneapolis, MN 55402-1498
Attorneys for U.S. Bank National Association as 2nd Tier Trustee

APPROVED/~~DISAPPROVED~~:

LEWIS & ROCA LLP

By:_____
SUSAN FREEMAN, ESQ.
40 North Central Avenue
Phoenix, AZ 85004
Attorneys for Wells Fargo Bank

APPROVED/~~DISAPPROVED~~:

SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON

By:  /s/ Richard Holley
RICHARD HOLLEY, ESQ.
400 S. Fourth Street, 3rd Floor
Las Vegas, NV 89101
Attorneys for Bombardier Transportation Holdings USA, Inc.

APPROVED/~~DISAPPROVED~~:

BALLARD SPAHR LLP

By:_____
REBECCA J. WINTHROP, ESQ.
2029 Century Park East, Ste. 800
Los Angeles, CA 90067-2909
Attorneys for Director of the State of Nevada Department of Business and Industry

APPROVED/~~DISAPPROVED~~:

KRAMER LEVIN NAFTALIS & FRANKEL

By:  /s/ Amy Caton
AMY CATON, ESQ.
1177 Avenue of the Americas
New York, New York 10036
Attorneys for Majority 1st Tier Bondholders

APPROVED/~~DISAPPROVED~~:

OFFICE OF THE U.S. TRUSTEE

By:  /s/ Athanasios Agelakopoulos
ATHANASIOS AGELAKOPOULOS
300 Las Vegas Blvd., South Rm. 1500
Las Vegas, NV 89101

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102200-002/1029570_4.doc

3

1  Exclusivity must be filed on or before October 26, 2010, and any replies thereto must be filed on
2  or before November 2, 2010.

| PREPARED AND SUBMITTED<br>GORDON SILVER | APPROVED/~~DISAPPROVED~~: |
|---|---|
| By:_____<br>WILLIAM M. NOALL, ESQ.<br>GABRIELLE A. HAMM, ESQ.<br>3960 Howard Hughes Pkwy., 9th Floor<br>Las Vegas, Nevada 89169<br>Attorneys for Debtor | MC DERMOTT WILL & EMERY LLP.<br><br>By: /s/ Miles W. Hughes<br>MILES W. HUGHES, ESQ.<br>227 West Monroe Street, Suite 4400<br>Chicago, Illinois 60606<br>Attorneys for Ambac Assurance Corp. and The Segregated Account of Ambac Assurance Corporation |
| APPROVED/~~DISAPPROVED~~:<br><br>DORSEY & WHITNEY LLP<br><br>By: /s/ Katherine A. Constantine<br>KATHERINE A. CONSTANTINE, ESQ.<br>50 South Sixth Street, Ste. 1500<br>Minneapolis, MN 55402-1498<br>Attorneys for U.S. Bank National Association as 2nd Tier Trustee | APPROVED/~~DISAPPROVED~~:<br><br>LEWIS & ROCA LLP<br><br>By:_____<br>SUSAN FREEMAN, ESQ.<br>40 North Central Avenue<br>Phoenix, AZ 85004<br>Attorneys for Wells Fargo Bank |
| APPROVED/~~DISAPPROVED~~:<br><br>SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON<br><br>By: /s/ Richard Holley<br>RICHARD HOLLEY, ESQ.<br>400 S. Fourth Street, 3rd Floor<br>Las Vegas, NV 89101<br>Attorneys for Bombardier Transportation Holdings USA, Inc. | APPROVED/~~DISAPPROVED~~:<br><br>BALLARD SPAHR LLP<br><br>By: /s/ Rebecca J. Winthrop<br>REBECCA J. WINTHROP, ESQ.<br>2029 Century Park East, Ste. 800<br>Los Angeles, CA 90067-2909<br>Attorneys for Director of the State of Nevada Department of Business and Industry |
| APPROVED/~~DISAPPROVED~~:<br><br>KRAMER LEVIN NAFTALIS & FRANKEL<br><br>By: /s/ Amy Caton<br>AMY CATON, ESQ.<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Attorneys for Majority 1st Tier Bondholders | APPROVED/~~DISAPPROVED~~:<br><br>OFFICE OF THE U.S. TRUSTEE<br><br>By: /s/ Athanasios Agelakopoulos<br>ATHANASIOS AGELAKOPOULOS<br>300 Las Vegas Blvd., South Rm. 4300<br>Las Vegas, NV 89101 |

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102200-002/1029570_4.doc

3

## LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies as follows:

☐ The Court waived the requirement of approval under LR 9021.

☐ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☒ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above

☐ I have certified that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

###

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102200-002/1029570_4.doc

4