

**Entered on Docket
November 03, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, AZ   85004-4429
Facsimile:  (602) 734-3824
Telephone:  (602) 262-5756

Susan M. Freeman (AZ State Bar No. 004199)
Email:  SFreeman@LRLaw.com (*pro hac vice*)
Robert M. Charles, Jr. NV  State Bar No. 006593
Email:  RCharles@LRLaw.com

*Attorneys for Indenture Trustee Wells Fargo Bank, N.A.*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 10-10464-BAM |
| LAS VEGAS MONORAIL COMPANY, A Nevada non-profit corporation, | Chapter 11 |
| Debtor. | **Order Approving Stipulation For Continuation of Hearings and Deadlines** |

Upon the Stipulation of Las Vegas Monorail Company, Wells Fargo Bank, N.A., in its capacity as indenture trustee for the 1st Tier Bondholders, the Majority 1st Tier Bondholders, U.S. Bank National Association as co-trustee and successor trustee for the 2nd Tier Bondholders, the Director of the State of Nevada Department of Business and Industry, Ambac Assurance Corporation and The Segregated Account of Ambac Assurance Corporation, by its Court Appointed Rehabilitator, the Office of the

275196.1

KL2 2672660.2



Commissioner of Insurance for the State of Wisconsin, and Bombardier Transportation Holdings USA, Inc. [DE 619], and good cause appearing from the Stipulation

IT IS ORDERED:

1. The hearing on the Disclosure Statement Motion; the Solicitation Procedures Motion; and the Classification Motion (as those terms are defined in the Stipulation) is continued from November 19, 2010, at 9:30 a.m., to December 8, 2010, at 9:30 a.m. Oppositions to each motion must be filed on or before November 24, 2010 and any replies thereto must be filed on or before December 1, 2010.

2. The hearing on the Motion to Terminate Exclusivity is continued from November 9, 2010, at 3:00 p.m. to December 3, 2010, at 9:30 a.m. Oppositions to the Motion to Terminate Exclusivity must be filed on or before November 19, 2010, and any replies thereto must be filed on or before November 29, 2010.

PREPARED AND SUBMITTED BY:

GORDON SILVER                                   MC DERMOTT WILL & EMERY LLP


By:   s/ William M. Noall                       By:   s/ William Smith
GERALD M. GORDON                                WILLIAM SMITH
WILLIAM M. NOALL                                MILES W. HUGHES
GABRIELLE A. HAMM                               JAMES W. KAPP, III
3960 Howard Hughes Pkwy., 9th Floor             227 West Monroe Street, Suite 4400
Las Vegas, Nevada 89169                         Chicago, Illinois 60606
*Attorneys for Debtor*                          *Attorneys for Ambac Assurance Corporation and The Segregated Account of Ambac Assurance Corporation, by its Court Appointed Rehabilitator, the Office of the Commissioner of Insurance for the State of Wisconsin*

275196.1
KL2 2672660.2



| | |
|---|---|
| DORSEY & WHITNEY LLP | LEWIS AND ROCA LLP |
| By: /s/Katherine A. Constantine<br>KATHERINE A. CONSTANTINE (pro hac vice)<br>50 South Sixth Street, Ste. 1500<br>Minneapolis, MN 55402-1498<br>*Attorneys for U.S. Bank National Association as 2nd Tier Trustee* | By: /s/Robert M. Charles, Jr.<br>SUSAN FREEMAN<br>ROBERT M. CHARLES, JR.<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>*Attorneys for Wells Fargo Bank, N.A., as 1st Tier Trustee* |
| SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON | BALLARD SPAHR LLP |
| By: s/ Richard Holley<br>RICHARD HOLLEY<br>400 S. Fourth Street, 3rd Floor<br>Las Vegas, NV 89101<br>*Attorneys for Bombardier Transportation Holdings USA, Inc.* | By: s/ Rebecca J. Winthrop<br>REBECCA J. WINTHROP (pro hac vice)<br>2029 Century Park East, Ste. 800<br>Los Angeles, CA 90067-2909<br>*Attorneys for Director of the State of Nevada Department of Business and Industry* |
| KRAMER LEVIN NAFTALIS & FRANKEL | |
| By: s/ Jennifer Sharret<br>PHILIP BENTLEY (pro hac vice)<br>AMY CATON (pro hac vice)<br>JENNIFER SHARRET (pro hac vice pending)<br>1177 Avenue of the Americas<br>New York, New York 10036<br>*Attorneys for Majority 1st Tier Bondholders* | |

KL2 2672660.2    275196.1