GORDON SILVER
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: ggordon@gordonsilver.com
WILLIAM M. NOALL, ESQ.
Nevada Bar No. 3549
E-mail: wnoall@gordonsilver.com
GABRIELLE A. HAMM, ESQ.
Nevada Bar No. 11588
E-mail: ghamm@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Debtor

E-Filed On: 12/27/10

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

In re:

LAS VEGAS MONORAIL COMPANY,

Debtor.

Case No. BK-S-10-10464-BAM
Chapter 11

Prior Hearing Date:
Date: January 10, 2011
Time: 1:30 p.m.

New Hearing Date:
Date: March 4, 2011
Time: 1:30 p.m.

## STIPULATION FOR CONTINUATION OF HEARINGS AND DEADLINES

Las Vegas Monorail Company ("Debtor"), Wells Fargo Bank, N.A., in its capacity as indenture trustee for the 1st Tier Bondholders (the "Trustee"), the Majority 1st Tier Bondholders (the "1st Tier Majority"), U.S. Bank National Association as co-trustee and successor trustee for the 2nd Tier Bondholders (the "2nd Tier Trustee"), the Director of the State of Nevada Department of Business and Industry (the "Director"),[1] Ambac Assurance Corporation and The Segregated Account of Ambac Assurance Corporation by its Court Appointed Rehabilitator, the Office of the Commissioner of Insurance for the State of Wisconsin (together, "Ambac"), and Bombardier Transportation Holdings USA, Inc. ("Bombardier") (collectively the "Parties")

---

[1] Nothing in this Stipulation constitutes an agreement by the Director as to the status of U.S. Bank National Association as co-trustee and successor trustee for the 2nd Tier Bondholders.

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102200-002/1092292.doc

stipulate through counsel:

## Background

1. Debtor filed its Plan of Reorganization [ECF No. 516] (the "Plan") and its Proposed Disclosure Statement to Accompany Debtor's Plan of Reorganization [ECF No. 517] (the "Disclosure Statement").

2. Debtor filed its Motion for Order Approving Adequacy of the Disclosure Statement to Accompany Debtor's Plan of Reorganization (the "Disclosure Statement Motion") [ECF No. 535].

3. Debtor filed its Motion for Entry of Order Approving (A) the Form, Scope, and Nature of Solicitation, Balloting, Tabulation and Notices With Respect to the Disclosure Statement to Accompany Debtor's Plan of Reorganization and (B) Related Confirmation Procedures, Deadlines, and Notices (the "Solicitation Procedures Motion") [ECF No. 538].

4. Debtor filed its Motion to Approve Classification of Claims Pursuant to Fed. R. Bankr. P. 3013 (the "Classification Motion") [ECF No. 541].

5. The Trustee and the 1st Tier Majority filed the Motion of the Indenture Trustee and Majority 1st Tier Bondholders for an Order Terminating Exclusivity (the "Motion to Terminate Exclusivity") [ECF No. 554], and on September 16, 2010, Ambac filed its Limited Joinder to Motion of Indenture Trustee and Majority 1st Tier bondholders for an Order Terminating Exclusivity [ECF No. 566].

6. These matters have been scheduled for hearing by the Court and deadlines for responsive papers are currently set by stipulation between the parties.

7. Due to active negotiations among the 1st Tier Majority and the Debtor, along with active negotiations between the 1st Tier Majority and Ambac regarding the Insurance Policy, the parties request a further brief continuance of the pending matters.

## Agreements

Accordingly, the parties stipulate:

1. The hearings on the Motion to Terminate Exclusivity; Disclosure Statement Motion; the Solicitation Procedures Motion; and the Classification Motion are continued from

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102200-002/1092292.doc

2

January 10, 2011, at 1:30 p.m., to March 4, 2011, at 1:30 p.m. Oppositions to each motion and the Disclosure Statement must be filed on or before February 18, 2011, and any replies thereto must be filed on or before February 25, 2011.

PREPARED AND RESPECTFULLY SUBMITTED BY:

| GORDON SILVER | MC DERMOTT WILL & EMERY LLP |
|---|---|
| By: /s/ (signature)<br>GERALD M. GORDON<br>WILLIAM M. NOALL<br>GABRIELLE A. HAMM<br>3960 Howard Hughes Pkwy., 9th Floor<br>Las Vegas, Nevada 89169<br>*Attorneys for Debtor* | By: /s/ William P. Smith<br>WILLIAM P SMITH<br>MILES W. HUGHES<br>JAMES W. KAPP, III<br>227 West Monroe Street, Suite 4400<br>Chicago, Illinois 60606<br>*Attorneys for Ambac Assurance Corporation. and The Segregated Account of Ambac Assurance Corporation, by its Court Appointed Rehabilitator, the Office of the Commissioner of Insurance for the State of Wisconsin* |
| DORSEY & WHITNEY LLP | LEWIS AND ROCA LLP |
| By: /s/ Katherine A. Constantine<br>KATHERINE A. CONSTANTINE<br>50 South Sixth Street, Ste. 1500<br>Minneapolis, MN 55402-1498<br>*Attorneys for U.S. Bank National Association as 2nd Tier Trustee* | By: /s/ Susan Freeman<br>SUSAN FREEMAN<br>ROBERT M. CHARLES, JR.<br>MICHAEL LYNCH<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>*Attorneys for Wells Fargo Bank, N.A., as 1st Tier Trustee* |

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102200-002/1092292.doc

3

| | |
|---|---|
| SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON | BALLARD SPAHR LLP |
| By: /s/ Richard Holley<br>RICHARD HOLLEY<br>OGONNA ATAMOH<br>400 S. Fourth Street, 3rd Floor<br>Las Vegas, NV 89101<br>*Attorneys for Bombardier Transportation Holdings USA, Inc.* | By: /s/ Rebecca J. Winthrop<br>REBECCA J. WINTHROP<br>2029 Century Park East, Ste. 800<br>Los Angeles, CA 90067-2909<br>*Attorneys for Director of the State of Nevada Department of Business and Industry* |

KRAMER LEVIN NAFTALIS & FRANKEL

By: /s/ Adam Rogoff
 PHILIP BENTLEY (pro hac vice)
AMY CATON (pro hac vice)
JENNIFER SHARRET (pro hac vice)
ADAM ROGOFF (pro hac vice pending)
1177 Avenue of the Americas
New York, New York 10036
*Attorneys for Majority 1st Tier Bondholders*

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102200-002/1092292.doc