**Entered on Docket**
**December 27, 2010**

*Bruce A. Markell*

**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

GORDON SILVER
GERALD M. GORDON, ESQ., NV Bar No. 229
E-mail: ggordon@gordonsilver.com
WILLIAM M. NOALL, ESQ., NV Bar No. 3549
E-mail: wnoall@gordonsilver.com
GABRIELLE A. HAMM, ESQ., NV Bar No. 11588
E-mail: ghamm@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-S-10-10464-BAM |
| | Chapter 11 |
| LAS VEGAS MONORAIL COMPANY, | |
| | Prior Hearing Date: |
| Debtor. | Date: January 10, 2011 |
| | Time: 1:30 p.m. |
| | |
| | New Hearing Date: |
| | Date: March 4, 2011 |
| | Time: 1:30 p.m. |

### ORDER GRANTING STIPULATION FOR CONTINUATION
### OF HEARINGS AND DEADLINES

Upon the Stipulation of Las Vegas Monorail Company, Wells Fargo Bank, N.A., in its capacity as indenture trustee for the 1st Tier Bondholders, the Majority 1st Tier Bondholders, U.S. Bank National Association as co-trustee and successor trustee for the 2nd Tier Bondholders, the Director of the State of Nevada Department of Business and Industry, Ambac Assurance Corporation and The Segregated Account of Ambac Assurance Corporation, by its Court Appointed Rehabilitator, the Office of the Commissioner of Insurance for the State of Wisconsin, and Bombardier Transportation Holdings USA, Inc. [ECF No. 657], and good cause appearing from the Stipulation,

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102200-002/1092303.doc

1    IT IS ORDERED:

2        1.       The hearings on the Motion to Terminate Exclusivity; the Disclosure Statement

3    Motion; the Solicitation Procedures Motion; and the Classification Motion (as those terms are

4    defined in the Stipulation) are continued from January 10, 2011, at 1:30 p.m., to March 4, 2011,

5    at 1:30 p.m.  Oppositions to each motion and the Disclosure Statement must be filed on or before

6    February 18, 2011, and any replies thereto must be filed on or before February 25, 2011.

7    PREPARED AND SUBMITTED BY:

8

9                                                            APPROVED/~~DISAPPROVED~~:
10   GORDON SILVER                                MC DERMOTT WILL & EMERY LLP

11
     By:_____                 By:____/s/ William P. Smith_____
12   GERALD M. GORDON                             WILLIAM P. SMITH
     WILLIAM M. NOALL                             MILES W. HUGHES
13   GABRIELLE A. HAMM                            JAMES W. KAPP, III
     3960 Howard Hughes Pkwy., 9th Floor          227 West Monroe Street, Suite 4400
14   Las Vegas, Nevada 89169                      Chicago, Illinois 60606
15   *Attorneys for Debtor*                       *Attorneys for Ambac Assurance Corporation*
                                                  *and The Segregated Account of Ambac*
16                                                *Assurance Corporation, by its Court Appointed*
                                                  *Rehabilitator, the Office of the Commissioner*
17                                                *of Insurance for the State of Wisconsin*

18   **APPROVED**/~~DISAPPROVED~~:                **APPROVED**/~~DISAPPROVED~~:
19   DORSEY & WHITNEY LLP                         LEWIS AND ROCA LLP

20
     By:___/s/ Katherine A. Constantine___        By:____/s/ Susan Freeman_____
21   KATHERINE A. CONSTANTINE                     SUSAN FREEMAN
     50 South Sixth Street, Ste. 1500             ROBERT M. CHARLES, JR.
22   Minneapolis, MN 55402-1498                   3993 Howard Hughes Parkway, Suite 600
     *Attorneys for U.S. Bank National Association* Las Vegas, Nevada 89169
23   *as 2nd Tier Trustee*                        *Attorneys for Wells Fargo Bank, N.A., as 1st*
                                                  *Tier Trustee*
24

25

26

27

28

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102200-002/1092303.doc

2

1    **APPROVED**/~~DISAPPROVED~~:                **APPROVED**/~~DISAPPROVED~~:
      SANTORO, DRIGGS, WALCH, KEARNEY,    BALLARD SPAHR LLP
2    HOLLEY & THOMPSON

3

4    By:____/s/ Richard Holley_____    By:____/s/ Rebecca J. Winthrop_____
      RICHARD HOLLEY                        REBECCA J. WINTHROP
5    400 S. Fourth Street, 3rd Floor        2029 Century Park East, Ste. 800
      Las Vegas, NV 89101                    Los Angeles, CA 90067-2909
6    *Attorneys  for  Bombardier  Transportation*   *Attorneys for Director of the State of Nevada*
      *Holdings USA, Inc.*                    *Department of Business and Industry*
7

8    **APPROVED**/~~DISAPPROVED~~:
      KRAMER LEVIN NAFTALIS & FRANKEL
9

10    By:____/s/ Adam Rogoff_____
       PHILIP BENTLEY (pro hac vice)
11    AMY CATON (pro hac vice)
      JENNIFER SHARRET (pro hac vice)
12    ADAM ROGOFF (pro hac vice pending)
      1177 Avenue of the Americas
13    New York, New York 10036
      *Attorneys for Majority 1st Tier Bondholders*
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102200-002/1092303.doc

3

1

### LR 9021 CERTIFICATION

2    In accordance with LR 9021, counsel submitting this document certifies as follows:

3    ☐    The Court waived the requirement of approval under LR 9021.

4    ☐    This is a chapter 7 or 13 case, and either with the motion, or at the
5    hearing, I have delivered a copy of this proposed order to all counsel who
     appeared at the hearing, any unrepresented parties who appeared at the
6    hearing, and each has approved or disapproved the order, or failed to
     respond as indicated below [list each party and whether the party has
7    approved, disapproved, or failed to respond to the document]:

8    ☒    This is a chapter 9, 11, or 15 case, and I have delivered a copy of this
9    proposed order to all counsel who appeared at the hearing, any
     unrepresented parties who appeared at the hearing, and each has approved
10   or disapproved the order, or failed to respond, as indicated above

11   ☐    I have certified that I have served a copy of this order with the motion,
     and no parties appeared or filed written objections.

12

13                                    ###

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Les Vegas, Nevada 89169
(702) 796-5555

102200-002/1092303.doc

4