Entered on Docket
February 16, 2011

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

GORDON SILVER
GERALD M. GORDON, ESQ., NV Bar No. 229
E-mail: ggordon@gordonsilver.com
WILLIAM M. NOALL, ESQ., NV Bar No. 3549
E-mail: wnoall@gordonsilver.com
GABRIELLE A. HAMM, ESQ., NV Bar No. 11588
E-mail: ghamm@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

In re:

LAS VEGAS MONORAIL COMPANY,

Debtor.

Case No.: BK-S-10-10464-BAM
Chapter 11

Prior Hearing Date:
Date: March 4, 2011
Time: 1:30 p.m.

New Hearing Date:
Date: April 11, 2011
Time: 1:30 p.m.

**ORDER GRANTING STIPULATION FOR CONTINUATION
OF HEARINGS AND DEADLINES**

Upon the Stipulation of Las Vegas Monorail Company, Wells Fargo Bank, N.A., in its capacity as indenture trustee for the 1st Tier Bondholders, the Majority 1st Tier Bondholders, U.S. Bank National Association as co-trustee and successor trustee for the 2nd Tier Bondholders, the Director of the State of Nevada Department of Business and Industry, Ambac Assurance Corporation and The Segregated Account of Ambac Assurance Corporation, by its Court Appointed Rehabilitator, the Office of the Commissioner of Insurance for the State of Wisconsin, and Bombardier Transportation Holdings USA, Inc. [ECF No. 657], and good cause appearing from the Stipulation,

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102200-002/1136836.doc

IT IS ORDERED:

1. The hearings on the Disclosure Statement Motion; the Solicitation Procedures Motion; and the Classification Motion (as those terms are defined in the Stipulation) are continued from March 4, 2011, at 1:30 p.m., to April 11, 2011, at 1:30 p.m. Oppositions to each motion and the Disclosure Statement must be filed on or before March 28, 2011, and any replies thereto must be filed on or before April 4, 2011.

2. The Motion to Terminate Exclusivity is off calendar.

PREPARED AND SUBMITTED BY:

GORDON SILVER

By: _____
GERALD M. GORDON
WILLIAM M. NOALL
GABRIELLE A. HAMM
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
*Attorneys for Debtor*

APPROVED/~~DISAPPROVED~~:
MC DERMOTT WILL & EMERY LLP

By: ___/s/ William P. Smith___
WILLIAM P. SMITH
MILES W. HUGHES
JAMES W. KAPP, III
227 West Monroe Street, Suite 4400
Chicago, Illinois 60606
*Attorneys for Ambac Assurance Corporation and The Segregated Account of Ambac Assurance Corporation, by its Court Appointed Rehabilitator, the Office of the Commissioner of Insurance for the State of Wisconsin*

APPROVED/~~DISAPPROVED~~:
DORSEY & WHITNEY LLP

By: ___/s/ Katherine A. Constantine___
KATHERINE A. CONSTANTINE
50 South Sixth Street, Ste. 1500
Minneapolis, MN 55402-1498
*Attorneys for U.S. Bank National Association as 2nd Tier Trustee*

APPROVED/~~DISAPPROVED~~:
LEWIS AND ROCA LLP

By: ___/s/ Susan Freeman___
SUSAN FREEMAN
ROBERT M. CHARLES, JR.
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
*Attorneys for Wells Fargo Bank, N.A., as 1st Tier Trustee*

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102200-002/1136836.doc

2

**APPROVED**/~~DISAPPROVED~~:
SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON

By: /s/ Richard Holley
RICHARD HOLLEY
400 S. Fourth Street, 3rd Floor
Las Vegas, NV 89101
*Attorneys for Bombardier Transportation Holdings USA, Inc.*

**APPROVED**/~~DISAPPROVED~~:
KRAMER LEVIN NAFTALIS & FRANKEL

By: /s/ Philip Bentley
PHILIP BENTLEY (pro hac vice)
AMY CATON (pro hac vice)
JENNIFER SHARRET (pro hac vice)
ADAM ROGOFF (pro hac vice pending)
1177 Avenue of the Americas
New York, New York 10036
*Attorneys for Majority 1st Tier Bondholders*

**APPROVED**/~~DISAPPROVED~~:
BALLARD SPAHR LLP

By: /s/ Rebecca J. Winthrop
REBECCA J. WINTHROP
2029 Century Park East, Ste. 800
Los Angeles, CA 90067-2909
*Attorneys for Director of the State of Nevada Department of Business and Industry*

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102200-002/1136836.doc

3

## LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies as follows:

☐ The Court waived the requirement of approval under LR 9021.

☐ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☒ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above

☐ I have certified that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

###

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102200-002/1136836.doc

4