1  GORDON SILVER
   GERALD M. GORDON, ESQ.
2  Nevada Bar No. 229
   E-mail: ggordon@gordonsilver.com
3  WILLIAM M. NOALL, ESQ.
   Nevada Bar No. 3549
4  E-mail: wnoall@gordonsilver.com
   GABRIELLE A. HAMM, ESQ.
5  Nevada Bar No. 11588
   E-mail: ghamm@gordonsilver.com
6  3960 Howard Hughes Pkwy., 9th Floor
   Las Vegas, Nevada 89169
7  Telephone (702) 796-5555
   Facsimile (702) 369-2666
8  Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| In re: | Case No.: 10-10464-BAM |
|---|---|
| LAS VEGAS MONORAIL COMPANY, | Chapter 11 |
| Debtor. | Disclosure Statement Hearing:<br>Date:  June 8, 2011<br>Time:  9:30 a.m.<br><br>Confirmation Hearing:<br>Date:  TBD<br>Time:  TBD |

### NOTICE OF FILING [PROPOSED] DISCLOSURE STATEMENT TO ACCOMPANY DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION AND BLACKLINE COMPARISON TO FIRST AMENDED DISCLOSURE STATEMENT

On June 6, 2011, Las Vegas Monorail Company, debtor and debtor-in-possession ("Debtor"), filed its *[Proposed] Disclosure Statement to Accompany Debtor's Second Amended Plan of Reorganization* [ECF No. 846] ("Second Amended Disclosure Statement"), which amends the *First Amended Disclosure Statement to Accompany Debtor's First Amended Plan of Reorganization* (the "First Amended Disclosure Statement") [ECF No. 752], filed on April 27, 2011. Attached hereto as **Exhibit "1"** is a blackline reflecting the changes in the Second Amended Disclosure Statement from the First Amended Disclosure Statement.

On June 6, 2011, the Debtor also filed its *Second Amended Plan of Reorganization* [ECF No. 845] (the "Second Amended Plan"), which is also attached to the Second Amended Disclosure Statement as Exhibit "A". Attached hereto as **Exhibit "2"** is a blackline reflecting

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102200-002/1229279

the changes in the Second Amended Plan from the *Debtor's First Amended Plan of Reorganization* [ECF No. 751], filed on April 27, 2011.

DATED this 6th day of June 2011.

GORDON SILVER

By: /s/ Gabrielle A. Hamm
GERALD M. GORDON, ESQ.
WILLIAM M. NOALL, ESQ.
GABRIELLE A. HAMM, ESQ.
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Attorneys for Debtor

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102200-002/1229279

2