| | |
|---|---|
| 1 | GORDON SILVER |
| | GERALD M. GORDON, ESQ. |
| 2 | Nevada Bar No. 229 |
| | E-mail: ggordon@gordonsilver.com |
| 3 | WILLIAM M. NOALL, ESQ. |
| | Nevada Bar No. 3549 |
| 4 | E-mail: wnoall@gordonsilver.com |
| | GABRIELLE A. HAMM, ESQ. |
| 5 | Nevada Bar No. 11588 |
| | E-mail: ghamm@gordonsilver.com |
| 6 | 3960 Howard Hughes Pkwy., 9th Floor |
| | Las Vegas, Nevada 89169 |
| 7 | Telephone (702) 796-5555 |
| | Facsimile (702) 369-2666 |
| 8 | Attorneys for Debtor |

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEVADA

| In re: | Case No.: 10-10464-BAM |
|---|---|
| | Chapter 11 |
| LAS VEGAS MONORAIL COMPANY, | |
| | Disclosure Statement Hearing: |
| Debtor. | Date:  June 8, 2011 |
| | Time:  9:30 a.m. |
| | |
| | Continued Disclosure Statement Hearing: |
| | Date:  June 20, 2011 |
| | Time:  1:30 p.m. |
| | |
| | Confirmation Hearing: |
| | Date:  TBD |
| | Time:  TBD |

**NOTICE OF FILING THIRD AMENDED PLAN OF REORGANIZATION AND [PROPOSED] DISCLOSURE STATEMENT TO ACCOMPANY DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION, AND BLACKLINE COMPARISON TO FIRST AMENDED PLAN AND DISCLOSURE STATEMENT**

On June 16, 2011, Las Vegas Monorail Company, debtor and debtor-in-possession ("Debtor"), filed its Third Amended Plan of Reorganization [ECF No. 856] (the "Third Amended Plan") and its [Proposed] Disclosure Statement to Accompany Debtor's Third Amended Plan of Reorganization [ECF No. 857] ("Third Amended Disclosure Statement").

Attached hereto as **Exhibit "1"** is a blackline reflecting the differences between the Third Amended Plan and the First Amended Plan of Reorganization filed on April 27, 2011 [ECF No. 751]. Attached hereto as **Exhibit "2"** is a blackline reflecting the differences between the Third

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102200-002/1239832

1  Amended Disclosure Statement and the First Amended Disclosure Statement filed on April 27,
2  2011 [ECF No. 752].
3  DATED this 16th day of June 2011.
4
5                                             GORDON SILVER
6                                             By: /s/ Gabrielle A. Hamm
                                                  GERALD M. GORDON, ESQ.
7                                                 WILLIAM M. NOALL, ESQ.
                                                  GABRIELLE A. HAMM, ESQ.
8                                                 3960 Howard Hughes Pkwy., 9th Floor
                                                  Las Vegas, Nevada 89169
9                                                 Attorneys for Debtor

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102200-002/1239832

2